UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANET MOAZED

3:02 CV 91 (EBB)

v.

FIRST UNION MORTGAGE CORPORATION

October 6, 2003

## MOTION TO STRIKE AFFIDAVIT

Defendant, First Union Mortgage Corporation ("First Union"), submits this Motion to Strike the Affidavit of Paul McCullough submitted in support of the Plaintiff's Objection dated September 30, 2003 to First Union's Motion for Summary Judgment.

The Affidavit of Paul McCullough does not overcome the presumption of the delivery of the required TILA notices. The Affidavit is not based upon personal knowledge and therefore is not admissible as evidence. A summary judgment affidavit must be based upon personal knowledge. Cf. Leary v. Dalton, 58 F.3d 748 (1st Cir. 1995); Evans v. Technologies Applications & Serv Co., 80 F. 3d 954, 962 (4th Cir. 1996).

Paragraph 12 of the McCullough Affidavit provides:

> **I do not recall if the plaintiff was given or provided any Documents when she left the closing, but I do not believe she was because I was given no copies except as mentioned and the plaintiff contacted me several times after the closing requesting copies of the loan documents.**