UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
NOV 21  2 30 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

JANET MOAZED                           3:02 CV 91 (EBB)
  v.
FIRST UNION MORTGAGE CORPORATION


OCTOBER 31, 2003

A REPLY BRIEF TO OBJECTION TO MOTION FOR RECONSIDERATION

THE ATTORNEY REPRESENTING FIRST UNION MORTGAGE

CORPORATION, JEFF MILNE, IN HIS OBJECTION TO

MOTION FOR RECONSIDERATION DATED OCTOBER 6, 2003,

STATES ON PAGE 2 AND I QUOTE: "IT FURTHER

ORDERED THAT THE DOCUMENTS BE 'LEGALLY SOUND.'"

MOVANT HAS NO BASIS OR ABILITY TO DETERMINE

THE "THE LEGAL SOUNDNESS" OF THE LETTER

DATED SEPTEMBER 23, 2003, APPENDED TO THE

MOTION TO RECONSIDER DATED SEPTEMBER 29, 2003, THAT FARZAD MOAZED NOW ...............

FRANKLY, WHEN I CONVEYED THE OWNERSHIP OF MY PROPERTY IN IRAN TO MY BROTHER ON JUNE 1, 2003, (A COPY OF THE PERSIAN LETTER DRAFTED BY ME IN PERSIAN WHICH CONVEYED MY PROPERTY IN ITS ENTIRETY TO MY BROTHER, FARROKH MOAZED, DATED JUNE 1, 2003, IS ENCLOSED, FOR YOUR REVIEW).

NOW, IF THIS METHOD OF CONVEYANCE WAS ACCEPTABLE TO BEGIN WITH, THEN AND THEREFORE, MY BROTHER'S LETTER AND HIS RECONVEYANCE OF PROPERTY BACK TO ME SHOULD BE ACCEPTABLE AS WELL. AND IF, MY METHOD OF CONVEYANCE OF

P. 2

MY PROPERTY TO MY BROTHER, FARROKH MOAZED, WAS NOT AN ACCEPTABLE METHOD FROM THE BEGINNING, THEN, THIS PROPERTY WAS NEVER TRANSFERRED TO MY BROTHER AT ALL, AND THEREFORE, THE PROPERTY HAS ALL ALONG REMAINED IN MY NAME AND BELONGED TO ME CONTINUOUSLY.

 RESPECTFULLY, THEREFORE, MY ARGUMENT ABOVE, MAKES MR. MILNE'S OBJECTION AND ARGUMENT MOOT AND BASELESS.

*Farzad Moazed*
FARZAD MOAZED
PRO SE
914-683-3236

P.3

جون ۰۳ ، ۲۰

زوجہ من عزیزم،

طویل صحبت سے بعد صدائے آوازی را در سر نہائی وہم کر دو ایام را بخش
بہ اطفال ملک غربتی ماندم درکمال آبرومندی این ایام
بایت راحتی است بار تو بہ من تعلق ملک غربت را درکمال
آبرومندی سے تو بہ کلی واگذار میں انشاءاللہ عنقریب ولیم
صحبت کریم ان شاء اللہ من بابت رعایت کامل تو ایشاں

عرض صلاح
مرزا علی

203/531-4940
ZOD

Sept. 23, 2003

Dear Farzad,

This letter officially confirms my wish and desire, based on our conversations and your detailed explanation, to return and to transfer back to you in its entirety your property in Kamalabad, Iran for no consideration.

Based on your letter dated June 1st, 2003, whereby you transferred the ownership of your Kamalabad property to me in its entirety.

I hope the above letter is satisfactory for the ongoing judicial proceedings

Your brother, Farrokh Moazed.

F. Moazed

Signature is verified by Bank Melat