UNITED STATES DISTRICT COURT

JANET MOAZED                                    3:02 CV000 91 (EBB)

V.

FIRST UNION MORTGAGE CORPORATION
N/K/A WACHOVIA MORTGAGE CORPORATION

V.

FARZAD MOAZED, PARVIZ SEPAHBODI
AND JANET MOAZED                                February 4 , 2004

### AFFIDAVIT OF SERVICE OF RULE 11 MOTION

STATE OF CONNECTICUT
                    SS: Hartford
COUNTY OF HARTFORD

The undersigned, being duly sworn, hereby deposes and says:

1. I am over the age of 18 and understand the meaning and obligation of an oath.

2. I am counsel to the Defendant-Counterclaim Plaintiff, First Union Mortgage Corporation in connection with this matter.

3. On December 4, 2003, I wrote to counsel for the Plaintiff, expressing a concern about allegations in this case. A copy of the letter is attached as Exhibit "F" to the Motion for Rule 11 Sanctions. No response was received.

4. On January 13, 2004, I prepared a Motion for Rule 11 Sanctions, which Motion was served upon all counsel and pro se parties of record.

5. As of today, February 4, 2004 at 11:14 am, I have not received a response to the Rule 11 Motion.

6. 23 calendar days have passed from January 13, 2004.

7. I have never filed a Rule 11 Motion prior to this Motion.

8. Today, I sent the attached e-mail to opposing counsel as a courtesy, advising him that the Rule 11 Motion is now being filed with the Court. A true and accurate copy of the e-mail is attached hereto as Exhibit "A".

By _____
Geoffrey K. Milne ct/12854

Subscribed and sworn to before me
On this 4th day of February, 2004

_____
Notary Public

**PATRICIA A. KRUPA**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES OCT. 31, 2006

## Geoffrey Milne

**From:** Geoffrey Milne
**Sent:** Wednesday, February 04, 2004 11:20 AM
**To:** 'd.montgomery@attysbentley.com'
**Subject:** Moazed

Dean:

To date, we have not received a response to our Rule 11 Motion dated January 13, 2004. I am filing the original motion with the Court, for receipt on February 5, 2004. I deeply regret that we never discussed this issue despite my letter to you about it before ever serving the motion.

HLCJ STRIVES TO PROVIDE EXEMPLARY SERVICE. IF HOWEVER YOU HAVE A COMPLAINT, PLEASE ESCALATE IT TO COMPLAINTS@HLCJ.COM AND IT WILL BE IMMEDIATELY ADDRESSED.

IF YOU ARE PLEASED WITH OUR SERVICE, WE WOULD ENJOY HEARING FROM YOU AT THANKS@HLCJ.COM.

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, ATTORNEY WORK PRODUCT, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.

IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DESTROY THIS MESSAGE AND NOTIFY US IMMEDIATELY BY TELEPHONE OR REPLY BY E-MAIL. THANK YOU. AMONG THE LEGAL SERVICES THIS LAW FIRM PROVIDES IS DEBT COLLECTION AND ANY INFORMATION PROVIDED BY YOU WILL BE USED FOR THAT PURPOSES.

Geoffrey K. Milne
Hunt Leibert Chester & Jacobson, P.C.
gmilne@hlcj.com
(860)808-0606 extension 5140

CERTIFICATION

I hereby certify that a copy of the above was mailed via us mail, postage prepaid, on this 4th day of February, 2004 to the following counsel and pro se parties of record:

M. Dean Montgomery, Esq.
Bentley Mosher Babson & Lambert
321 Railroad Avenue
P.O. Box 788
Greenwich, CT 06836-0788

Farzad Moazed
210 River Run
Greenwich, CT 06831

Geoffrey K. Milne ct/12854