UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

Feb 9  7:54 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

JANET MOAZED,   :
　　　　　　　　 :
　　　　v.　　　 :   3:02-CV-91 (EBB)
　　　　　　　　 :
FIRST UNION MORTGAGE   :
CORPORATION, n/k/a/   :
WACHOVIA MORTGAGE CORPORATION   :
　　　　　　　　 :
　　　　v.　　　 :
　　　　　　　　 :
FARZAD MOAZED, ET AL.,   :

### ORDER TO SHOW CAUSE

A hearing on an order to show cause, as to why plaintiff's counsel should not be sanctioned pursuant to Federal Rule of Civil Procedure 11 for presenting to this Court factual misrepresentations, both in his Complaint and, repeatedly, in his Memorandum of Law in Opposition to Motion for Summary Judgment, shall commence at 10:00 a.m. on February 24, 2004.

SO ORDERED

ELLEN BREE BURNS

SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this 6th day of February, 2004.