CT/cvminrg (January 10, 2002)

02cv91 min

HONORABLE Ellen Burns

DEPUTY CLERK M. Rudeco (RPTR)/PRO/TAPE I. Sanchez

TOTAL TIME: ___ hours __30__ minutes

DATE 2/24/04    START TIME 10:05    END TIME 10:35

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. 02CV91

Janet Moazed

vs.

First Union, et al.

§
§
§
§
§

M.D. Montgomery
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

G. Milne
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing        ☐ (confmhrg.) Confirmation Hearing    ☒ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing ☐ (evidhrg.) Evidentiary Hearing     ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing       ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION
DOCUMENT NO.

☒ ....#133   Motion for Sanctions & Rule 11         ☐ granted ☐ denied ☒ advisement
☐ ....#___   Motion _____          ☐ granted ☐ denied ☐ advisement
☐ ....#___   Motion _____          ☐ granted ☐ denied ☐ advisement
☐ ....#___   Motion _____          ☐ granted ☐ denied ☐ advisement
☐ ....#___   Motion _____          ☐ granted ☐ denied ☐ advisement
☐ ....#___   Motion _____          ☐ granted ☐ denied ☐ advisement
☐ ....#___   Motion _____          ☐ granted ☐ denied ☐ advisement
☐ ....       Oral Motion _____          ☐ granted ☐ denied ☐ advisement
☐ ....       Oral Motion _____          ☐ granted ☐ denied ☐ advisement
☐ ....       Oral Motion _____          ☐ granted ☐ denied ☐ advisement
☐ ....       Oral Motion _____          ☐ granted ☐ denied ☐ advisement
☐ ........   ☐ Brief(s) due _____ ☐ Proposed Findings due _____    Response due _____
☐ ........   _____          ☐ filed ☐ docketed
☐ ........   _____          ☐ filed ☐ docketed
☐ ........   _____          ☐ filed ☐ docketed
☐ ........   _____          ☐ filed ☐ docketed
☐ ........   _____          ☐ filed ☐ docketed
☐ ........   _____          ☐ filed ☐ docketed
☐ ........   _____          ☐ filed ☐ docketed
☐ ........   _____          ☐ filed ☐ docketed
☐ ........   _____          ☐ filed ☐ docketed
☐ ........   _____ Hearing continued until _____ at _____