# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JANET MOAZED

V.

FIRST UNION MORTGAGE CORPORATION
n/k/a WACHOVIA MORTGAGE CORPORATION

V.

FARZAD MOAZED, PARVIZ SEPAHBODI
AND JANET MOAZED

3:02 CV00491 (EBB)

MARCH 12, 2003

## MOTION FOR PROTECTIVE ORDER

The plaintiff JANET MOAZED, moves that the Court enter a Protective Order to prevent the taking of the deposition of Attorney Andrew Nemiroff and the Keeper of Records of Fogarty, Cohen, Selby and Nemiroff, LLC who have been served with the Notice of Deposition and Subpoena Duces Tecum for March 20, 2003. Andrew Nemiroff and the firm of Fogarty, Cohen, Selby and Nemiroff, LLC were previously attorneys for the plaintiff in connection with the dissolution of marriage proceeding and such deposition would violate the attorney-client relationship which the plaintiff claims. A copy of the Notice of Deposition and Subpoena Duces Tecum are attached hereto.

**WHEREFORE,** the plaintiff having shown good cause why a protective order should issue, moves that this court find that justice requires the issuance of a protective order, and that