UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANET MOAZED : 3:02 CV000 91 (EBB)

v. :

FIRST UNION MORTGAGE CORPORATION :
N/K/A WACHOVIA CORPORATION

v. :

FARZAD MOAED, PARVIZ SEPHBODI, : MARCH 18, 2003
AND JANET MOAZED

## MOTION TO QUASH SUBPOENA DUCES AND FOR PROTECTIVE ORDER AND OBJECTION TO REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rules 45 (c) (2) (B) and 45 (c) (3) (A) (iii), of the Federal Rules of Civil Procedure, the undersigned hereby requests that the court issue an order quashing the subpoena *duces tecum* attached hereto as Exhibit A and sustaining the undersigned's objection to that subpoena *duces tecum* and the notice of deposition attached hereto as Exhibit B. Moreover, the undersigned requests that the court enter a protective order concerning the subject deposition so that the deponent is protected from disclosing privileged information during the deposition. Since the notice of deposition and subpoena *duces tecum* seek a direct and overt violation of