UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Apr 8  1 54 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

JANET MOAZED                                           3:02 CV 91 (EBB)

V.

FIRST UNION MORTGAGE CORPORATION

April 7, 2004

### AFFIDAVIT IN SUPPORT OF LEGAL FEES

STATE OF CONNECTICUT
                              SS: West Hartford
COUNTY OF HARTFORD

The undersigned, being duly sworn, hereby deposes and says:

1. I am over the age of 18 and understand the meaning and obligation of an oath.

2. I am an attorney licensed to practice in the States of New York and Connecticut and have practiced law in the areas of foreclosure and commercial litigation for 15 years. In connection with foreclosure matters brought to the Superior Courts for the judicial districts of Connecticut, my hourly rate is $150.00, except for cases in the Danbury and Stamford judicial districts, where my hourly rate is $175.00.

3. I am familiar with the standards of the Connecticut trial courts before whom I and the other members of my firm regularly appear, with respect to reasonable attorneys' fees for foreclosure matters.

4. I believe that the amount of $150.00 an hour is consistent with judicial standards and also is a fair and reasonable rate.

5. My hourly rate for corporate and securities work is $275.00 an hour.

6. I submit this Affidavit in support of the fee Application of the Defendant-Counterclaim Plaintiff, First Union Mortgage Corporation, n/k/a Wachovia Mortgage Corporation.

_____
Martha Croog

Subscribed and sworn to before me
on this 7th day of April, 2004

_____
Katie Sevigny
Commissioner of the Superior Court

## CERTIFICATION

I hereby certify that a copy of the above was mailed via us mail, postage prepaid, on this 8th day of April, 2004 to the following counsel and pro se parties of record:

M. Dean Montgomery, Esq.
Bentley Mosher Babson & Lambert
321 Railroad Avenue
P.O. Box 788
Greenwich, CT 06836-0788

Farzad Moazed
210 River Run
Greenwich, CT 06831

_____
Geoffrey K. Milne/ct 12854