FILED

Apr 8  1 54 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

JANET MOAZED                                    3:02 CV 00091 (EBB)

V.

FIRST UNION MORTGAGE CORPORATION
N/K/A WACHOVIA MORTGAGE CORPORATION

April 6, 2004

## AFFIDAVIT IN SUPPORT OF ATTORNEYS FEES AND COSTS

STATE OF CONNECTICUT          )
                              ) SS   HARTFORD
COUNTY OF  HARTFORD           )

The undersigned, being duly sworn, hereby deposes and says :

1. I am over the age of 18 and understand the meaning and obligation of an oath.

2. I am  Partner in the law firm of Hunt Leibert Chester & Jacobson, PC, counsel to the

   Defendant-Counterclaim Plaintiff in this matter, First Union Mortgage Corporation

   n//k/a Wachovia Mortgage Corporation. Attached hereto is a true and accurate copy

   of my resume, with my experience and work history appended thereto.

3. I have been a member of the District Court of Connecticut bar since October, 1993.

   Since that time, I have handled hundreds of foreclosure actions in the Connecticut and

   District Courts for a number of different clients.

4. My hourly rate to handle contested foreclosure matters is $150. I attended a meeting

   with Superior Court Judge Barry Stevens and about 7 other attorneys in February,

2004 involving, among other things, legal fees in foreclosure matters. At that

meeting, Judge Stevens approved legal fees of $175 per hour for plaintiff's attorneys

in routine foreclosure matters, which all of the plaintiff's foreclosure lawyers in

attendance indicated would be their hourly rate. In addition, Committee's of Sale in

foreclosure actions now charge $175 per hour in the Fairfield and Stamford Judicial

Districts, as per the standing orders on foreclosures by sale. The subject property in

this case is located in the Stamford Judicial District. An hourly rate of $150 is fair,

reasonable and is actually below the standard hourly rate approved by the Superior

Courts of Connecticut.

5.  My firm has expended legal fees to prosecute the Rule 11 Motion in this action in the

amount of $825, for the following matters:

| | |
|---|---|
| Drafting the Motion for Rule 11 Sanctions | 1.0 |
| Legal research on Rule 11 | 1.0 |
| Travel to and attendance at the hearing On the motion for Rule 11 Sanctions | 2.5 |
| Preparation of fee application | 1.0 |

6.   Our firm has expended approximately 5.5 hours of legal time in this case to

prosecute the Motion for Rule 11 Sanctions.

7.  All of the legal work on this file has been done by me or was supervised by me, so I

have personal knowledge of all of the facts contained within this Affidavit.

8.  I submit this Affidavit in support of the Defendant's Motion for Rule 11 Sanctions.

_____
Geoffrey K. Milne

Subscribed and sworn to before me on this _____ day of April, 2004

_____
Notary Public
Commissioner Suprior Court

GEOFFREY K. MILNE, ESQ.
220 MOUNTAIN ROAD
NORTH GRANBY, CT 06060
860-844-0147 (H)
860-240-9140 (W)

**Partner, Hunt Leibert Chester & Jacobson, PC**    Hartford, CT 1998-Present.

* Manage real property litigation department, representing banks, mortgage companies, private lenders and other clients in residential and commercial foreclosure matters in the trial and appellate courts;

* Representative decisions :

*City of Stamford v. Stephenson,* 78 Conn. App. 818, *cert. denied* 266 Conn. 915 (2003); *Tappin v. Homecomings Financial Network, Inc.,* 265 Conn. 741 (2003), *Atlantic Mortgage & Investment Corp. v. Stephenson,* 2003 WL 21235406; *Homeside Lending v. Negron,* 2002 WL 172645; *Ocwen Federal Bank v. Weinberg,* 2001 WL 1330002; *Bankers Trust of California v. Neal,* 64 Conn. App. 154 (2001); *BancPlus Mortgage Corp. v. Tharmapalan* 56 Conn. App. 902 (1999); *Republic Bank v. Baltayan* 1999 WL 1001171.

**Connecticut Foreclosures, 4th Edition, Caron and Milne, 2004**
Co-author of leading Connecticut real property treatise, with an introduction from the Honorable Robert Satter, Superior Court Judge. 4th Edition of the treatise to be released later this year.

**Senior Vice President/Counsel, Lafayette American Bank** 1997-1998
Counsel to Connecticut FDIC insured bank, responsible for review and management of litigation, non-performing loans and corporate matters.

**Diserio Martin O'Connor & Castiglioni,** Stamford, CT 1993-1997
Represented title insurance companies, banks and the FDIC in various commercial litigation matters.

**Juris Doctor, Villanova University** , Villanova, PA 1990

**Bachelor of Arts, Marist College**, Poughkeepsie, NY 1987

**Bar admissions:** Connecticut and United States District Court, Connecticut; Southern and Eastern Districts of New York.