UNITED STATES DISTRICT COURT

JANET MOAZED                       3:02 CV 00091 (EBB)

V.

FIRST UNION MORTGAGE CORPORATION
N/K/A WACHOVIA MORTGAGE CORPORATION

April 6, 2004

### AFFIDAVIT IN SUPPORT OF ATTORNEYS FEES AND COSTS

STATE OF CONNECTICUT    )
                                      ) ss  HARTFORD
COUNTY OF HARTFORD      )

The undersigned, being duly sworn, hereby deposes and says :

1. I am over the age of 18 and understand the meaning and obligation of an oath.

2. I am Partner in the law firm of Hunt Leibert Chester & Jacobson, PC, counsel to the Defendant-Counterclaim Plaintiff in this matter, First Union Mortgage Corporation n//k/a Wachovia Mortgage Corporation. Attached hereto is a true and accurate copy of my resume, with my experience and work history appended thereto.

3. I have been a member of the District Court of Connecticut bar since October, 1993. Since that time, I have handled hundreds of foreclosure actions in the Connecticut and District Courts for a number of different clients.

4. My hourly rate to handle contested foreclosure matters is $150. I attended a meeting with Superior Court Judge Barry Stevens and about 7 other attorneys in February,