UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANET MOAZED                                3:02 CV 91 (EBB)

V.

FIRST UNION MORTGAGE CORPORATION            May 10, 2004

## MOTION FOR JUDGMENT OF STRICT FORECLOSURE

Defendant-Counterclaim Plaintiff, First Union Mortgage Corporation n/k/a/ Wachovia Mortgage Corporation ("Wachovia"), Moves the Court to enter a Judgment of Strict Foreclosure in this action on the Counter-Cross Claims alleging foreclosure of the mortgagee. The Court entered a ruling granting summary judgment in favor of the Defendant-Counterclaim Plaintiff on the Plaintiff's Complaint and in favor of Wachovia on the counts seeking declaratory relief and foreclosure of the mortgage.

Wachovia attaches hereto a copy of an appraisal on the subject property. Wachovia will argue for law days in the event the parties are unable to agree upon a law day as set forth in the order dated May 6, 2004 granting Wachovia's Motion for Judgment of Strict Foreclosure.

                                        First Union Mortgage Corporation n/k/a
                                        Wachovia Mortgage Corporation.

By _____
Geoffrey K. Milne ct/42854
Hunt Leibert Chester & Jacobson
50 Weston Street
Hartford, CT 06120
860-240-9140
860-808-0625 facsimile GMilne@hlcj.com

## ORDER

GRANTED/DENIED

_____
Judge

## CERTIFICATION

I hereby certify that a copy of the above was mailed via us mail, postage prepaid, on May 10, 2004 to the following:

M. Dean Montgomery, Esq.
Bentley Mosher Babson & Lambert, P.C.
321 Railroad Avenue
P.O. Box 788
Greenwich, CT 06836

Farzad Moazed
Pro Se
210 River Run
Greenwich, CT 06831

Parviz Sepahbodi
5225 Pooks Hill Road
Suite 1215
North Bethesda, Maryland 20814

_____
Geoffrey K. Milne ct/12854