UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANET MOAZED                                3:02 CV 000 91 (EBB)

V.

FIRST UNION MORTGAGE CORPORATION
N/K/A WACHOVIA MORTGAGE CORPORATION

V.

FARZARD MOAZED,
PARVIZ SEPAHBODI AND
JANET MOAZED                                MAY 20, 2004

## MOTION FOR EXTENSION OF TIME

Defendant, First Union Mortgage Corporation, n/k/a Wachovia Mortgage Corporation, in accordance with Local Rule 9, Moves the Court for a 14 day extension of time to file the brief as ordered by the Court, up to an including Friday, June 4, 2004. In support of this Motion, the Defendant represents as follows:

1. Defendant filed a Motion for Summary Judgment, which Motion was granted on May 6, 2004 against the Complaint and in favor of the counts in the counter-cross claims seeking foreclosure and declaratory relief. The Court ordered the Defendant to file a brief by May 21, 2004, addressing the remaining tort and unfair trade practice cross and counter-claims.

2. The undersigned, in accordance with Local Rule 9, is requesting a 2 week extension of time, so that an agreement may be reached with the parties to foreclose the property based upon an agreed law or sale date, which would avoid the need for the case to remain open on these additional claims.

3. This is the first motion for extension of time filed by the Defendant to file its brief regarding the counter-cross claims in this action.

4. The undersigned contacted Attorney Dean Montgomery, counsel for the Plaintiff, to inquire as to his position, but was unable to verify their position as of the writing of this Motion.

5. The undersigned has been unable to locate a telephone number for the pro se Defendant, Farzad Moazed, but will continue to attempt to confirm his position regarding this motion.

6. In the event this Motion is granted, the parties may avoid additional litigation expense, which will also conserve judicial resources.

7. Wherefore, for these reasons, the Defendant Moves the Court for a 2 week extension of time to file its brief.

The Defendant-First Union Mortgage Corporation
n/k/a Wachovia Mortgage Corporation

By_____
Geoffrey K. Milne ct/12854
Hunt Leibert Chester & Jacobson, PC
50 Weston Street
Hartford, CT 06120
860-240-9140

## CERTIFICATION

I hereby certify that a copy of the above was mailed via us mail, postage prepaid, on this 20th day of May, 2004 to the following counsel and pro se parties of record:

M. Dean Montgomery, Esq.
Bentley Mosher Babson & Lambert
321 Railroad Avenue
P.O. Box 788
Greenwich, CT 06836-0788

Farzad Moazed
210 River Run
The Mill
Greenwich, CT 06831

Geoffrey K. Milne ct/12854