UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANET MOAZED                    3:02 CV 000 91 (EBB)

V.

FIRST UNION MORTGAGE CORPORATION
N/K/A WACHOVIA MORTGAGE CORPORATION

V.

FARZARD MOAZED,
PARVIZ SEPAHBODI AND
JANET MOAZED                   MAY 20, 2004

## MOTION FOR EXTENSION OF TIME

Defendant, First Union Mortgage Corporation, n/k/a Wachovia Mortgage Corporation, in accordance with Local Rule 9, Moves the Court for a 14 day extension of time to file the brief as ordered by the Court, up to an including Friday, June 4, 2004. In support of this Motion, the Defendant represents as follows:

1. Defendant filed a Motion for Summary Judgment, which Motion was granted on May 6, 2004 against the Complaint and in favor of the counts in the counter-cross claims seeking foreclosure and declaratory relief. The Court ordered the Defendant to file a brief by May 21, 2004, addressing the remaining tort and unfair trade practice cross and counter-claims.

2. The undersigned, in accordance with Local Rule 9, is requesting a 2 week extension of time, so that an agreement may be reached with the parties to foreclose the property based upon an agreed law or sale date, which would avoid the need for the case to remain open on these additional claims.