UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JANET MOAZED            3:02 CV 91 (EBB)

V.

FIRST UNION MORTGAGE CORPORATION
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.            June 14, 2004



## MOTION FOR EXTENSION OF TIME

Defendant-Counterclaim Plaintiff, Wachovia Mortgage Corporation, f/k/a First Union Mortgage Corporation, Moves the Court under Local Rule 9 to extend the time to file a brief in support of the tort cross/counterclaims. In support of this motion, the Defendant-Counterclaim Plaintiff represents as follows:

1. This is the second extension of time requested by the Movant regarding the filing of this brief.

2. The Plaintiff has no objection to an extension of time until June 30, 2004. Movant has been unable to reach the co-Defendant, Farzad Moazed, who has apparently moved and is in the process of getting a new job.

3. The Plaintiff and the Movant are engaged in discussions about a stipulated judgment of foreclosure, and hope to have an agreement by the end of this week.

4. There is good cause to grant the extension of time.

Wherefore, the Defendant, Wachovia, Moves the Court to extend the time to file its brief in this case until June 30, 2004.

                        The Defendant-Counterclaim Plaintiff, First Union Mortgage Corporation n/k/a Wachovia Mortgage Corporation

By_____
Geoffrey K. Milne ct/12854
Hunt Leibert Chester & Jacobson
50 Weston Street
Hartford, CT 06120
Facsimile 860-808-0625
860-240-9140
Gmilne@hlcj.com

## CERTIFICATION

I hereby certify that a copy of the above was mailed via us mail, postage prepaid, on this 14th day of June, 2004 to the following counsel and pro se parties of record:

M. Dean Montgomery, Esq.
Bentley Mosher Babson & Lambert
321 Railroad Avenue
P.O. Box 788
Greenwich, CT 06836-0788

Farzad Moazed
210 River Run
Greenwich, CT 06831

Parviz Sepahbodi
5225 Pooks Hill Road, suite 1215
North Bethesda, Maryland 20814

_____
Geoffrey K. Milne/ ct 12854