UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JANET MOAZED                              3:02 CV 91 (EBB)

V.

FIRST UNION MORTGAGE CORPORATION
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.                             June 14, 2004

## MOTION FOR EXTENSION OF TIME

Defendant-Counterclaim Plaintiff, Wachovia Mortgage Corporation, f/k/a First Union Mortgage Corporation, Moves the Court under Local Rule 9 to extend the time to file a brief in support of the tort cross/counterclaims. In support of this motion, the Defendant-Counterclaim Plaintiff represents as follows:

1. This is the second extension of time requested by the Movant regarding the filing of this brief.

2. The Plaintiff has no objection to an extension of time until June 30, 2004. Movant has been unable to reach the co-Defendant, Farzad Moazed, who has apparently moved and is in the process of getting a new job.

3. The Plaintiff and the Movant are engaged in discussions about a stipulated judgment of foreclosure, and hope to have an agreement by the end of this week.

4. There is good cause to grant the extension of time.