UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JANET MOAZED                          3:02 CV 91 (EBB)

V.

FIRST UNION MORTGAGE CORPORATION
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.                      July 27, 2004

## MOTION FOR CONTINUANCE

Defendant-Counterclaim Plaintiff, Wachovia Mortgage Corporation, f/k/a First Union Mortgage Corporation, Moves the Court for a Continuance of the July 30, 2004 hearing on Wachovia's Motion for Judgment of Strict foreclosure. In support of this Motion, the Defendant-Counterclaim Plaintiff represents as follows:

1. A hearing is currently scheduled on the Movant's Motion for Judgment of Strict foreclosure for July 30, 2004.

2. The undersigned, who has handled this case from inception, is scheduled to moderate a panel on mortgage fraud in Chicago on July 30, 2004. (See exhibit "A"). Accordingly, the undersigned had planned to have this matter covered by another lawyer in the firm, based upon what was understood to be an agreement regarding a law day. (Exhibit "B").

3. The undersigned has been advised by Attorney Montgomery that he has been unable to speak with his client about a stipulation in this matter. Accordingly,

there is a dispute about whether an agreement exists regarding a proposed Judgment of Strict Foreclosure.

4. The undersigned has confirmed that Attorney Montgomery has no objection to a continuance of the hearing, provided that it is not rescheduled between August 8 and August 15, 2004.

5. This is the first Motion for Continuance filed by the Movant on the Motion for Judgment of Strict foreclosure.

Wherefore, the Defendant, Wachovia, Moves the Court to continue the hearing on the motion for Judgment of Strict Foreclosure.

The Defendant-Counterclaim Plaintiff, First Union Mortgage Corporation n/k/a Wachovia Mortgage Corporation

By:
Geoffrey K. Milne ct/12854
Hunt Leibert Chester & Jacobson
50 Weston Street
Hartford, CT 06120
Facsimile 860-808-0625
860-240-9140
Gmilne@hlcj.com

The Plaitiff Janet Moazed consents to the Corut's granting the foregoing Motion.

July, 27, 2004

The Plaintiff
Janet Moazed
By:
M. Dean Montgomery
Bentley, Mosher, Babson & Lambert PC
Her Attorneys

# Program Agenda

We are pleased to invite you to attend USFN's First Annual Legal Issues Conference, to be held Thursday evening, July 29 and all day Friday, July 30, 2004 in Chicago. This conference, designed specifically for in-house counsel, will provide an up-to-date overview of litigation and the rules and regulations affecting the mortgage servicing industry. The agenda for this seminar is as follows:

| Thursday, July 29 | | |
|---|---|---|
| 7:00 pm | Hosted Cocktails & Dinner | The Plaza Club<br>130 East Randolph<br>Chicago, IL 60601 |

| Friday, July 30 | | |
|---|---|---|
| 7:30 am | Registration & Continental Breakfast | InterContinental Hotel, Chicago<br>Seville East |
| 8:30 am - 10:00 am | **Opening Session**<br>**FDCPA – Predatory Servicing Issues**<br>Michael Feiwell, (Feiwell & Hannoy)<br>Daniel Shapiro (Goldberg Kohn)<br>Peter Lublin (McCalla, Raymer, Padrick, Cobb, Nichols & Clark) | Seville East |
| 10:00 – 10:15 am | Refreshment Break | Seville Foyer |
| 10:15 am – 12 noon | **Concurrent Sessions** | |
| Session A | **FDCPA Workshop: Case Studies on Recent Court Decisions**<br>Panelists include: Michael Feiwell (Feiwell & Hannoy)<br>Stephen Collins (Sirote & Permutt)<br>Michael Zevitz (South & Associates)<br>Chris Carman (EMC Mortgage Company) | Seville West |
| Session B | **Foreclosure Defenses: Practical & Procedural Best Practices**<br>Panelists include: Michael Manniello (Carus & Manniello)<br>Mark Rabidoux (Trott & Trott)<br>Adam Bendett (Reiner, Reiner & Bendett)<br>Bruce Bergman (Certilman Balin Adler & Hyman) | Toledo |
| 12 noon – 1:30 pm | **Luncheon**<br>Speakers: Joel Winston, FTC and Hon. Kenneth Donohue, HUD Inspector General | Seville East |
| 1:30 – 2:45 pm | **Concurrent Sessions** | |
| Session A | **Bankruptcy & Appellate Issues Workshop**<br>Panelists include: Alan Wolf (The Wolf Firm)<br>Penni Alper (McCalla, Raymer, Padrick, Cobb, Nichols & Clark)<br>Mary Daffin (Barrett, Burke, Wilson, Castle, Daffin & Frappier)<br>Hilary Bonial (Brice, Vander Linden & Wernick) | Seville West |
| Session B | **Mortgage Fraud Detection and Prevention**<br>Panelists include: Geoff Milne, Moderator (Hunt Leibert Chester & Jacobson)<br>John Dupuy, Executive Assistant (Office of HUD Inspector General)<br>Christopher Dooley, Senior Investigator (Freddie Mac Fraud Unit)<br>Jennifer French, Special Agent, (FBI – Chicago)<br>Richard A. Parry, SVP, Group Fraud Risk Manager (Bank One) | Toledo |
| 2:45 – 3:00 pm | Refreshment Break | Seville Foyer |
| 3:00 – 4:30 pm | **Closing Session**<br>**Class Action Lawsuits: Review and Reflection**<br>Mike Feiwell, Moderator (Feiwell & Hannoy)<br>Brian Brooks (O'Melveny & Myers)<br>James Noonan (Noonan & Lieberman)<br>David Schultz (Hinshaw & Culbertson)<br>Steven Snow (Partridge Snow & Hahn) | Seville East |

