UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JANET MOAZED,

    v.   :   3:02-CV-91 (EBB)

FIRST UNION MORTGAGE
CORPORATION, n/k/a/
WACHOVIA MORTGAGE CORPORATION

    v.

FARZAD MOAZED, ET AL.,

### ORDER

A hearing shall be held on August 11, 2004, at 10:00 a.m., in order that the Court may determine why the Stipulation of Foreclosure has not yet been executed by the Plaintiff and the Third-Party Defendant, if the latter is claiming any interest in such foreclosure. The Court further orders that Janet Moazed and Farzad Moazed be present in the courtroom. Inasmuch as representatives of Defendant work and reside in California, they are ordered to be available for teleconference.

This hearing need not go forward if all parties with an interest in the Strict Foreclosure have executed the Stipulation one or before August 10, 2004.

SO ORDERED

/s/ Ellen B. Burns

ELLEN BREE BURNS

SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this 3rd day of August, 2004.