FILED

Aug 17  8 54 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

JANET MOAZED                              3:02 CV 00091 (EBB)

V.

FIRST UNION MORTGAGE CORPORATION
N/K/A WACHOVIA MORTGAGE CORPORATION

August 17, 2004

**AFFIDAVIT IN SUPPORT OF ATTORNEYS FEES AND COSTS**

STATE OF CONNECTICUT               )
                                   ) SS_____
COUNTY OF  HARTFORD                )

The undersigned, being duly sworn, hereby deposes and says :

1. I am over the age of 18 and understand the meaning and obligation of an oath.

2. I am  Partner in the law firm of Hunt Leibert Chester & Jacobson, PC, counsel to the

   Defendant-Counterclaim Plaintiff in this matter, First Union Mortgage Corporation

   n//k/a Wachovia Mortgage Corporation. Attached hereto is a true and accurate copy

   of my resume, with my experience and work history appended thereto.

3. I have been a member of the District Court of Connecticut bar since October, 1993.

   Since that time, I have handled hundreds of foreclosure actions in the Connecticut and

   District Courts for a number of different clients.

4. My hourly rate to handle contested foreclosure matters is $150. I attended a meeting

   with Superior Court Judge Barry Stevens and about 7 other attorneys in February,

2004 involving, among other things, legal fees in foreclosure matters. At that

meeting, Judge Stevens approved legal fees of $175 per hour for plaintiff's attorneys

in routine foreclosure matters, which all of the plaintiff's foreclosure lawyers in

attendance indicated would be their hourly rate. In addition, Committee's of Sale in

foreclosure actions now charge $175 per hour in the Fairfield and Stamford Judicial

Districts, as per the standing orders on foreclosures by sale. The subject property in

this case is located in the Stamford Judicial District. An hourly rate of $150 is fair,

reasonable and is actually below the standard hourly rate approved by the Superior

Courts of Connecticut.

5. My firm has expended legal fees to defend this action in the amount of $21,150, in

   accordance with the attached invoices and bills, which includes 3.6 hours to prepare

   for and attend the hearing on the motion for judgment of strict foreclosure. The hours

   expended are 135.4 at $150 for lawyers' time and 11.2 hours at $75 an hour for

   paralegal time.

6. My firm has incurred expenses in this case of $7,979.58 to defend this action and to

   prosecute the prior mortgage foreclosure, which sums are for deposition transcripts,

   court reporter attendance fees, returns of service on various pleadings and other

   matters as set forth in the attached invoices.

7. Most if not all of the legal work on this file has been done by me or was supervised

   by me, so I have personal knowledge of all of the facts contained within this

   Affidavit.

8. I submit this Affidavit in support of the Defendant's Motion for Strict foreclosure.

Geoffrey K. Milne

Subscribed and sworn to before me on this ___17th___ day of
August , 2004

Notary Public

**BRION J. KIRSCH**
COMMISSIONER OF THE SUPERIOR COURT

HUNT LEIBERT CHESTER & JACOBSON, P.C. ● ATTORNEYS AT LAW
50 WESTON STREET ● HARTFORD, CONNECTICUT 06120 ● (860) 808-0606 ● JURIS NO. 101589

# Hunt Leibert Chester & Jacobson, P.C.

**Attorneys at Law**
**Hartford & Fairfield, Connecticut**

50 Weston Street
Hartford, CT 06120
Tel: (860) 808-0606
Fax: (860) 808-0625

August 16, 2004

|  |  |  |
|---|---|---|
| Invoice# | 28475 | RML |
| Our file# | 01355 | 51359 |
| Billing through | 08/31/2004 | |

FIRST UNION / WACHOVIA
BILLING & DOCUMENTATION COORDINATOR
LEGAL DIVISON (NC 0630)
301 S. COLLEGE STREET
CHARLOTTE, NC 28288

JANET MOAZED
367 WEST STREET
STAMFORD, CT
LOAN #038562
WB 2002002866

## PROFESSIONAL SERVICES

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 06/07/2004 | GM | Telephone conference with opposing counsel regarding Stipulation. | 0.30 hrs. | 45.00 |
| 07/21/2004 | GM | Telephone conference to T. Moazed regarding stipulated judgment. | 0.20 hrs. | 30.00 |
| 07/21/2004 | GM | Prepare for Judgment Hearing. | 0.50 hrs. | 75.00 |
| 07/21/2004 | GM | Telephone conference with opposing counsel. | 0.30 hrs. | 45.00 |
| 07/21/2004 | GM | Telephone conference with Judge Burns' clerk. | 0.30 hrs. | 45.00 |
| 07/23/2004 | GM | Telephone conference with D. Mutfong. | 0.30 hrs. | 45.00 |
| 07/26/2004 | GM | Telephone conference with plaintiff's counsel. | 0.20 hrs. | 30.00 |
| 07/27/2004 | GM | Draft Motion for Continuance. | 0.30 hrs. | 45.00 |
| 07/28/2004 | GM | Telephone conference with the court. | 0.30 hrs. | 45.00 |
| | | | | $405.00 |

| GM | 2.70 | 2.70 | 150.00 | 405.00 |
|---|---|---|---|---|
| | 2.70 | 2.70 | 150.00 | 405.00 |

## Billing Summary

| | |
|---|---|
| Total professional services | $405.00 |
| | ---------------- |
| Total of new charges for this invoice | $405.00 |
| | ---------------- |
| **Total balance now due** | **$405.00** |

