FILED
AUG 17  10 54 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JANET MOAZED                                                  3:02 CV 91 (EBB)

V.

FIRST UNION MORTGAGE CORPORATION
N/K/A WACHOVIA MORTGAGE CORPORATION

V.

FARZAD MOAZED
PARVIZ SEPAHBODI
JANET MOAZED                                                  AUGUST 17, 2004

## AFFIDAVIT OF MILITARY SERVICE

The undersigned, being duly sworn, hereby deposes and says:

1. I, Kimberly J. Scioscio, am a Paralegal employed by the firm of Hunt Leibert Chester & Jacobson, P.C., am of full age, being duly sworn according to law, upon my oath depose and say:

2. I have personal knowledge that the Defendant(s) Parviz Sepahbodi is/are not now nor within thirty (30) days prior to the institution of this action, not currently on active duty in the military or naval services of the United States of America.

3. I based this knowledge upon the response received from the Department of Defense, Manpower Data Center of the United States America, copy of said responses are attached hereto.

HUNT LEIBERT CHESTER & JACOBSON, P.C. ● ATTORNEYS AT LAW
50 WESTON STREET ● HARTFORD, CONNECTICUT 06120 ● (860) 808-0606 ● JURIS NO. 101589

Based on the above I have reason to believe that the Defendant(s), Parviz Sepahbodi is/are not currently on active duty in the military or naval services.

*Kimberly J. Scioscio*
Affiant

Subscribed and sworn to before me
this 17th day of August, 2004.

Geoffrey K. Milne, Esq.
Commissioner of Superior Court

HUNT LEIBERT CHESTER & JACOBSON, P.C. ● ATTORNEYS AT LAW
50 WESTON STREET ● HARTFORD, CONNECTICUT 06120 ● (860) 808-0606 ● JURIS NO. 101589

Department of Defense Manpower Data Center AUG-17-2004 05:45:00

 Military Status Report
Pursuant to the Servicemen's Civil Relief Act of 2003

| ◀Last Name | First | Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|---|
| SEPAHBODI | PARVIZ | | | | |
| Only name was entered and there was no hit based on the entry of the name. Without the Social Security Number, the DMDC cannot verify completely. | | | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, the above is the current status of the Defendant(s), per the Information provided, as to all branches of the Military.

*Robert J Brandewie*

Robert J. Brandewie, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

**If you have information that makes you feel that the DMDC response is not correct, please send an e-mail to sscra.helpdesk@osd.pentagon.mil. For personal privacy reasons, SSNs are not available on this printed results page. Requesters submitting a SSN only receive verification that the SSN they submitted is a match or non-match.**

https://www.dmdc.osd.mil/udpdri/owa/sscra.prc_Select      8/17/2004