UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
AUG 17 10 54 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| **JANET MOAZED** | : |
| VS | :    3:02 CV 000 91 (EBB) |
| **FIRST UNION MORTGAGE CORPORATION**<br>**N/K/A WACHOVIA MORTGAGE CORPORATION** | : |
| V. | : |
| **FARZARD MOAZED,**<br>**PARVIZ SEPAHBODI AND**<br>**JANET MOAZED** | :    **JULY 21, 2004** |

### AFFIDAVIT OF DEBT

I, the undersigned, being duly sworn, depose and say:

1. I am over the age of eighteen years and believe in the obligation of an oath.

2. I am an authorized signer on behalf of Wachovia Mortgage Corporation, the Defendant -- Counterclaim Plaintiff in this action.

3. I am familiar with the books and records of First Union Mortgage Corporation n/k/a Wachovia Mortgage Corporation, and have reviewed the account of Farzard Moazed, the Counterclaim Defendant, in this matter.

4. There is due and owing to the Counterclaim Plaintiff on the Note dated November 6, 2000, made by the maker thereof as described in the Counterclaim Complaint, in the original principal amount of $535,000.00, a sum computed as follows:

| | |
|---|---:|
| Principal | $ 533,817.87 |
| Interest from 4/1/01 to 7/30/04 at 9.00% per annum<br>Per diem = $131.63 | 159,958.73 |
| Pre- acceleration Late Charges | 8,609.60 |
| NSF Charges | 60.00 |
| Real Estate Taxes and Hazard Insurance Advanced | 35,887.28 |

AFFDEBT.DOC (Rev. 03/02)
File No. 01355-51316
Loan No. 0000038562

Other (Itemized as follows:)
    Property Inspections                                   305.25
    Recording Fee                                           13.00

TOTAL $ 738,651.73

5.    I know of no setoffs or counterclaims to this account.

6.    The Counterclaim Plaintiff is not a participating mortgagee under the terms of the Emergency Mortgage Assistance Act, Connecticut General Statutes, Section 8-265cc et seq. Furthermore, funds for said Program are no longer available to mortgagors and pursuant to the provisions of Section 8-265kk, "the foreclosure of mortgages by mortgagees may continue without any further restriction or requirement under the provisions of sections 8-265cc to 8-265kk, inclusive."

_____
ALISA HAFFKE, ASSISTANT SECRETARY
Signature & Name of Officer

Subscribed and sworn to before me this July 21, 2004.

_____
Notary Public

My Commission Expires:

SEAL

W. DEBBIE CREAMER
Notary Public - State of Florida
My Commission Expires Feb 27, 2006
Commission # DD 285965
Bonded By National Notary Assn.

File No. 01355-51316
Loan No. 0000038562