UNITED STATES DISTRICT COURT

FILED
Aug 17  10 54 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

JANET MOAZED                                3:02 CV 00091 (EBB)

V.

FIRST UNION MORTGAGE CORPORATION
N/K/A WACHOVIA MORTGAGE CORPORATION

August 17, 2004

### UPDATED COMPUTATION OF THE DEBT

Amount of the debt based upon the affidavit dated July 21, 2004   $738,651.73

Interest from August 1-17, 2004 at $131.63 a day                   2,237.71

$740,889.44

*- 6,887.68*

*734,001.76*

Geoffrey K. Milne/ CT 12854