UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
AUG 17  10 53 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

JANET MOAZED

V.

FIRST UNION MORTGAGE CORPORATION
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

3:02 CV 91 (EBB)

United States District Court
District of Connecticut
FILED AT NEW HAVEN
8/17 20 04
Kevin F. Rowe, Clerk
By M. Ruocco
Deputy Clerk

August 4, 2004

## STIPULATION ON MOTION FOR JUDGMENT OF STRICT FORECLOSURE

The Defendant-Counterclaim Plaintiff, First Union Mortgage Corporation, ("First Union") by Stipulation with the Plaintiff, Moves the Court to enter a Judgment of Strict Foreclosure in this action, with a law day of September 28, 2004, with subsequent days for subsequent encumbrancers in the inverse order of priority.

Attached hereto is a copy of the affidavit of debt as of July 30, 2004, showing a debt of $738,651.73. First Union will submit an updated affidavit of debt at the hearing on August 17, 2004, in addition to an affidavit of attorneys fees. No post-acceleration late charges will be claimed by the First Union. In accordance with the appraisal, the value of the property is $815,000. First Union will also submit a Bill of Costs.

Upon ~~either redemption, payment in full, or title becoming absolute in First Union~~ entry of Judgment of strict forclosure and expiration of appeal period there on without appeal Mortgage Corporation n/k/a Wachovia Mortgage Corporation, First Union Mortgage

Corporation, n/k/a Wachovia Mortgage Corporation, will dismiss any counterclaims (except to foreclose the mortgage or address recission) against Janet Moazed and any Cross Claims against Farzad Moazed (except to foreclose the mortgage or address recission), provided all parties sign this Stipulation and waive their appeal rights, any objection to the debt _as set forth in affidavit of Debt_ and the value of the property. _or post acceleration Late charges_

The Defendant-Counterclaim Plaintiff, First Union Mortgage Corporation n/k/a Wachovia Mortgage Corporation

By _____
Geoffrey K. Milne ct/12854
Hunt Leibert Chester & Jacobson
50 Weston Street
Hartford, CT 06120
Facsimile 860-808-0625
860-240-9140
Gmilne@hlcj.com

The Plaintiff, Janet Moazed,

By _____
M. Dean Montgomery, Esq., her counsel

# FACSIMILE TRANSMITTAL SHEET

TO: JEFF PINE, ESQ.
COMPANY:
FAX NUMBER: 860-____-9240
PHONE NUMBER:
RE:

FROM: Zod Monzed
DATE: 08-10-04
TOTAL NO. OF PAGES INCLUDING COVER: 04
SENDER'S PHONE NUMBER: 203-570-0057
SENDER'S FAX NUMBER:

☐ URGENT  ☐ REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

NOTES/COMMENTS:

01/23/1992 03:54 2035909948  SIGNAPDF FIRST UNION  PAGE 02
Case 3:02-cv-00091-EBB   Document 91-2   Filed 08/15/2004   Page 4 of 6

08/05/04 THU 15:10 FAX 15802    H L C & J           203 629 2545   P.02/04
AUG-04-2004             BENTLEY, MOSHER, BABSON, LAM

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JANET MOA___                          3:02 CV 91 (EBB)

V.

FIRST UNION MORTGAGE CORPORATION
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, IN__
                                      August 4, 2004

### STIPULATION ON MOTION FOR JUDGMENT OF STRICT FORECLOSURE

The Defendant-Counterclaim Plaintiff, First Union Mortgage Corporation, ("First Union") by Stipulation with the Plaintiff, Moves the Court to enter a Judgment of Strict Foreclosure ___ action, with a law day of September 28, 2004, with subsequent days for subsequent encumbrancers in the inverse order of priority.

Attached hereto is a copy of the affidavit of debt as of July 30, 2004, showing a debt of $733,___.73. First Union will submit an updated affidavit of debt at the hearing on August ___ 2004, in addition to an affidavit of attorneys fees. No post-acceleration late charges ___ be claimed by the First Union. In accordance with the appraisal, the value of the property is $815,000. First Union will also submit a Bill of Costs.

Upon *entry of Judgment of strict foreclosure and expiration of appeal period there on with out appeal* Mortgage Corporation n/k/a Wachovia Mortgage Corporation, First Union Mortgage

01/23/1992 03:54 2035304940 STEWAPDPHPRITHNETMSM PAGE 03
Case 3:02-cv-00091-EBB    Document 101    Filed 08/17/2004    Page 5 of 6

08/05/04 THU 15:11 FA :15602    H L C & J    203 629 2545    P.03/04
AUG-04-2004 16:48    BENTLEY,MOSHER,BABSON,LAM                 ☑003

Corporation, n/k/a Wachovia Mortgage Corporation, will dismiss any counterclaims (except to foreclose the mortgage or address recission) against Janet Moazed and any Cross Claims against Farzad Moazed (except to foreclose the mortgage or address recission), provided all parties sign this Stipulation and waive their appeal rights, any objection to the debt and the value of the property. *as set forth in affidavit of Denton post acceleration late charges*

The Defendant-Counterclaim Plaintiff, First Union Mortgage Corporation n/k/a Wachovia Mortgage Corporation

By _____
Geoffrey K. Milne ct/12854
Hunt Leibert Chester & Jacobson
50 Weston Street
Hartford, CT 06120
Facsimile 860-808-0625
860-240-9140
Gmilne@hlcj.com

The Plaintiff, Janet Moazed,

By _____
M. Dean Montgomery, Esq., her counsel

Farzad Moazed,

*[signature: Farzad Moazed]*

Pro Se

## CERTIFICATION

I hereby certify that a copy of the above was mailed via us mail, postage prepaid, on this 4th day of August 2004 to the following counsel and pro se parties of record:

M. Dean Montgomery, Esq.
Bentley Mosher Babson & Lambert
321 Railroad Avenue
P.O. Box 788
Greenwich, CT 06836-0788

Farzad Moazed
210 River Run
Greenwich, CT 06831

Parviz Sepahbodi
5225 Pooks Hill Road, suite 1215
North Bethesda, Maryland 20814

Geoffrey K. Milne/ ct 12854