UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Aug 30  1 40 PM '04

JANET MOAZED

3:02 CV00991 (EBB)

V.

FIRST UNION MORTGAGE CORPORATION
n/k/a WACHOVIA MORTGAGE CORPORATION

V.

FARZAD MOAZED, PARVIZ SEPAHBODI
AND JANET MOAZED                                    AUGUST 27, 2004

## MOTION TO OPEN JUDGMENT

The plaintiff JANET MOAZED moves to open the Judgment of Strict Foreclosure entered by the Court, Burns, Jr., on August 17, 2004. The plaintiff represents that the defendant agreed that a judgment of foreclosure by sale could be ordered by the court because it presented a new appraisal of the subject property to the plaintiff's counsel on August 17, 2004 showing there was an additional $30,000 equity. After the undersigned consulted with the plaintiff, she desires a judgment of foreclosure of by sale be ordered.

**WHEREFORE,** the plaintiff moves that the Judgment of Strict Foreclosure be opened and the Court order a Judgment of Foreclosure by Sale.

                                **BENTLEY, MOSHER, BABSON & LAMBERT, P.C.**
                                Attorneys for the Plaintiff Janet Moazed

By: _____
      M. Dean Montgomery, Esq.
      Juris No. 101537
      321 Railroad Avenue
      P.O. Box 788
      Greenwich, Connecticut 06836-0788
      (203) 629-2424 (Telephone)
      (203) 629-2545 (Facsimile)

## CERTIFICATION

I hereby certify that a copy of the within Motion to Open Judgment was mailed, postage prepaid, on this 27th day of August, 2004 to the following counsel and pro se parties of record:

>Geoffrey K. Milne, Esq.
>Hunt, Leibert, Chester & Jacobson, P.C.
>50 Weston Street
>Hartford, Connecticut 06120
>
>Farzad Moazed
>Pro Se
>The Mill Riversville
>210 River Run
>Greenwich, Connecticut 06831
>
>Parviz Sepahbodi
>5225 Pooks Hill Road
>Suite 215
>North Bethesda, Maryland 20814

M. Dean Montgomery, Esq.
Federal Bar No. C07312