DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANET MOAZED, | : |
| v. | : 3:02-CV-91 (EBB) |
| FIRST UNION MORTGAGE CORPORATION, n/k/a/ WACHOVIA MORTGAGE CORPORATION | : |
| v. | : |
| FARZAD MOAZED, ET AL., | : |

## ORDER

The Motion for Reconsideration [Doc. No. 123] is hereby GRANTED and Farzad Moazed is now PURGED OF THE CONTEMPT ORDERED BY THIS COURT on July 23, 2003. Farzad has filed proof with this Court that his brother has indeed transferred back to Farzad an interest in property which Farzad originally and wrongfully transferred to his brother in Iran.

SO ORDERED

/ ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGR

Dated at New Haven, Connecticut this 29th day of September, 2004.