UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
SEP 30  11 47 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

JANET MOAZED                                3:02 CV 91 (EBB)

V.

FIRST UNION MORTGAGE CORPORATION
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.
                                            September 29, 2004

## JUDGMENT OF STRICT FORECLOSURE

The parties, Janet Moazed and Defendant, First Union Mortgage Corporation, n/k/a/ Wachovia Mortgage Corporation, appeared in this Court on August 17, 2004, before the Honorable Ellen Burns, Senior District Judge, presiding, and the issues having been duly heard by stipulation and a decision having been duly rendered,

It is Ordered and Adjudged that a Judgment of Strict Foreclosure entered with the first law day of September 28, 2004;

That the value of the property known as 367 West Hill Road, Stamford, Connecticut is found to be $845,000 and the amount of the Defendant-Counterclaim Plaintiff, First Union Mortgage Corporation n/k/a Wachovia Mortgage Corporation's

debt is found to be $734,001.76 to August 17, 2004; further, that interest accrues on the taxes and hazard insurance of $35,887.28, plus the principal balance of $533,817.87, for a combined total of $569,705.15, at 9% per annum from the date of Judgment;

That the Defendant-Counterclaim Plaintiff, First Union Mortgage Corporation is awarded attorneys fees of $21,150 to August 17, 2004, plus costs of $7,979.58 to August 17, 2004;

Upon either redemption, payment in full, or title becoming absolute in First Union Mortgage Corporation n/k/a Wachovia Mortgage Corporation, First Union Mortgage Corporation, n/k/a Wachovia Mortgage Corporation will dismiss any counterclaims (except to foreclose the mortgage or address recission) against Janet Moazed and any Cross Claims against Farzad Moazed (except to foreclose the mortgage or address recission), in accordance with the signed stipulation.

Dated at New Haven, CT on Sept. 30, 2004.

_____
Clerk of the Court

Defendant-Counterclaim Plaintiff, First Union Mortgage
Corporation n/k/a Wachovia Mortgage Corporation

By: _____
Geoffrey K. Milne ct/12854
Hunt Leibert Chester & Jacobson
50 Weston Street
Hartford, CT 06120
Facsimile 860-808-0625
860-240-9140
Gmilne@hlcj.com

## CERTIFICATION

I hereby certify that a copy of the above was mailed via us mail, postage prepaid, on this 29th day of September 2004 to the following counsel and pro se parties of record:

M. Dean Montgomery, Esq.
Bentley Mosher Babson & Lambert
321 Railroad Avenue
P.O. Box 788
Greenwich, CT 06836-0788

Farzad Moazed
210 River Run
Greenwich, CT 06831

Parviz Sepahbodi
5225 Pooks Hill Road, suite 1215
North Bethesda, Maryland 20814

_____
Geoffrey K. Milne/ ct 12854