FILED

Oct 15  2 51 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JANET MOAZED** | : 3:02 CV 91 (EBB) |
| V. | |
| **FIRST UNION MORTGAGE CORPORATION MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** | : OCTOBER 13, 2004 |

## NOTICE OF RE-ENTRY, MODIFICATION, AND CONVERSION OF JUDGMENT

Notice is given that on September 30, 2004, the Court converted the Judgment of Strict Foreclosure in the above-noted matter to a Judgment of Foreclosure by Sale.

The Court scheduled the sale for **Saturday, December 4, 2004**, at **12:00 noon** on the subject premises located at 367 West Hill Road, Stamford, CT 06902. The Judgment debt and fair market value of the subject premises remain unchanged from the Court's prior Order dated September 30, 2004. The deposit is waived for the Counterclaim Plaintiff, First Union Mortgage Corporation, n/k/a Wachovia Mortgage Corporation.

The Committee of Sale is John Regan of Stamford, Connecticut. The Court-Ordered appraiser is Michael Massa of Cadre Group in Fairfield, Connecticut.

COUNTERCLAIM PLAINTIFF,
FIRST UNION MORTGAGE CORPORATION N/K/A
WACHOVIA MORTGAGE CORPORATION

By_____
Bruce Fair, Esq.
Hunt Leibert Chester & Jacobson, P.C.
Its Attorneys
50 Weston Street
Hartford, Ct. 06120
(860) 808-0606
Juris No. 101589

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, by first class mail on this 13th day of October, 2004 to the following:

John P. Regan, Esq.
Juris 309927
Committee of Sale
1200 Summer Street, Suite 103
Stamford, CT 06905

Michael R. Massa, Court-Appointed Appraiser
Cadre Group, LLC
60 Katona Drive, Suite 27
Fairfield, CT 06430

M. Dean Montgomery, Esq.
Juris 101537
321 Railroad Avenue, P.O. Box 788
Greenwich, CT 06836

Farzad Moazed
210 River Run
Greenwich, CT 06831

Parviz Sepahbodi
5225 Pooks Hill Road, Suite 1215
North Bethesda, MD 20814

Bruce Fair
Attorney for the Plaintiff