# Hunt Leibert

*Hunt Leibert Jacobson, P.C.*
*Attorneys at Law*
*Hartford & Fairfield, Connecticut*

Geoffrey K. Milne
Direct Dial: (860) 240-9140
Direct Fax: (860) 240-9240
gmilne@hlcj.com

**FILED**

2005 FEB -7  A 10:57  50 Weston Street
Hartford, CT 06120
Telephone: (860) 241-1650

U.S. DISTRICT COURT
NEW HAVEN, CT

January 19, 2005

**Via facsimile 203-773-2148**
Erin Kellaher
Senior Law Clerk to
The Honorable Ellen Burns
141 Church Street
New Haven, CT 06510

Re: <u>Moazed v. First Union 3:02 CV 91 (EBB)</u>

Dear Erin:

We have not submitted the motion to adopt uniform orders regarding the foreclosure in this matter based upon the pending bankruptcy in this case. I am concerned that submitting such a motion, prior to obtaining relief from the automatic stay under 11 USC 362, may violate the stay.

We have a hearing scheduled within the next week to obtain relief from the stay. When granted, we will proceed with the motion to adopt uniform scheduling orders regarding any upcoming foreclosure sale.

Thank you for your assistance and I apologize for the delay in providing this letter to you.

―――――――――――――――――――― www.hlcj.com ――――――――――――

Very truly yours,

Geoffrey K. Milne