UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JANET MOAZED | \* |
| | \* CIVIL ACTION |
| VS. | \* 3:02 CV 91 (EBB) |
| | \* |
| FIRST UNION MORTGAGE CORPORATION | \* |
| MORTGAGE ELECTRONIC REGISTRATION | \* |
| SYSTEMS, INC. | \* FEBRUARY 28, 2005 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR ACCEPTANCE OF COMMITTEE REPORT**
**MOTION FOR ALLOWANCE OF FEES AND EXPENSES**
**MOTION FOR ALLOWANCE OF APPRAISER'S FEES**

The Committee in the above-referenced matter hereby mores that the court:

1. Accept the Committee Report;

2. Allow the Committee a reasonable fee for his services as well as reimbursement for his expenses as listed in the Committee Report;

3. Allow reasonable fees to the appraiser for her services.

THE COMMITTEE

John P. Regan, Esq.
1200 Summer Street
Stamford, CT 06905
203-324-4661
CT #04627

*ORAL ARGUMENT REQUESTED*
*TESTIMONY NOT REQUIRED*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| JANET MOAZED | * | |
| | * | CIVIL ACTION |
| VS. | * | 3:02 CV 91 (EBB) |
| | * | |
| FIRST UNION MORTGAGE CORPORATION | * | |
| MORTGAGE ELECTRONIC REGISTRATION | * | |
| SYSTEMS, INC. | * | FEBRUARY 28, 2005 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REPORT OF COMMITTEE TIME

| Date | Description | Hours |
|---|---|---|
| 10/13/04 | Review letter from Plaintiff, telephone conferences regarding appointment | 0.75 hours |
| 10/15/04 | Filing Appearance; review of file and judgment, | 1.25 hours |
| 10/18/04 | Telephone conferences with Defendant's Attorney, Plaintiff's Attorney | 0.75 hours |
| 11/01/04 | Submitted Committee Liability Insurance Application with payment | 0.5 hours |
| 11/22/04 | Submitted Order for sign with payment | 0.5 hours |
| 11/23/04 | Composed, ordered newspaper ad, with payment | 0.75 hours |
| 11/24/04 | Telephone conference with potential bidder re: sign | 0.25 hours |
| 12/01/04 | Visited property with Appraiser, Administered Oath of Appraiser, Preparation of Notice to Bidders, Bond for Deed, telephone conference with attorneys; Received, reviewed, bankruptcy filing | 2.75 hours |
| 12/02/04 | Cancelled newspaper ad; Telephone conference With potential bidders (2) re: ad | 0.75 hours |
| 12/03/04 | Telephone conference with potential bidders (2) re: ad. | 0.5 hours |
| | **Total** | **8.75 hours** |

Total

| | |
|---|---|
| 8.75 hours @ $200.00/hour | :$1,750.00 |
| Sign | :$ 349.80 |
| Newspaper Ads | :$ 207.00 |
| Insurance | :$ 250.00 |
| Appraisal | :$ 350.00 |

Total                              $2,906.80

**ORDER**

The foregoing motions having been presented to the court, it is hereby ORDERED:

1. The Committee Report be accepted;

2. The Committee be allowed a fee of $1,750.00 and the sum of $806.80 for his expenses; and

3. The appraiser be allowed a fee of $350.00.

BY THE COURT

_____
Judge/ Asst. Clerk

**CERTIFICATION**

I hereby certify that I mailed on this date
via first class mail the enclosed to the following:

Bruce Fair, Esq
Hunt, Leibert, Chester & Jacobsen, P.C.
50 Weston Street
Hartford, CT 06120

M. Dean Montgomery, Esq.
321 Railroad Avenue
P.O. Box 788
Greenwich, CT 06831

Parviz Sepahbodi
5225 Pooks Hill Road
Suite 1215
North Bethesda, MD 20814

Farzad Moazed
210 River Run
Greenwich, CT 06831

_____
John P. Regan, Esq.