FILED

UNITRD STATES DISTRICT COURT

2005 AUG -8  A 9: 04
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
NEW HAVEN, CT

JANET MOAZED

3:02 CV 91 (EBB)

V.

FIRST UNION MORTGAGE CORPORATION                August 8, 2005

### APPLICATION FOR CONFERENCE WITH THE COURT

Farzad Moazed, the Pro Se, in the above-referenced case, respectfully requests a personal conference with the Court for the following reasons:

I am in receipt of Mr. Milne's latest and most recent pay-off letter dated July 27, 2005. The more I delve and dig into the numbers provided, the more I find inconsistencies and discrepancies between our numbers.

As I will illustrate below, the latest discrepancies now exceed $18,500 based on my latest tabulations. That is assuming that he will provide sufficient explanations to a few other minor amounts for which I have already asked for explanations, as you will notice below:

Therefore, for the convenience of the Court in order for me to demonstrate and point out the existing discrepancies between our numbers, enclosed you will find copies of both of Mr. Milne's pay-off letters dated 06/14 & 07/27, respectively.

| Item | My Number | His Number | Discrepancy |
|---|---|---|---|
| 1) Interest: | $204,158.13(Thru 07/31/05) | $212,192.39(Thru 08/31/05) | $8,034.26 |

Explanation for my calculation: From 05/01/2001-07/31/2005, that is 1551 days @ $131.63=$204,158.13

2) Escrow/impound Advance:

|  | $41,605.51 | $48,231.92 (07/27 letter) | $6,626.41 |
|---|---|---|---|

Explanation for my calculation: My calculation is thru 07/31/05. In Mr. Milne's letter of July 13, 2005, providing details of all the escrow amounts (copy enclosed), the escrow amount paid 0n 07/12/05 was $5,266.33. This amount was set aside until 01/12/2006. Therefore, to do a daily amount for the escrow to be earmarked, I came up with the amount of $28.78 to be paid daily (copy of my letter dated 07/14/05 addressed to Mr. Milne). From July 22nd until July 31st, one has to add $259.02 to come up with a current

escrow amount. The way Mr. Milne calculates, would be double-counting as soon as the new refinancing is finalized.

3) Interest on Escrow from 07/01/04 to 08/31/05                          $3,881.04

Remarks:
This is a whole new and sudden entry by Mr. Milne. This category did not even appear in his pay-off letter dated 06/14th. He now arbitrarily has decided to create a new entry without the Court's prior knowledge or approval. Furthermore, more detailed explanation would be required as to why this item would be allowed without the Court's prior approval.

4) Unpaid Late Charges                                                    $430.48

I have requested an explanation as to why a charge of $430.48 over a period of just 43 days. This amount was increased from 06/14 to 07/27 (43 days) and seems exorbitant. Furthermore, I have asked for an explanation regarding their total charges of $11,192.48.

5) PIR Fees                                                               $429

As you can notice, this item has increased suddenly from just $24.75(in 06/14 letter) to $429 in 07/27th letter. Have asked for another explanation regarding this item as well.

Total of discrepancies including the minor items:                         $19,401.19
Excluding the minor items:                                                $18,541.71

6) One positive piece of news to report. After 29 days of prodding, Mr. Milne, finally corrected his legal fees by reducing them from $34,251.38 to $31,274.58, for a reduction of $2,976.80.

I plead with the Court to allow for a personal Conference with the Court enabling me to explain these discrepancies in order to expedite this refinancing, as I am afraid, time is running out with the Tribeca Mortgage Company.

At the very least, I respectfully ask the Court to mediate between us as soon as convenient, as I am afraid that Mr. Milne, with his legal and tactful maneuverings, will try to railroad me, even though I have shown the evidence in the foregoing for his repeated overstatements of his numbers.

In closing, in the interest of full disclosure, I have to admit that I have been corresponding with the Court since June 24, 2005, albeit, it seems now, futilely, due to my failure to properly indicate the case numbers in each correspondence. The blame rests squarely with me. But in order to keep the record straight, I am therefore, taking the liberty of enclosing copies of all of these correspondences, in case the Court wishes and requires to review them.

