UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANET MOAZED | | 3:02 CV 91 (EBB) |
| V. | | |
| FIRST UNION MORTGAGE CORPORATION | | September 10, 2005 |

REQUEST FOR CONSIDERATION FOR PENALTIES DUE TO A PATTERN OF DELAYS

I respectfully would like to inform the Court that as of this writing at 1:58 pm, Saturday, September 10, 2005, I have not received any communication from Mr. Patrick Crook, the representative of the Wachovia Bank in the above-referenced case, regarding the final pay-off letter about which he was instructed by judge Burns during the Status Conference of August 25th to provide no later than September 2, 2005.

I also sent a fax (copy attached) on 09/08/05 to Mr. Crook, inquiring about the final pay-off letter to which I did not receive a reply.

I, respectfully, would like to request from the Court to consider assessing penalties for this continual patterns of intentional or inadvertent delays in providing the requested information which started from June 14, 2005, with the first pay-off letter and has continued through today.

Furthermore, I particularly think that Mr. Crook and Wachovia Bank should be held responsible and be assessed penalties in the event that one or both of the mortgage companies were to withdraw their refinancing offer/s.

In closing, I am still awaiting a reply in order to proceed with this refinancing and would appreciate the Court's intervention very much.

Respectfully,

*[signature]*
Zod Moazed

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: MR. PATRICK CROOK | FROM: ZOD MOAZED |
| COMPANY: HUNT LEIBERT | DATE: 09-08-05 |
| FAX NUMBER: 860-240-9240 | TOTAL NO. OF PAGES INCLUDING COVER: 02 |
| PHONE NUMBER: 860-240-9140 | SENDER'S REFERENCE NUMBER: |
| RE: RESPONSE | |

☐ URGENT    X FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Dear Mr. Crook:

As of this writing, I have not received a communication from you regarding the instructions judge Burns gave you during our Status Conference on 08/25/05.

I would appreciate a response, as both the mortgage company and me are & have been awaiting anxiously to proceed with this refinancing since 06/14/05.

Sincerely,

*Fozod Moazed*
Zod Moazed

CERTIFICATION

I hereby certify that a copy of the above was mailed or hand-delivered, postage prepaid, on September 10, 2005 to the followings:

Patrick Crook, Esq.
Hunt Leibert Jacobson, PC
Attorneys at Law
50 Weston Street
Hartford, Ct. 06120

Dean Montgomery, Esq.
Bentley, Mosher, Babson & Lambert, PC
321 Railroad Avenue
Greenwich, Ct. 06836

*Farzad Moazed*
Zod Moazed Pro Se