UNITED STATES DISTRICT COURT      **FILED**

DISTRICT OF CONNECTICUT      2005 SEP 15 P 3: 00

U.S. DISTRICT COURT
3:02 CV 91 (EBB) CT

JANET MOAZED

V.

FIRST UNION MORTGAGE CORPORATION                September 13, 2005

**MOTION FOR CONSIDERATION FOR PENALTIES DUE TO A PATTERN OF CONTINUOUS DELAYS**

I respectfully would like to inform the Court that as of this writing at 4:35 pm, Tuesday, September 13, 2005, I have not received any communication from Mr. Patrick Crook, the attorney representing Wachovia Bank in the above-referenced case, regarding the final pay-off letter about which he was instructed by judge Burns during the Status Conference of August 25th to provide them no later than September 2, 2005.

I also sent a fax (copy attached) on 09/08/05 to Mr. Crook, inquiring about the final pay-off letter to which I did not receive a reply, either.

I, respectfully, would like to request from the Court to consider assessing penalties for this continual pattern of intentional or inadvertent delays in providing the information which started from June 14, 2005, with the first pay-off letter, and has continued ever since.

Furthermore, I particularly think that Mr. Crook and the Wachovia Bank should be held responsible and be assessed penalties for both their lack of cooperation with the Court's instructions as well as in the event one or both of the mortgage companies which have offered financings, were to withdraw their offer/s.

In closing, I am still awaiting a reply in order to proceed with this refinancing and would appreciate the Court's intervention to help expedite this refinancing.

Respectfully,

Zod Moazed

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: MR. PATRICK CROOK | FROM: ZOD MOAZED |
| COMPANY: HUNT LEIBERT | DATE:09-08-05 |
| FAX NUMBER: 860-240-9240 | TOTAL NO. OF PAGES INCLUDING COVER: 02 |
| PHONE NUMBER: 860-240-9140 | SENDER'S REFERENCE NUMBER: |
| RE: RESPONSE | |

☐ URGENT    X FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Dear Mr. Crook:

As of this writing, I have not received a communication from you regarding the instructions judge Burns gave you during our Status Conference on 08/25/05.

I would appreciate a response, as both the mortgage company and me are & have been awaiting anxiously to proceed with this refinancing since 06/14/05.

Sincerely,

Zod Moazed

## CERTIFICATION

I hereby certify that a copy of the above was mailed or hand-delivered, postage prepaid, on September 14, 2005 to the following:


Patrick Crook, Esq.
Hunt Leibert Jacobson, PC
Attorneys at Law
50 weston Street
Hartford, Ct. 06120

Dean Montgomery, Esq.
Bentley, Mosher, Babson & Lambert, PC
321 Railroad Avenue
Greenwich, Ct. 06836

Zod Moazed Pro Se