# Geoffrey Milne

**From:** M. Dean Montgomery [D.Montgomery@AttysBentley.com]
**Sent:** Wednesday, June 30, 2004 5:47 PM
**To:** Geoffrey Milne
**Subject:** Re: Moazed

GEOFF-
FARZAD'S NUMBER IS 203-531-4567.
STRICT FORECLOSURE DATE OF SEP 8, 2004.\
YOU WILL WITHDRAW ALL COUNTS AGAINST JANET EXCEPT FOR THE FORECLOSURE. KEEP ALL YOU WANT AGAINST FARZAD.
DEAN


At 08:47 AM 6/29/2004, you wrote:
>Dean:
>
>The court has scheduled a hearing on our motion for judgment of strict
>foreclosure for 9:00 on July 30, 2004. Please advise Farzad of the date
>and if possible, please confirm his phone number and his fax number.
>Thank you for your help. Geoff.
>
>HLCJ STRIVES TO PROVIDE EXEMPLARY SERVICE. IF HOWEVER YOU HAVE A
>COMPLAINT, PLEASE ESCALATE IT TO COMPLAINTS@HLCJ.COM AND IT WILL BE
>IMMEDIATELY ADDRESSED.
>
>IF YOU ARE PLEASED WITH OUR SERVICE, WE WOULD ENJOY HEARING FROM YOU AT
>THANKS@HLCJ.COM.
>
>
>THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY
>TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS
>PRIVILEGED, ATTORNEY WORK PRODUCT, CONFIDENTIAL AND EXEMPT FROM
>DISCLOSURE UNDER APPLICABLE LAW.
>
>IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE
>EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS MESSAGE TO THE
>INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,
>DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.
>IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DESTROY THIS
>MESSAGE AND NOTIFY US IMMEDIATELY BY TELEPHONE OR REPLY BY E-MAIL.
>THANK YOU. AMONG THE LEGAL SERVICES THIS LAW FIRM PROVIDES IS DEBT
>COLLECTION AND ANY INFORMATION PROVIDED BY YOU WILL BE USED FOR THAT
>PURPOSES.
>
> > Geoffrey K. Milne
> > Hunt Leibert Chester & Jacobson, P.C.
> > gmilne@hlcj.com
> > (860)808-0606 extension 5140
> >

## CERTIFICATION

I hereby certify that a copy of the above was mailed via us mail, postage prepaid, on this 27th day of July, 2004 to the following counsel and pro se parties of record:

M. Dean Montgomery, Esq.
Bentley Mosher Babson & Lambert
321 Railroad Avenue
P.O. Box 788
Greenwich, CT 06836-0788

Farzad Moazed
210 River Run
Greenwich, CT 06831

Parviz Sepahbodi
5225 Pooks Hill Road, suite 1215
North Bethesda, Maryland 20814

Geoffrey K. Milne/ ct 12854

TOTAL P.03