REPRINT OF BILLED DETAILS (as billed)

Bill number 01355 -51359-007 RML
Bill date   06/30/02

FIRST UNION / WACHOVIA
BILLING & DOCUMENTATION COORDINATOR
LEGAL DIVISON (NC 0630)
301 S. COLLEGE STREET
CHARLOTTE, NC 28288


FARZAD MOAZED
367 WEST STREET
STAMFORD, CT
LOAN #038562
WB 2002002866

FOR PROFESSIONAL SERVICES RENDERED

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/20/02 | GKM | Draft counterclaim | | | | |
| | | | 1.00 hrs | 150 | /hr | 150.00 |
| 02/28/02 | GKM | Draft letter to Sharon HorstKamp | | | | |
| | | | .30 hrs | 150 | /hr | 45.00 |
| 02/28/02 | GKM | Telephone conference with opposing counsel | | | | |
| | | | .30 hrs | 150 | /hr | 45.00 |
| 03/08/02 | GKM | Telephone conference with Attorney Lummus | | | | |
| | | | .30 hrs | 150 | /hr | 45.00 |
| 04/01/02 | GKM | Telephone conference with court clerk re: status of Motion to Add Parties | | | | |
| | | | .10 hrs | 150 | /hr | 15.00 |
| 04/07/02 | GKM | Draft counterclaims | | | | |
| | | | 4.00 hrs | 150 | /hr | 600.00 |
| 04/08/02 | GKM | Draft Motion fot Entence of Time | | | | |
| | | | .30 hrs | 150 | /hr | 45.00 |
| 04/25/02 | GKM | Draft answer and defenses | | | | |
| | | | 5.00 hrs | 150 | /hr | 750.00 |
| 04/28/02 | GKM | Prepare answer, defense and counterclaims | | | | |
| | | | 2.00 hrs | 150 | /hr | 300.00 |
| 05/21/02 | GKM | Draft communication to client | | | | |
| | | | .30 hrs | 150 | /hr | 45.00 |
| 05/21/02 | GKM | Draft Objection to Motion for Default | | | | |
| | | | .30 hrs | 150 | /hr | 45.00 |
| 05/24/02 | GKM | Telephone conference with client | | | | |
| | | | .50 hrs | 150 | /hr | 75.00 |
| 06/04/02 | GKM | Draft Objection to Motion for a more definite statement | | | | |
| | | | .70 hrs | 150 | /hr | 105.00 |

TOTAL FEES                                          $      2,265.00

DISBURSEMENTS

*Paid*

REPRINT OF BILLED DETAILS (as billed)

Bill number 01355 -51359-012 RML
Bill date    11/07/02

FIRST UNION / WACHOVIA
BILLING & DOCUMENTATION COORDINATOR
LEGAL DIVISON (NC 0630)
301 S. COLLEGE STREET
CHARLOTTE, NC 28288

FARZAD MOAZED
367 WEST STREET
STAMFORD, CT
LOAN #038562
WB 2002002866

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | Hours | Rate | | Amount |
|------|------|-------------|-------|------|-----|--------|
| 07/12/02 | GKM | Telephone conference with Tom Joyce on counterclaims. | | | | |
| | | | 1.00 hrs | 150 | /hr | 150.00 |
| 07/15/02 | GKM | Legal research on motion to dismiss. | | | | |
| | | | 2.00 hrs | 150 | /hr | 300.00 |
| 07/16/02 | GKM | Draft motion to dismiss. | | | | |
| | | | 5.00 hrs | 150 | /hr | 750.00 |
| 08/03/02 | GKM | Draft motion for hearing on Truth In Lending claims. | | | | |
| | | | .90 hrs | 150 | /hr | 135.00 |
| 08/03/02 | GKM | Review and revise counterclaims. | | | | |
| | | | .30 hrs | 150 | /hr | 45.00 |
| 08/08/02 | GKM | Draft communication to client | | | | |
| | | | .30 hrs | 150 | /hr | 45.00 |
| 08/20/02 | GKM | Draft Rule 26(f) | | | | |
| | | | .60 hrs | 150 | /hr | 90.00 |
| 08/21/02 | GKM | Review decision granting Motion to Dismiss | | | | |
| | | | .40 hrs | 150 | /hr | 60.00 |
| 08/22/02 | GKM | Review 26(f) report with opposing counsel | | | | |
| | | | .70 hrs | 150 | /hr | 105.00 |
| 08/28/02 | GKM | Draft Lis Pendens and FDCPA Notices | | | | |
| | | | .50 hrs | 150 | /hr | 75.00 |
| 08/29/02 | GKM | Prepare and file counterclaim | | | | |
| | | | 1.50 hrs | 150 | /hr | 225.00 |
| 09/23/02 | GKM | Draft Objection to Motion for Extension of Time | | | | |
| | | | .30 hrs | 150 | /hr | 45.00 |
| 09/30/02 | GKM | Draft Tolling Agreement | | | | |
| | | | 1.00 hrs | 150 | /hr | 150.00 |
| 10/02/02 | GKM | Draft letter to opposing counsel | | | | |
| | | | .30 hrs | 150 | /hr | 45.00 |
| 10/08/02 | GKM | Draft application for an attachment | | | | |
| | | | 2.00 hrs | 150 | /hr | 300.00 |