Respectfully,

*Farzad Moazed*
Farzad Moazed



Hunt Leibert Jacobson, P.C.
Attorneys at Law
Hartford & Fairfield, Connecticut

50 Weston Street
Hartford, CT 06120
Telephone: (860) 808-0606

July 27, 2005

VIA FACSIMILE: (631) 370-1207
Attn: Lisa Rotolo

Re:   Everhome Mortgage Company
      Vs. Farzad Moazed, et al
      Loan No. 0000038562
      Property: 367 West Hill Road, Stamford, CT

Dear Ms. Rotolo:

Pursuant to your request, the following is the amount needed to pay off the mortgage loan from the above matter through and including August 31, 2005:

| | |
|---|---:|
| Principal balance | $533,817.87 |
| 1) Interest to 8/31/05 ($131.63 Per Diem) | 212,192.39 |
| 2) Escrow/Impound Advance | 48,231.92 |
| 3) Interest on Escrow from 7/1/04 to 8/31/05 @ 9% | 3,881.04 |
| 4) Unpaid Late Charges | 11,192.48 |
| Property Inspections | 396.00 |
| Recording Fee | 13.00 |
| BPO Fee | 115.00 |
| NSF Fees | 60.00 |
| Less: Pre-Acceleration Late Fees | (10,331.52) |
| 5) PIR Fees | 429.00 |
| Attorney's Fees & Costs in Bankruptcy | 1,000.00 |
| 6) Contested Fees & Costs | 31,274.58 |
| Title search fee, including certified copies | 180.00 |
| Court Entry Fee | 190.00 |
| Marshal Fee | 273.55 |
| Appraisal Fees (2) | 670.00 |
| Committee Fees | 2,906.80 |
| Motion to Reopen (A*) | 300.00 |
| Recording Fees-Release of Lis Pendens (A) | 13.00 |
| Overnight Delivery Fee (A) | 15.50 |
| **Total Due as of August 31, 2005** | **$836,820.61** |

*PLEASE NOTE: Estimates are those fees or costs (Marked as E) for items which have been ordered, but the exact amount of which have not yet been determined. Anticipated costs are those costs (marked as A) for items which will be ordered prior to the payoff date contained in this letter. Actual recording fee is subject to passing of pending legislation and any overpayment will be refunded Any fee or cost line item for which a figure of $0.00 is indicated do not apply to your particular loan. If, for any reason, those anticipated costs have not been incurred prior to receipt of the payoff funds, these anticipated costs will be refunded to you by our office, if received by us, or by our client if received by our client. To the extent funds are received in payment of such anticipated or estimated items, any excess funds, after payment of the actual charges will be refunded to you as above. **Please read page two ( Carefully.**

06/15/2005  21:23   6318643211                FRANKLIN FIRST FIN                    PAGE
06/15/05  WED 15:51 FAX 8605245602            H L C & J



Hunt Leibert Jacobson, P.C.
Attorneys at Law
Hartford & Fairfield, Connecticut

50 Weston Street
Hartford, CT 06120
Telephone: (860) 808-0606

June 14, 2005

VIA FACSIMILE: (631) 370-1207
Attn: Lisa Rotolo

Re: Everhome Mortgage Company
Vs. Farzad Moazed, et al
Loan No. 0000038562
Property: 367 West Hill Road, Stamford, CT

Dear Ms. Rotolo:

Pursuant to your request, the following is the amount needed to pay off the mortgage loan from the above matter through and including July 22, 2005:

| | |
|---|---:|
| Principal balance | $533,817.87 |
| Interest to 7/22/05 ($131.63 Per Diem) | 206,949.28 |
| Escrow/Impound Advance | 41,058.68 |
| Unpaid Late Charges | 10,762.00 |
| Property Inspections | 396.00 |
| Recording Fee | 13.00 |
| BPO Fee | 115.00 |
| NSF Fees | 60.00 |
| Less: Uncollected Late Fees | (9,801.04) |
| PIR Fees | 24.75 |
| Attorney's Fees & Costs in Bankruptcy | 1,000.00 |
| Contested Fees | 34,251.38 |
| Title search fee, including certified copies | 180.00 |
| Court Entry Fee | 190.00 |
| Marshal Fee | 273.55 |
| Appraisal Fees (2) | 670.00 |
| Committee Fees | 2,906.38 |
| Recording Fee-Release of Lis Pendens (A) | 13.00 |
| Overnight Delivery Fee (A) | 15.50 |
| Total Due as of July 22, 2005 | $822,795.26 |

**PLEASE NOTE:** Estimates are those fees or costs (Marked as E) for items which have been ordered, but the exact amount of which have not yet been determined. Anticipated costs are those costs (marked as A) for items which will be ordered prior to the payoff date contained in this letter. Actual recording fee is subject to passing of pending legislation and any overpayment will be refunded. Any fee or cost line item for which a figure of $0.00 is indicated do not apply to your particular loan. If, for any reason, those anticipated costs have not been incurred prior to receipt of the payoff funds, these anticipated costs will be refunded to you by our office, if received by us, or by our client if received by our client. To the extent funds are received in payment of such anticipated or estimated items, any excess funds, after payment of the actual charges will be refunded to you as above. **Please read page two (2) Carefully.**