REPRINT OF BILLED DETAILS (as billed)
01355 -51359-012 RML                                              Page      2

| Date | | Description | | | | Amount |
|---|---|---|---|---|---|---|
| 10/27/02 | GKM | Draft objections to Motion to Strike | | | | |
| | | | 2.00 hrs | 150 | /hr | 300.00 |
| 10/29/02 | GKM | Draft Motion to Digorge | | | | |
| | | | 1.00 hrs | 150 | /hr | 150.00 |
| 10/31/02 | GKM | Draft two sets of discovery requests | | | | |
| | | | 1.50 hrs | 150 | /hr | 225.00 |
| 10/31/02 | GKM | Draft requests for Leave to Amend | | | | |
| | | | .50 hrs | 150 | /hr | 75.00 |
| 11/02/02 | GKM | Draft letter to client | | | | |
| | | | .30 hrs | 150 | /hr | 45.00 |
| 11/04/02 | GKM | Draft and prepare Memorandum of Law in opposition to Motion to Strike | | | | |
| | | | 6.50 hrs | 150 | /hr | 975.00 |
| 11/06/02 | GKM | Draft Expert Disclosure | | | | |
| | | | 1.50 hrs | 150 | /hr | 225.00 |

                                    TOTAL FEES                   $    4,515.00

DISBURSEMENTS

| 09/05/02 | SHER | Sheriff's Service Fee - Charles Ferrato Federal Complaint to Farzad Moazed Federal Complaint to Parviz Sepahbodi Lis Pendens | 459.50 |
|---|---|---|---|
| 10/29/02 | SHER | Sheriff's Service Fee - Charles Ferrato Service of Writ, Summons & Complaint | 517.40 |
| 10/30/02 | CF | Court Entry Fee - Complaint | 190.00 |

                                 TOTAL DISBURSEMENTS             $    1,166.90

BILLING SUMMARY

                        TOTAL FEES                              $    4,515.00

                        TOTAL DISBURSEMENTS                     $    1,166.90

                        TOTAL CHARGES FOR THIS BILL             $    5,681.90



# Hunt Leibert Chester & Jacobson, P.C.

**Attorneys at Law**
**Hartford & Fairfield, Connecticut**

50 Weston Street
Hartford, CT 06120
Tel: (860) 808-0606
Fax: (860) 808-0625

December 31, 2002

|  | | |
|---|---|---|
| Invoice# | 34836 | RML |
| Our file# | 01355 | 51359 |
| Billing through | 12/31/2002 | |

FIRST UNION / WACHOVIA
BILLING & DOCUMENTATION COORDINATOR
LEGAL DIVISON (NC 0630)
301 S. COLLEGE STREET
CHARLOTTE, NC 28288

FARZAD MOAZED
367 WEST STREET
STAMFORD, CT
LOAN #038562
WB 2002002866

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 12/03/2002 | GKM | Draft letter to opposing counsel on discovery | 0.30 | hrs. | 45.00 |
| 12/03/2002 | GKM | Draft Default Motion | 0.40 | hrs. | 60.00 |
| 12/05/2002 | FIRM | Prepared, copied, mailed Re-Notice of Deposition for Janet Moazed | 0.50 | hrs. | 37.50 |
| 12/10/2002 | GKM | Prepare for hearing | 1.00 | hrs. | 150.00 |
| 12/10/2002 | GKM | Telephone conference with client to review discovery | 0.80 | hrs. | 120.00 |
| 12/12/2002 | GKM | Telephone conference with clerk of District Court | 0.20 | hrs. | 30.00 |
| 12/30/2002 | FIRM | Prepared, copied, mailed Re-Notice of Deposition of Janet Moazed | 0.50 | hrs. | 37.50 |
| 12/31/2002 | GKM | Conference call with client. | 1.00 | hrs. | 150.00 |
| | | | | | $630.00 |

### Billing Summary

| | |
|---|---|
| Total professional services | $630.00 |
| | ---------------- |
| Total of new charges for this invoice | $630.00 |
| | ---------------- |
| **Total balance now due** | **$630.00** |



# Hunt Leibert Chester & Jacobson, P.C.

**Attorneys at Law**
**Hartford & Fairfield, Connecticut**

50 Weston Street
Hartford, CT 06120
Tel: (860) 808-0606
Fax: (860) 808-0625

January 31, 2003

| | | |
|---|---|---|
| Invoice# | 40295 | RML |
| Our file# | 01355 | 51359 |
| Billing through | 01/31/2003 | |