To: Lisa Rotolo



Hunt Leibert Jacobson, P.C.
Attorneys at Law
Hartford & Fairfield, Connecticut

Geoffrey K. Milne
Direct Dial: (860) 240-9140
Direct Fax: (860) 240-9240
gmilne@hlcj.com

50 Weston Street
Hartford, CT 06120
Telephone: (860) 241-1650

July 13, 2005

**THIS IS AN EFFORT TO COLLECT A DEBT
ANY INFORMATION OBTAINED WILL BE USED FOR
THAT PURPOSE.**

**Via facsimile 212-259-2093**
Farzad Moazed

Re: 367 West Hill Road, Stamford, CT

Dear Farzad:

In accordance with your requests, enclosed is the escrow breakdown in this case, as provided by our client:

| Date | Type | Amount |
|---|---|---|
| 7/12/05 | tax | $5,266.33 |
| 12/17/04 | tax | $5,171.31 |
| 7/15/04 | hazard | $1,692.00 |
| 7/2/04 | tax | $5,171.32 |
| 12/17/03 | tax | $5,235.30 |
| 7/4/03 | hazard | $1572.00 |
| 7/11/03 | tax | $5,235.30 |
| 12/23/02 | tax | $4,768.00 |
| 7/23/02 | hazard | $1400.00 |
| 7/5/02 | tax | $4,768.00 |
| 12/13/01 | tax | $4,481.03 |
| 9/5/01 | hazard | $1307 |
| 7/9/01 | tax | $257.33 |

www.hlcj.com

subtotal    $46,324.92

Please advise if you wish to have a new letter issued with figures good through 8/1/05. Please call me with any questions.

Very truly yours,

Geoffrey K. Milne

---

### FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: JEFF MILNE | FROM: ZOD MOAZED |
| COMPANY: HUNT LEIBERT | DATE: 07-14-05 |
| FAX NUMBER: 860-240-9240 | TOTAL NO. OF PAGES INCLUDING COVER: 02 |
| PHONE NUMBER: 860-240-9140 | SENDER'S REFERENCE NUMBER: |
| RE: REFI | |

☐ URGENT    X FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

---

NOTES/COMMENTS:

Jeff:

Thanks for your faxes.

In reference to your faxes of 07/13, 07/14 and our conversation of 07/13, below is my response:

1) Legal fees, therefore, should be reduced by $2,976.80 per our conversation yesterday. Thus, legal fees should be $31,274.58, and not $34,251.38 in the pay-off letter dated 06/14.

2) Interest: 05/01/2001 to 07/14/2005 or today's date adds up to be 1,524 days at $131.63 equals to $200,604.12 (1,524$131.63=$200,604.12). Your stated figure in your pay-off letter dated 06/14 which had gone out to 07/22, is $206,949.28 or overstated by $6,345.16.

3) Finally, escrow/impound advance. If you were to count in the entire 6 months of the prepaid escrow amount of $5,266.33 charged on 07/12 through 01/12/06, then, once our new refinancing will be done, that would be double-counting. The fair and correct way of calculating the escrow amount would be to the closing date. Therefore, in order to prorate the 6 months advance payment of taxes of $5,266.33, the figure is $28.78. Thus, if the closing were today, then

we should add ($28.78x2=$57.56) to the escrow amount provided in the pay-off letter of 06/14, or, $41,058.69+$57.56=$41,116.25, would be the correct escrow amount.

In conclusion, this is the amount your pay-off letter of 06/14 has overstated: $2,976.80 legal fees + $6,345.16 interest = $9,321.96 less $57.56 escrow requirement = $9,264.40.

Therefore, the final pay-off amount to Wachovia should be: $813,530.86 ($822,795.26-$9,264.40).

Jeff, you and I have agreed about the legal fees. Therefore, please set up a time so that the bank officers and I can review our differing numbers and keep me posted.

Regards, Zod

Cc: Melissa Reynolds

## CERTIFICATION

I hereby certify that a copy of the above was mailed or hand-delivered, postage prepaid, on August 8, 2005 to the followings:

Dean Montgomery, Esq.
Bentley, Mosher, Babson & Lambert, PC
321 Railroad Avenue
Greenwich, Ct. 06836


Jeff Milne, Esq.
Hunt Leibert Jacobson, PC
Attorneys at Law
50 Weston Street
Hartford, Ct. 06120

_____
Zod Moazed Pro Se