FIRST UNION / WACHOVIA
BILLING & DOCUMENTATION COORDINATOR
LEGAL DIVISON (NC 0630)
301 S. COLLEGE STREET
CHARLOTTE, NC 28288

FARZAD MOAZED
367 WEST STREET
STAMFORD, CT
LOAN #038562
WB 2002002866

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/08/2003 | GKM | Travel to and attendance at deposition. | 8.00 hrs. | 1,200.00 |
| 01/11/2003 | GKM | Prepare discovery compliance. | 0.70 hrs. | 105.00 |
| 01/15/2003 | FIRM | Corrected and reformatted discovery | 1.50 hrs. | 112.50 |
| 01/15/2003 | GKM | Prepare discovery compliance. | 0.70 hrs. | 105.00 |
| 01/15/2003 | GKM | Prepare attachments papers. | 1.00 hrs. | 150.00 |
| 01/16/2003 | GKM | Prepare requests to admit. | 0.50 hrs. | 75.00 |
| 01/16/2003 | GKM | Draft Objection to Request to Revise. | 1.00 hrs. | 150.00 |
| 01/20/2003 | FIRM | Prepared, copied, mail renotice of deposition for Renotice of Deposition for Farzad Moazed | 0.50 hrs. | 37.50 |
| 01/28/2003 | BGF | Copied deposition transcript of Janet Moazed. | 0.20 hrs. | 15.00 |
| | | | | $1,950.00 |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 01/01/2003 | Vendor Goldfarb & Ajello; Court Reporter | 182.32 |
| 01/01/2003 | Vendor MARK A. PESIRI; Sheriff's Service Fee Service of Subpoena | 63.00 |
| 01/22/2003 | Vendor Niziankiewicz & Miller; Deposition Fee Deposition of Janet Moazed | 528.09 |
| 01/31/2003 | Certified Copies | 28.00 |
| | | $801.41 |

Case 3:02-cv-00091-EBB    Document 157    Filed 08/17/2004    Page 11 of 26

<u>Billing Summary</u>

| | |
|---|---|
| Total professional services | $1,950.00 |
| Total expenses incurred | $801.41 |
| | ---------------- |
| Total of new charges for this invoice | $2,751.41 |
| | ---------------- |
| **Total balance now due** | **$2,751.41** |



# Hunt Leibert Chester & Jacobson, P.C.

**Attorneys at Law**
**Hartford & Fairfield, Connecticut**

50 Weston Street
Hartford, CT 06120
Tel: (860) 808-0606
Fax: (860) 808-0625

June 30, 2003

|  |  |  |
|---|---|---|
| Invoice# | 56516 | RML |
| Our file# | 01355 | 51359 |
| Billing through | 06/30/2003 | |

FIRST UNION / WACHOVIA
BILLING & DOCUMENTATION COORDINATOR
LEGAL DIVISON (NC 0630)
301 S. COLLEGE STREET
CHARLOTTE, NC 28288

FARZAD MOAZED
367 WEST STREET
STAMFORD, CT
LOAN #038562
WB 2002002866

## PROFESSIONAL SERVICES

| Date | Code | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 05/05/2003 | PAR | Preparation of documents for Motion for Summary Judgment and trial. (Janet Poisson) | 3.00 | hrs. | 225.00 |
| 06/08/2003 | GKM | Prepare Memorandum of Law in support of Summary Judgment. | 4.00 | hrs. | 600.00 |
| 06/10/2003 | GKM | Preparation of Motion for Summary Judgment. | 2.50 | hrs. | 375.00 |
| 06/11/2003 | GKM | Preparation of Motion for Summary Judgment. | 2.00 | hrs. | 300.00 |
| 06/15/2003 | GKM | Review and revise Memorandum of Law in support of Summary Judgment. | 1.00 | hrs. | 150.00 |
| 06/20/2003 | GKM | Revise and draft Memorandum of Law in support of Summary Judgment Motion. | 5.00 | hrs. | 750.00 |
| 06/24/2003 | GKM | Travel to, attendance at, and participation in deposition of T. Moazed. | 3.00 | hrs. | 450.00 |
| 06/25/2003 | GKM | Draft Motion for Contempt. | 0.70 | hrs. | 105.00 |
| | | | | | $2,955.00 |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 02/01/2002 | Town Clerk Recording Fee - Stamford | 68.00 |
| 01/05/2003 | CARRIE PACCHIANA - Court Monitor | 74.00 |
| | Expedited Transcript of Proceedings of 11/13/01 | |
| 06/30/2003 | Certified and regular copies | 14.00 |
| | | $156.00 |

Billing Summary
Total professional services                     $2,955.00
Total expenses incurred                           $156.00
                                                ------------------
Total of new charges for this invoice           $3,111.00
                                                ------------------

**Total balance now due**                       $3,111.00

# Hunt Leibert Chester & Jacobson, P.C.

**Attorneys at Law**
**Hartford & Fairfield, Connecticut**

50 Weston Street
Hartford, CT 06120
Tel: (860) 808-0606
Fax: (860) 808-0625

July 30, 2003

|                                           |                  |            |       |
|-------------------------------------------|------------------|-----------:|-------|
|                                           | Invoice#         | 56517      | RML   |
| FIRST UNION / WACHOVIA                     | Our file#        | 01355      | 51359 |
| BILLING & DOCUMENTATION COORDINATOR        | Billing through  | 07/30/2003 |       |

LEGAL DIVISON (NC 0630)
301 S. COLLEGE STREET
CHARLOTTE, NC 28288


FARZAD MOAZED
367 WEST STREET
STAMFORD, CT
LOAN #038562
WB 2002002866


## PROFESSIONAL SERVICES

| Date | | Description | Hours | | Amount |
|------|-----|-------------|-------|-----|-------:|
| 07/16/2003 | GKM | Prepare brief in support of Summary Judgment. | 1.00 | hrs. | 150.00 |
| 07/24/2003 | GKM | Prepare Brief and Exhibits in support of Summary Judgment. | 3.00 | hrs. | 450.00 |
| 07/27/2003 | GKM | Prepare exhibits in support of Summary Judgment. | 2.00 | hrs. | 300.00 |
| 07/28/2003 | PAR | Copied exhibits in support of Motion for Summary Judgment. | 4.00 | hrs. | 300.00 |
| 07/29/2003 | GKM | Preparation of Memorandum of Law in support of Motion for Summary Judgment. | 0.70 | hrs. | 105.00 |
| 07/30/2003 | GKM | Preparation of exhibits for Motion for Summary Judgment. | 3.00 | hrs. | 450.00 |
| 07/30/2003 | PAR | Collated and compiled exhibits to Motion for Summary Judgment. | 1.00 | hrs. | 75.00 |

$1,830.00

## EXPENSES

| | | |
|------------|-------------------------------------------------|-------:|
| 07/09/2003 | Niziankiewicz & Miller - Depostion Fee          | 421.88 |
|            | Deposition of Farzad Moazed                     |        |

$421.88

## Billing Summary
Total professional services                $1,830.00

| | |
|---|---|
| Total expenses incurred | $421.88 |
| | ---------------- |
| Total of new charges for this invoice | $2,251.88 |
| | ---------------- |
| **Total balance now due** | **$2,251.88** |

*Unpaid!* (handwritten)

# Hunt Leibert Chester & Jacobson, P.C.

**Attorneys at Law**
**Hartford & Fairfield, Connecticut**

50 Weston Street
Hartford, CT 06120
Tel: (860) 808-0606
Fax: (860) 808-0625

August 29, 2003

| | |
|---|---|
| Invoice# | 41641   RML |
| Our file# | 01355   51359 |
| Billing through | 04/30/2003 |

FIRST UNION / WACHOVIA
BILLING & DOCUMENTATION COORDINATOR
LEGAL DIVISON (NC 0630)
301 S. COLLEGE STREET
CHARLOTTE, NC 28288

FARZAD MOAZED
367 WEST STREET
STAMFORD, CT
LOAN #038562
WB 2002002866

## PROFESSIONAL SERVICES

| Date | Init. | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 02/27/2003 | GKM | Draft letter to court reporter. | 0.30 | hrs. | 45.00 |
| 02/27/2003 | GKM | Draft Discovery Requests. | 1.00 | hrs. | 150.00 |
| 02/27/2003 | GKM | Telephone conference with Marshall on Subpoena. | 0.30 | hrs. | 45.00 |
| 03/04/2003 | GKM | Review discovery issues and draft memorandum to client. | 1.00 | hrs. | 150.00 |
| 03/19/2003 | GKM | Draft memorandum of law in opposition to motion for protective order. | 1.50 | hrs. | 225.00 |
| 03/31/2003 | GKM | Draft damage analysis. | 1.50 | hrs. | 225.00 |
| 04/17/2003 | GKM | Draft Motion to Appoint Receiver. | 0.80 | hrs. | 120.00 |
| | | | | | $960.00 |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 02/26/2003 | Vendor Charles Ferrato; Sheriff's Service Fee Service of Subpoena to First American Title Insurance Company | 40.20 |
| 03/09/2003 | Vendor MARK A. PESIRI; Sheriff's Service Fee Service of Subpoenas and Notices | 234.00 |
| 03/14/2003 | Mary M. Fjelldal - Court Reporter Transcript of proceedings | 104.50 |
| 03/20/2003 | Vendor Niziankiewicz & Miller; Deposition Fee of Farzad Moazed | 517.81 |
| 03/21/2003 | Pat Pernacchio - Court Reporter | 98.31 |
| 04/16/2003 | Charles Ferrato - Sheriff's Service Fee | 551.70 |

|            | Service of Garnishment and PJR |          |
|------------|--------------------------------|----------|
| 04/30/2003 | Certified Copies               | 345.32   |
|            |                                | $1,891.84 |

**Billing Summary**

| Total professional services | $960.00 |
|-----------------------------|---------|
| Total expenses incurred     | $1,891.84 |
|                             | ---------------- |
| Total of new charges for this invoice | $2,851.84 |
|                             | ---------------- |
| **Total balance now due**   | **$2,851.84** |

Unpaid!

# Hunt Leibert Chester & Jacobson, P.C.

*Attorneys at Law*
*Hartford & Fairfield, Connecticut*

50 Weston Street
Hartford, CT 06120
Tel: (860) 808-0606
Fax: (860) 808-0625

October 31, 2003

|                          |         |            |       |
|--------------------------|---------|------------|-------|
| Invoice#                 | 56518   | RML        |       |
| Our file#                | 01355   | 51359      |       |
| Billing through          | 10/31/2003 |         |       |

FIRST UNION / WACHOVIA
BILLING & DOCUMENTATION COORDINATOR
LEGAL DIVISON (NC 0630)
301 S. COLLEGE STREET
CHARLOTTE, NC 28288

FARZAD MOAZED
367 WEST STREET
STAMFORD, CT
LOAN #038562
WB 2002002866

## PROFESSIONAL SERVICES

| Date       | Atty | Description                                    | Hours     | Amount   |
|------------|------|------------------------------------------------|-----------|----------|
| 10/02/2003 | GKM  | Reply memo to Opposition to Summary Judgment.  | 1.00 hrs. | 150.00   |
| 10/06/2003 | GKM  | Draft Reply to Objection to Summary Judgment.  | 1.00 hrs. | 150.00   |
| 10/06/2003 | GKM  | Draft Motion to Strike Affidavit.              | 0.60 hrs. | 90.00    |
|            |      |                                                |           | $390.00  |

## EXPENSES

| Date       | Description                          | Amount   |
|------------|--------------------------------------|----------|
| 08/11/2003 | CADRE Group, LLC - Appraisal Fee     | 335.00   |
|            |                                      | $335.00  |

Billing Summary
Total professional services                    $390.00
Total expenses incurred                        $335.00
                                               ----------------
Total of new charges for this invoice          $725.00
                                               ----------------

**Total balance now due**                      **$725.00**   — o/s

*Unpaid!* (handwritten)

# Hunt Leibert Chester & Jacobson, P.C.

**Attorneys at Law**
**Hartford & Fairfield, Connecticut**

50 Weston Street
Hartford, CT 06120
Tel: (860) 808-0606
Fax: (860) 808-0625

December 30, 2003

| | | |
|---|---|---|
| Invoice# | 56519 | RML |
| Our file# | 01355 | 51359 |
| Billing through | 12/30/2003 | |

FIRST UNION / WACHOVIA
BILLING & DOCUMENTATION COORDINATOR
LEGAL DIVISON (NC 0630)
301 S. COLLEGE STREET
CHARLOTTE, NC 28288

FARZAD MOAZED
367 WEST STREET
STAMFORD, CT
LOAN #038562
WB 2002002866
**EXPENSES**

| | | |
|---|---|---|
| 12/29/2003 | Selvyn Valencia, Court Monitor Transcripts | 84.00 |
| 12/29/2003 | Barbara Keiski - Court Reporter | 119.00 |
| | | $203.00 |

**Billing Summary**

| | |
|---|---|
| Total expenses incurred | $203.00 |
| | ---------------- |
| Total of new charges for this invoice | $203.00 |
| | ---------------- |
| **Total balance now due** | **$203.00** |

*less pmt.*     − 119.00

*$84.00 − Still Due!*

*Unpaid!!*

# Hunt Leibert Chester & Jacobson, P.C.

**Attorneys at Law**
**Hartford & Fairfield, Connecticut**

50 Weston Street
Hartford, CT 06120
Tel: (860) 808-0606
Fax: (860) 808-0625

May 31, 2004

|  |  |  |
|---|---|---|
| Invoice# | 56522 | RML |
| Our file# | 01355 | 51359 |
| Billing through | 05/31/2004 | |

FIRST UNION / WACHOVIA
BILLING & DOCUMENTATION COORDINATOR
LEGAL DIVISON (NC 0630)
301 S. COLLEGE STREET
CHARLOTTE, NC 28288

FARZAD MOAZED
367 WEST STREET
STAMFORD, CT
LOAN #038562
WB 2002002866

## PROFESSIONAL SERVICES

| 05/06/2004 | GKM | Review Memorandum of Decision. | 0.40 hrs. | 60.00 |
|---|---|---|---|---|
| 05/08/2004 | GKM | Draft Motion for Judgment of Strict Foreclosure. | 0.40 hrs. | 60.00 |
| | | | | $120.00 |

## EXPENSES

| 05/10/2004 | CADRE Group, LLC - Appraisal Fee | 335.00 |
|---|---|---|
| | | $335.00 |

## Billing Summary

| | |
|---|---|
| Total professional services | $120.00 |
| Total expenses incurred | $335.00 |
| | ---------------- |
| Total of new charges for this invoice | $455.00 |
| | ---------------- |
| **Total balance now due** | **$455.00** |

*o/s!*

*Unpaid!!*

REPRINT OF BILLED DETAILS (as billed)

Bill number 01355 -51316-004 RML
Bill date    09/20/01

ALLIANCE MORTGAGE COMPANY
ATTN: LIL KNOWLES
8120 NATIONS WAY, BUILDING 100
JACKSONVILLE, FL 32256


FARZAD MOAZED
367 WEST HILL ROAD
STAMFORD, CT 06902
LOAN #038562

FOR PROFESSIONAL SERVICES RENDERED

```
                  TOTAL FEES                        $            .00
```

DISBURSEMENTS

```
08/23/01 CF   Court Entry Fee - Complaint                   190.00
08/23/01 TSEA Title Search Fee - Title Star, L.L.C.         180.00
                  Title Search    150.00
                  Town Clerk Fee   30.00
08/25/01 SHER Sheriff's Service Fee - Edmund K. Makowski    168.55
                  Foreclosure Complaint
09/20/01 APP  Appraisal Fee - Cadre Group, LLC              335.00

              TOTAL DISBURSEMENTS                   $        873.55
```

BILLING SUMMARY

```
              TOTAL CHARGES FOR THIS BILL           $        873.55
```



REPRINT OF BILLED DETAILS (as billed)

Bill number 01355 -51316-006 RML
Bill date   11/01/01

ALLIANCE MORTGAGE COMPANY
ATTN: LIL KNOWLES
8120 NATIONS WAY, BUILDING 100
JACKSONVILLE, FL 32256

FARZAD MOAZED
367 WEST HILL ROAD
STAMFORD, CT 06902
LOAN #038562

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | hrs | rate | | Amount |
|------|------|-------------|-----|------|------|--------|
| 10/09/01 | GKM | Legal research truth in lending | | | | |
| | | | 1.00 hrs | 150 | /hr | 150.00 |
| 10/09/01 | GKM | Draft letter to title company | | | | |
| | | | .30 hrs | 150 | /hr | 45.00 |
| 10/10/01 | GKM | Prepare response to Truth in Lending Claim | | | | |
| | | | 2.00 hrs | 150 | /hr | 300.00 |
| 10/10/01 | GKM | Draft Motion for Protective Order | | | | |
| | | | .40 hrs | 150 | /hr | 60.00 |
| 10/11/01 | GKM | Legal research on Truth in Lending Claim | | | | |
| | | | 4.00 hrs | 150 | /hr | 600.00 |
| 10/13/01 | GKM | Draft Motion to Disgorge | | | | |
| | | | .50 hrs | 150 | /hr | 75.00 |
| 10/15/01 | GKM | Draft Memorandum Law in Opposition to Motion to Strike | | | | |
| | | | 2.00 hrs | 150 | /hr | 300.00 |
| 10/16/01 | GKM | Telephone conference with Dean Montgomery | | | | |
| | | | .20 hrs | 150 | /hr | 30.00 |
| 10/16/01 | GKM | Communications with client on Truth in Lending Claim | | | | |
| | | | 1.00 hrs | 150 | /hr | 150.00 |
| 10/16/01 | GKM | Telephone conference with Dave Rubin re: deposition of closing lawyer | | | | |
| | | | .30 hrs | 150 | /hr | 45.00 |
| 10/25/01 | GKM | Draft Memorandum of Law in reply to Objection to Motion for Protective Order | | | | |
| | | | .50 hrs | 150 | /hr | 75.00 |
| 10/25/01 | GKM | Telephone conference call with client | | | | |
| | | | .60 hrs | 150 | /hr | 90.00 |
| 10/31/01 | GKM | Review complaint against Moazed | | | | |
| | | | .50 hrs | 150 | /hr | 75.00 |
| 10/31/01 | GKM | Draft letter to title company | | | | |
| | | | .30 hrs | 150 | /hr | 45.00 |
| 10/31/01 | GKM | Prepare for Hearing on Motion to Strike | | | | |
| | | | .50 hrs | 150 | /hr | 75.00 |

REPRINT OF BILLED DETAILS (as billed)
01355 -51316-006 RML                                          Page    2

10/31/01 GKM  Draft Motion to Cite-In, Amended complaint and
              request for Leave to Amend
                                    1.00 hrs   150   /hr      150.00
                                                          - - - - - - - - - -
              TOTAL FEES                        $          2,265.00

DISBURSEMENTS

10/18/01 TOWN Town Clerk Recording Fee - Stamford             2.00
              Copies
11/01/01 COPY Certified Copies                                3.00
                                                          - - - - - - - - -
              TOTAL DISBURSEMENTS                $            5.00

BILLING SUMMARY

              TOTAL FEES                         $         2,265.00

              TOTAL DISBURSEMENTS                $            5.00
                                                          - - - - - - - - -
              TOTAL CHARGES FOR THIS BILL        $         2,270.00



REPRINT OF BILLED DETAILS (as billed)

Bill number 01355 -51316-009 RML
Bill date   01/15/02

ALLIANCE MORTGAGE COMPANY
ATTN: LIL KNOWLES
8120 NATIONS WAY, BUILDING 100
JACKSONVILLE, FL 32256

FARZAD MOAZED
367 WEST HILL ROAD
STAMFORD, CT 06902
LOAN #038562

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/05/01 | GKM | Preparation for and attendance at hearing on Motion to Strike | 1.00 hrs | 150 /hr | 150.00 |
| 11/10/01 | GKM | Legal research on truth in lending | 1.00 hrs | 150 /hr | 150.00 |
| 11/10/01 | GKM | Draft Motion for Extension of Time | .40 hrs | 150 /hr | 60.00 |
| 11/10/01 | GKM | Draft Objection to Motion to Reopen Default | .30 hrs | 150 /hr | 45.00 |
| 11/12/01 | GKM | Legal research on truth in lending claim | 2.00 hrs | 150 /hr | 300.00 |
| 11/13/01 | GKM | Attendance at hearing on Motion to Strike | 1.00 hrs | 150 /hr | 150.00 |
| 11/13/01 | GKM | Review court file for divorce | 1.00 hrs | 150 /hr | 150.00 |
| 11/13/01 | GKM | Telephone conference with title company | .20 hrs | 150 /hr | 30.00 |
| 11/19/01 | GKM | Attendance at hearing on Motion to Extend Truth in lending deadline | 1.00 hrs | 150 /hr | 150.00 |
| 11/21/01 | GKM | Draft letter to client | .50 hrs | 150 /hr | 75.00 |
| 12/12/01 | GKM | Review status of truth in lending claim | .30 hrs | 150 /hr | 45.00 |
| 12/12/01 | GKM | Draft letter to opposing counsel | .30 hrs | 150 /hr | 45.00 |
| 12/18/01 | PVC | Work with Geoff on Truth in Lending issues. | .60 hrs | 150 /hr | 90.00 |
| 12/18/01 | PVC | draft motion re payment of funds into court coordinate hearing of same. | 1.30 hrs | 150 /hr | 195.00 |
| 12/20/01 | GKM | Draft Motion to Compel deposition | .30 hrs | 150 /hr | 45.00 |
| 12/20/01 | GKM | Draft requests to Admit | | | |

```
REPRINT OF BILLED DETAILS (as billed)
01355 -51316-009 RML                                          Page    2
                                     .50 hrs  150  /hr      75.00
12/20/01 GKM  Draft interrogatories and requests for
              production.
                                    1.00 hrs  150  /hr     150.00
12/20/01 GKM  Review and revise Notice of Deposition
                                     .30 hrs  150  /hr      45.00
12/20/01 GKM  Draft letter to client
                                     .40 hrs  150  /hr      60.00
                                                         ----------
              TOTAL FEES                         $       2,010.00

DISBURSEMENTS

11/21/01 TOWN Town Clerk Copy Charges - Stamford Town Clerk     20.00
12/16/01 SHER Sheriff's Service Fee - Mark A. Pesiri           105.00
                                                         ----------
              TOTAL DISBURSEMENTS                 $        125.00

BILLING SUMMARY

              TOTAL FEES                         $       2,010.00

              TOTAL DISBURSEMENTS                 $        125.00
                                                         ----------
              TOTAL CHARGES FOR THIS BILL        $       2,135.00
```

Paid

REPRINT OF BILLED DETAILS (as billed)

Bill number 01355 -51316-011 RML
Bill date   03/21/02

ALLIANCE MORTGAGE COMPANY
ATTN: LIL KNOWLES
8120 NATIONS WAY, BUILDING 100
JACKSONVILLE, FL 32256


FARZAD MOAZED
367 WEST HILL ROAD
STAMFORD, CT 06902
LOAN #038562

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | | | | Amount |
|---|---|---|---|---|---|---|
| 01/08/02 | GKM | Legal Research on Truth in Lending Case | | | | |
| | | | 2.50 hrs | 150 | /hr | 375.00 |
| 01/10/02 | GKM | Travel to and attendance at deposition | | | | |
| | | | 8.00 hrs | 150 | /hr | 1,200.00 |
| 01/21/02 | GKM | Review District Court Summons. Draft letter to client | | | | |
| | | | .30 hrs | 150 | /hr | 45.00 |
| 02/07/02 | GKM | Draft letter to Mers | | | | |
| | | | .30 hrs | 150 | /hr | 45.00 |
| | | TOTAL FEES | | $ | | 1,665.00 |

DISBURSEMENTS

| Date | | Description | Amount |
|---|---|---|---|
| 01/29/02 | DEP | Deposition Fee - Niziankiewicz & Miller Deposition of Janet Moazed | 718.26 |
| 02/01/02 | TOWN | Town Clerk Recording Fee - Stamford | 68.00 |
| 03/21/02 | CERT | Certified and regular copies | 14.00 |
| | | TOTAL DISBURSEMENTS              $ | 800.26 |

BILLING SUMMARY

| | | |
|---|---|---|
| TOTAL FEES | $ | 1,665.00 |
| TOTAL DISBURSEMENTS | $ | 800.26 |
| TOTAL CHARGES FOR THIS BILL | $ | 2,465.26 |


Paid