UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANET MOAZED                                       3:02 CV 91 (EBB)

V.

FIRST UNION MORTGAGE CORPORATION           September 23, 2005

## MOTION TO REOPEN AND ENTER NEW JUDGMENT OF FORECLOSURE

Defendant-Counterclaim Plaintiff, First Union Mortgage Corporation n/k/a/ Wachovia Mortgage Corporation ("Wachovia"), Moves the Court to enter a Judgment of Strict Foreclosure in this action on Counter-Cross Claims alleging foreclosure of the mortgage and declaratory relief. The Court entered a ruling granting summary judgment in favor of the Defendant-Counterclaim Plaintiff on the Plaintiff's Complaint and in favor of Wachovia on the counts seeking declaratory relief and foreclosure of the mortgage.

A Judgment of Strict Foreclosure entered in this case on or about August 17, 2004, which was converted to a foreclosure by sale with a sale date in December, 2004. The Defendant, Farzad Moazed, filed a bankruptcy petition, which was dismissed by the Court in May, 2005. Plaintiff now seeks to enter a new Judgment.

Appended hereto is the last appraisal performed on the subject property.

1

In the event there is no equity in the subject property, the Movant seeks a Judgment of Strict foreclosure, with law days as follows:

1st law day- Janet Moazed and Farzad Moazed;

2nd law day- Parviz Sepahbodi

Title vests in First Union Mortgage Corporation, n/k/a Wachovia Mortgage Corporation.

        First Union Mortgage Corporation n/k/a
        Wachovia Mortgage Corporation.

        By_____
        Geoffrey K. Milne ct/12854
        Hunt Leibert Chester & Jacobson
        50 Weston Street
        Hartford, CT 06120
        860-240-9140
        860-808-0625 facsimile

        GMilne@huntleibert.com

## ORDER

GRANTED/DENIED

_____
Judge

## **CERTIFICATION**

I hereby certify that a copy of the above was mailed via us mail, postage prepaid, on September 23, 2005 to the following:

M. Dean Montgomery, Esq.
Bentley Mosher Babson & Lambert, P.C.
321 Railroad Avenue
P.O. Box 788
Greenwich, CT 06836

Farzad Moazed
Pro Se
210 River Run
Greenwich, CT 06831

Parviz Sepahbodi
5225 Pooks Hill Road
Suite 1215
North Bethesda, Maryland 20814

_____
Geoffrey K. Milne ct/12854

3

ADDENDUM                                    File No.  OATHLDMRM

# AFFIDAVIT OF APPRAISER

JUDICIAL COURT OF
AT

The undersigned Appraiser, at the direction of the Plaintiff in the above-entitled action, respectfully represents THAT:

1. My name is Michael R. Massa
   My business address is 60 KATONA DRIVE, SUITE #27, FAIRFIELD, CT 06824
   I hold a State Certified Residential Real Estate Appraiser's License, number RCR.332 AND:

2. THAT I / we have appraised:

   * The property known as: 367 WEST HILL ROAD, STAMFORD
   * as of: AUGUST 13, 2004
   * and the estimated Total Fair Market Value of the property is:   $   845,000
   * with the attributable value of the site estimated at:            $   450,000
   * and the attributable value of the improvements estimated at:     $   395,000

3. THAT the Fair Market Value of the property is the same as it was on:

   * AUGUST 13, 2004
   * AND

4. THAT if there is a difference in the Fair Market Value from the report date, the reason for the difference is:

   * Not applicable
   * AND:

4. THAT the fee for the appraisal and affidavit of appraiser is: $ 335.00

_____
Michael R. Massa, Appraiser

Personally appeared Michael R. Massa, who subscribed the
foregoing report and swore before me this :16th day of AUGUST 2004.

_____
Robert H. Jones, Notary Public
My commission expires
October 31, 2004

CADRE GROUP, LLC
COMPREHENSIVE ANALYSIS & DIRECTION/REAL ESTATE

01355-51316
File No. 04081203

# APPRAISAL OF



### LOCATED AT:

367 WEST HILL ROAD
STAMFORD, CT 06902

### FOR:

HUNT LEIBERT CHESTER & JACOBSON
50 WESTON STREET
HARTFORD, CT 06120

### BORROWER:

MOAZED

### AS OF:

AUGUST 13, 2004

### BY:

CADRE GROUP/BRIAN K. JOHANSON
CORPORATE OFFICE  60 KATONA DRIVE SUITE 27 FAIRFIELD, CT 06430

TELEPHONE (203) 368 - 2000  FACSIMILE (203) 368 - 2210



**Freddie Mac**
Federal Home Loan Mortgage Corporation
Owned by America's Savings Institutions

01355-51316

Second Mortgage
**Property Value Analysis Report**

(This form may be used if the second mortgage will not exceed $15,000 and value is based on "as is" condition.)

CADRE GROUP, LLC        04081203

## Borrower/Subject Property Information

- Borrower: MOAZED
- Property Address: 367 WEST HILL ROAD
- City: STAMFORD
- County: FAIRFIELD
- State: CT
- Zip Code: 06902
- Census Tract: 0205.00
- Map Reference: SMSA 14860
- Check one: [X] SF [ ] PUD [ ] CONDO [ ] 2-4 Units
- Phone No. Res: N/A
- Loan Amount Requested $: N/A
- Term: N/A
- Mos. Owner's Estimate of Value $: N/A
- No. of Rooms: 10
- No. of Bedrooms: 5
- No. of Baths: 4F
- Family Room or Den: [X] yes [ ] no
- Gross Living Area: 3,255 Sq. Ft.
- Garage/Carport: 2 ATT.
- Porches, Patio, Pool: PCH, PAT, POOL
- Central Air: [X] yes [ ] no

## Field Report

### NEIGHBORHOOD

- Location: [ ] Urban [X] Suburban [ ] Rural
- Built Up: [X] Over 75% [ ] 25% to 75% [ ] Under 25%
- Growth Rate: [ ] Fully Dev. [ ] Rapid [X] Steady [ ] Slow
- Property Values: [ ] Increasing [X] Stable [ ] Declining
- Demand/Supply: [ ] Shortage [X] In Balance [ ] Over Supply
- Marketing Time: [ ] Under 3 Mos [X] 4-6 Mos. [ ] Over 6 Mos.
- Property Compatibility: Avg [X]
- General Appearance of Properties: Avg [X]
- Appeal to Market: Avg [X]

Present Land Use: 95% 1 Family, __% 2-4 Family, __% Apt, __% Condo, __% Commercial, __% Industrial, 5% Vacant, __%
Change in Present Land Use: [X] Not Likely [ ] Likely [ ] Taking Place From __ to __
Predominant Occupancy: [X] Owner [ ] Tenant [ ] % Vacant
Single Family Price Range $: 450,000 to $2,500,000  Predominant Value $ 800,000
Single Family Age: NEW yrs. to 150 yrs.  Predominant Age 50 yrs.

Boundaries: NORTH BY THE MERRITT PARKWAY, SOUTH BY PALMERS HILL RD, EAST BY STILLWATER AND ROXBURY RD., WEST BY THE GREENWICH LINE.

Note: Freddie Mac does not consider race or the racial composition of the neighborhood to be reliable appraisal factors.

Comments: ESTABLISHED STAMFORD NEIGHBORHOOD OF WELL MAINTAINED SINGLE FAMILY DWELLINGS OF GOOD QUALITY. CONVENIENT TO SHOPPING AREAS, PUBLIC TRANSIT, SCHOOLS AND ALL MUNICIPAL SERVICES.

### SUBJECT PROPERTY

- Approx. Year Built: 1948
- No. Units: 1
- No. Stories: 1.5
- Type: DETACHED
- Design: EXPANDED RANCH
- Exterior Wall Material: WOOD SIDING
- Roof Material: ASPH. SHINGLES
- Is the property located in a HUD-identified Special Flood Hazard Area? [X] no [ ] yes
- Special Energy-Efficient Items: NONE NOTED FROM THE EXTERIOR.

Property Rating:
- Condition of Exterior: Avg [X]
- Compatibility to Neighborhood: Avg [X]
- Appeal and Marketability: Avg [X]

Comments: THERE WAS NO FUNCTIONAL OR EXTERNAL OBSOLESCENCE NOTED AT THE TIME OF INSPECTION. AN EXTERIOR ONLY INSPECTION OF THE PROPERTY WAS CONDUCTED.

## Market Comparable Analysis Prior To Improvement

| Item | Subject Property | Comparable No.1 | Adjustment | Comparable No.2 | Adjustment | Comparable No.3 | Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 367 WEST HILL ROAD STAMFORD | 30 MILL BROOK WEST STAMFORD | | 27 VAN RENSSELEAR STAMFORD | | 364 WESTOVER ROAD STAMFORD | |
| Proximity to Sub. | | 1.32 miles | | 3.99 miles | | 0.62 miles | |
| Sales Price | $ N/A | $ 860,000 | | $ 862,500 | | $ 805,000 | |
| Date of Sale and Time Adjustment | N/A | 05/25/2004 | | 06/30/2004 | | | |
| Location | AVERAGE | GOOD | -43,000 | GOOD | -86,000 | AVERAGE | |
| Site/View | 1.2 ACRE/AVG | 1.0 ACRE/AVG | | 0.33 ACRE/AVG | +43,500 | 1.72 ACRE/AVG | -26,000 |
| Age | 56 YEARS | 44 YRS. | | 45 YEARS | | 49 YRS. | |
| Condition | AVERAGE | AVERAGE | | GOOD | -43,000 | AVERAGE | |
| Living Area Rm. Count and Total (Total/B-rms/Baths) | 10 / 5 / 4F | 811 / 45 / 2F1H | +22,500 | 8 / 3 / 2F1H | +22,500 | 8 / 3 / 2F | +30,000 |
| Gross Living Area | 3,255 Sq.Ft. | 3,136 Sq.Ft. | +6,000 | 2,946 Sq.Ft. | +15,500 | 2,311 Sq.Ft. | +47,200 |
| Air Conditioning | CENTRAL AIR | CENTRAL AIR | | CENTRAL AIR | | CENTRAL AIR | |
| Garage/Carport | 2 CAR | 2 CAR | | 2 CAR | | 2 CAR | |
| Porches, Patio, Pools, etc. | PORCH, PATIO I/G POOL | BALCONY/DECK NONE | +15,000 | DECK NONE | +15,000 | PORCH NONE | +15,000 |
| Special Energy-Efficient Items | 1 FIREPLACE STANDARD | 2 FIREPLACE STANDARD | -4,000 | 1 FIREPLACE STANDARD | | 1 FIREPLACE STANDARD | |
| Other | | | | | | | |
| Net Adjust. (Total) | | [ ] Plus [X] Minus $ 3,500 | | [ ] Plus [X] Minus $ 32,500 | | [X] Plus [ ] Minus $ 66,200 | |
| Indicated Value of Subject | | Net: 0% / $ 856,500 | | Net: -4% / $ 830,000 | | Net: 8% / $ 871,200 | |

General Comments: GLA WAS ADJUSTED AT $50 PER SQUARE FOOT WHEN DIFFERENCES OF OVER 100 SQUARE FEET EXIST THEN ROUNDED TO THE NEAREST 100. SEE ATTACHED ADDENDUM FOR ADDITIONAL COMMENTS. LAND VALUE IS ESTIMATED TO BE $450,000.00

The information shown in this report is derived from an inspection of the neighborhood and exterior inspection of the subject property and market comparables. The estimated market value is based upon this information and the knowledge of the undersigned. This report is not to be construed as an appraisal report.

Estimated Market Value $ 845,000  as of AUGUST 13, 2004

Completed By: CADRE GROUP/BRIAN K. JOHANSON
Signature: /s/ Brian Johanson
Title: __
Date: AUGUST 13, 2004

ATTACH CURRENT DESCRIPTIVE PHOTOGRAPHS OF SUBJECT PROPERTY AND STREET SCENE

Produced using ACI software, 800.234.8727 www.aciweb.com
CADRE GROUP



**Second Mortgage**
**Property Value Analysis Report**

(This form may be used if the second mortgage will not exceed $15,000 and value is based on "as is" condition.)

01355-51316    CADRE GROUP, LLC    04081203

## Market Comparable Analysis Prior To Improvement

| Item | Subject Property | Comparable No.4 | | Comparable No.5 | | Comparable No.6 | |
|---|---|---|---|---|---|---|---|
| Address | 367 WEST HILL ROA STAMFORD | 34 GREENLEAF DRIVE STAMFORD | | 65 BREEZY HILL ROAD STAMFORD 06903 | | | |
| Proximity to Sub. | | 0.13 miles | | 5.70 miles | | | |
| Sales Price | $ N/A | $ 835,000 | | $ 840,000 | | $ | |
| | Description | Description | +(-)$ Adjustment | Description | +(-)$ Adjustment | Description | +(-)$ Adjustment |
| Date of Sale and Time Adjustment | N/A | LISTING | | 04/06/2004 | | | |
| Location | AVERAGE | AVERAGE | | INFERIOR | +42,000 | | |
| Site/View | 1.2 ACRE/AVG | 1.0 ACRES/AVG | | 1.34 ACRES/AVG | | | |
| Age | 56 YEARS | 38 YEARS | | 41 YEARS | | | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | | |
| Living Area Rm. Count and Total | Total 10 / B-rms 5 / Baths 4F | Total 8 / B-rms 4 / Baths 3F1H | +7,500 | Total 10 / B-rms 4 / Baths 4F1H | -7,500 | Total / B-rms / Baths | |
| Gross Living Area | 3,255 Sq.Ft. | 2,734 Sq.Ft. | +26,100 | 3,242 Sq.Ft. | | Sq.Ft. | |
| Air Conditioning | CENTRAL AIR | NONE | +5,000 | CENTRAL AIR | | | |
| Garage/Carport | 2 CAR | 2 CAR | | 2 CAR | | | |
| Porches, Patio, Pools, etc. | PORCH, PATIO I/G POOL | PATIO/DECK NONE | +15,000 | PATIO/TN CT I/G POOL | -5,000 | | |
| Special Energy- Efficient Items | 1 FIREPLACE STANDARD | 2 FIREPLACE STANDARD | -4,000 | 2 FIREPLACE STANDARD | -4,000 | | |
| Other | | | | | | | |
| Net Adjust (Total) | | [X] Plus  Minus  $ | 49,600 | [X] Plus  Minus  $ | 25,500 | [X] Plus  Minus  $ | 0 |
| Indicated Value of Subject | | Net: 6%  $ | 884,600 | Net: 3%  $ | 865,500 | Net: 0%  $ | 0 |

## Additional Comments

SEE ATTACHED ADDENDUM.

## ADDENDUM

| | |
|---|---|
| Borrower: MOAZED | File No.: 04081203 |
| Property Address: 367 WEST HILL ROAD | Case No.: 01355-51316 |
| City: STAMFORD | State: CT  Zip: 06902 |
| Lender: HUNT LEIBERT CHESTER & JACOBSON | |

THIS APPRAISAL REPORT COMPLIES IN EVERY RESPECT WITH THE REAL ESTATE APPRAISAL REGULATIONS PROMULGATED BY THE OFFICE OF THE COMPTROLLER OF THE CURRENCY, 12CFR, PT 34 AND BY THE FEDERAL DEPOSIT INSURANCE CORPORATION, 12 CFR, PT 323, PURSUANT TO TITLE X1 OF THE FINANCIAL INSTITUTIONS REFORM RECOVERY AND ENFORCEMENT ACT OF 1989. THE APPRAISAL ASSIGNMENT WAS NOT BASED ON A REQUESTED MINIMUM VALUATION, A SPECIFIC VALUATION, OR THE APPROVAL OF A LOAN.
*THE PURPOSE OF AN APPRAISAL IS TO PROVIDE THE MARKET VALUE OF THE SUBJECT PROPERTY IN CONNECTION WITH LOAN APPLICATION.
*THE SCOPE OF THIS APPRAISAL IS THE ANALYSIS AND DETERMINATION OF THE VALUE OF THE PROPERTY IN ACCORDANCE WITH THE METHODS SHOWN ON THE REPORT AND RECONCILIATION THEREOF, TOGETHER WITH AN INSPECTION OF THE PROPERTY AND PUBLIC RECORDS, COMPARABLE SALES DATA AND OTHER INFORMATION SHOWN ON THE APPRAISAL REPORT.
*THE SUBJECT PROPERTY HAS NOT TRANSFERRED IN AN ARM'S LENGTH TRANSACTION IN THE PAST 36 MONTHS.

DEVELOPMENT AND REPORTING PROCESS
IS A SUMMARY APPRAISAL REPORT WHICH IS INTENDED TO COMPLY WITH THE REPORTING REQUIREMENTS SET FORTH UNDER STANDARDS RULE 2-2 (B) OF THE UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE FOR A SUMMARY APPRAISAL REPORT. AS SUCH, IT PRESENTS ONLY SUMMARY DISCUSSIONS OF THE DATA, REASONING, AND ANALYSES THAT WERE USED IN THE APPRAISAL PROCESS TO DEVELOP THE APPRAISERS OPINION OF VALUE. SUPPORTING DOCUMENTATION THAT IS NOT SUPPLIED WITH THIS REPORT CONCERNING THE DATA, REASONING AND ANALYSES IS RETAINED IN THE APPRAISERS FILE. THE DEPTH OF DISCUSSION CONTAINED IN THIS REPORT IS SPECIFIC TO THE NEEDS OF THE CLIENT AND FOR THE INTENDED USE STATED IN THE REPORT. THE APPRAISER IS NOT RESPONSIBLE FOR UNAUTHORIZED USE OF THIS REPORT.
DEVELOP THE OPINION OF VALUE THE APPRAISER PERFORMED A LIMITED APPRAISAL PROCESS, AS DEFINED BY THE UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE. THIS MEANS THAT DEPARTURES FROM STANDARD 1 WERE INVOKED. THE COST AND INCOME APPROACHES TO VALUE WERE NOT DEVELOPED IN THIS REPORT.

COMMENT ON PERSONAL PROPERTY
NO CONTRIBUTORY VALUE WAS ASSIGNED TO ANY ITEMS OF PERSONAL PROPERTY IN THIS APPRAISAL.

COMPARABLES WITHIN ONE MILE OF THE SUBJECT
AN ATTEMPT IS MADE TO UTILIZE COMPARABLE SALES WITHIN ONE MILE OF THE SUBJECT PROPERTY. GIVEN THE LACK OF TRULY COMPARABLE SALES IN CLOSER PROXIMITY AND UNIQUE NATURE OF FAIRFIELD COUNTY, THERE MAY ARISE AN INSTANCE WHERE THE ONE MILE RULE IS CONSIDERED IN APPLICABLE FOR THE USE IN THIS REPORT. SALES 1,2 AND 5 ARE LOCATED OVER 1 MILE FROM THE SUBJECT. THESE SALES WERE USED DUE TO THEIR SIMILAR STYLE, APPEAL OR NEIGHBORHOOD.

WITHIN 6 MONTHS
WHENEVER POSSIBLE, THE APPRAISER HAS UTILIZED SALES WITHIN THE LAST 6 MONTHS. IF, AT THE APPRAISER'S DISCRETION, A MORE COMPARABLE PROPERTY WAS AVAILABLE THAT SOLD OVER 6 MONTHS AGO, THEN THAT SALE MAY BE UTILIZED. NO SALES OVER 1 YEAR OLD WILL BE USED. ALL SALES USED HAVE SOLD INTHE PAST 6 MONTHS. COMPARABLE #4 IS A CURRENT LISTING.

COMMENT ON GLA ADJUSTMENT
GLA WAS ADJUSTED $50 PER SQUARE FOOT AND BELOW GRADE FINISHED AREA WAS ADJUSTED AT $25 PER SQUARE FOOT WHEN DIFFERENCES OF OVER 100 SQUARE FEET EXISTED, EXTRACTED FROM AN ANALYSIS OF SALES IN THE SUBJECT MARKET AREA OVER THE LAST YEAR.

COMMENT ON SITE ADJUSTMENTS
SIGNIFICANT DIFFERENCES IN SITE (I.E. MORE THAN 1/4 ACRE) WERE ADJUSTED AT THE RATE OF $50,000 PER ACRE, OR INCREMENTS THEREOF. THIS ADJUSTMENT IS ESTIMATED THROUGH AN ANALYSIS OF SALES OF SIMILAR PROPERTIES WITH DIFFERING SITE SIZES AS WELL AS AN ANALYSIS OF LAND SALES IN THE SUBJECT MARKET AREA.

COMMENT ON CONDITION ADJUSTMENT
SALE #2 WAS ADJUSTED DOWNWARD 5% IN ORDER TO REFLECT MARKET REACTION TO ITS SUPERIOR CONDITION. THE ADJUSTMENT IS BASED ON TOWN HALL AND MLS RECORDS AS WELL AS WELL AS A VISUAL EXTERIOR DRIVE-BY OF THE COMPARABLE SALES.

COMMENT ON LINE-ITEM ADJUSTMENTS
INDIVIDUAL LINE-ITEM ADJUSTMENTS REFLECT THE MARKET REACTION TO THE PRESENCE OR ABSENCE OF THOSE PARTICULAR ITEMS. SHOULD DIFFERENCES OCCUR WITH NO ADJUSTMENT, IT IS BECAUSE THERE WAS NO MEASURABLE MARKET EFFECT, EITHER DUE TO COMPETING AMENITIES OR NOMINAL IMPACT ON VALUE.

COMMENT ON PHOTOGRAPHS
DIGITAL PHOTOGRAPHS CONTAINED IN THIS REPORT ARE THE ORIGINAL PHOTOGRAPHS TAKEN AT THE TIME OF INSPECTION AND SUBSEQUENT COMPARABLE SALE RESEARCH. THESE PHOTOGRAPHS HAVE NOT BEEN ALTERED OR ENHANCED IN ANY MANNER. DUE TO THE LIMITED TO SOME OF THE PROPERTIES IT WAS NECESSARY TO USE PHOTOS FROM THE MLS/VISION APPRAISAL. THESE PHOTOS REPRESENT A MORE ACCURATE DWELLING DESCRIPTION, THAN WAS AVAILABLE TO THE APPRAISER.

COMMENT ON SIGNATURES
THIS APPRAISAL REPORT MAY CONTAIN ENCODED, COMPUTER-GENERATED SIGNATURES. THIS MODE OF SIGNING ELECTRONIC DATA INTERCHANGE (EDI) REPORTS HAS BEEN ACCEPTED BY THE APPRAISAL STANDARDS BOARD OF THE APPRAISAL FOUNDATION AND IS RECOGNIZED BY SAME AS AN "ORIGINAL SIGNATURE".

**ADDENDUM**

| | |
|---|---|
| Borrower: MOAZED | File No.: 04081203 |
| Property Address: 367 WEST HILL ROAD | Case No.: 01355-51316 |
| City: STAMFORD | State: CT   Zip: 06902 |
| Lender: HUNT LEIBERT CHESTER & JACOBSON | |

COMMENT ON LOCATION ADJUSTMENTS
SALES #1 RECEIVED A 5% DOWNWARD ADJUSTMENT DUE TO IT'S LOCATION NEXT TO A NATURE PRESERVE ON THE GREENWICH BORDER. SALE 2 RECEIVED A DOWNWARD ADJUSTMENT OF 10% DUE TO IT'S LOCATION IN A WATER COMMUNITY. SALE 5 RECEIVED AN UPWARD ADJUSTMENT OF 5% DUE TO IT'S INFERIOR LOCATION TO THAT OF THE SUBJECT'S. SALE 5 IS LOCATED FURTHER AWAY FROM ALL MAJOR THOUROFARES AND AMENITIES. THESE ADJUSTMENTS ARE BASED ON A SALES ANALYSIS OF THE MLS AND A PAIRED SALES ANALYSIS FROM WITHIN THIS REPORT.

COMMENT ON ADJUSTMENTS
ALL ADJUSTMENTS TO ALL OF THE COMPARABLE SALES FALL WITHIN THE ESTABLISHED FANNIE MAE GUIDELINES AND WERE EXTRACTED FROM AN ANALYSIS OF SALES IN THE SUBJECT MARKET AREA OVER THE LAST YEAR.

| | |
|---|---|
| Borrower: MOAZED | |
| Property Address: 367 WEST HILL ROAD | |
| City: STAMFORD | |
| Lender: HUNT LEIBERT CHESTER & JACOBSON | |

| SUBJECT PROPERTY PHOTO ADDENDUM | | | |
|---|---|---|---|
| Borrower: MOAZED | | File No.: 04081203 | |
| Property Address: 367 WEST HILL ROAD | | Case No.: 01355-51316 | |
| City: STAMFORD | State: CT | | Zip: 06902 |
| Lender: HUNT LEIBERT CHESTER & JACOBSON | | | |



**FRONT VIEW OF SUBJECT PROPERTY**

Appraised Date: AUGUST 13, 2004
Appraised Value: $ 845,000



**REAR VIEW OF SUBJECT PROPERTY**



**STREET SCENE**

| | | | |
|---|---|---|---|
| Borrower: MORZED | | File No.: 04081203 | |
| Property Address: 367 WEST HILL ROAD | | Case No.: 01355-51316 | |
| City: STAMFORD | | State: CT | Zip: 06902 |
| Lender: HUNT LEIBERT CHESTER & JACOBSON | | | |



**COMPARABLE SALE #1**

30 MILL BROOK WEST
STAMFORD
Sale Date: 05/25/2004
Sale Price: $ 860,000



**COMPARABLE SALE #2**

27 VAN RENSSELEAR
STAMFORD
Sale Date: 06/30/2004
Sale Price: $ 862,500



**COMPARABLE SALE #3**

364 WESTOVER ROAD
STAMFORD
Sale Date:
Sale Price: $ 805,000

| | |
|---|---|
| Borrower: MOAZED | File No.: 04081203 |
| Property Address: 367 WEST HILL ROAD | Case No.: 01355-51316 |
| City: STAMFORD | State: CT    Zip: 06902 |
| Lender: HUNT LEIBERT CHESTER & JACOBSON | |



**COMPARABLE SALE #4**

34 GREENLEAF DRIVE
STAMFORD
Sale Date: LISTING
Sale Price: $ 835,000



**COMPARABLE SALE #5**

65 BREEZY HILL ROAD
STAMFORD 06903
Sale Date: 04/06/2004
Sale Price: $ 840,000



**COMPARABLE SALE #6**

Sale Date:
Sale Price: $

LOCATION MAP

| | |
|---|---|
| Borrower: MOAZED | File No.: 04081203 |
| Property Address: 367 WEST HILL ROAD | Case No.: 01355-51316 |
| City: STAMFORD    State: CT | Zip: 06902 |
| Lender: HUNT LEIBERT CHESTER & JACOBSON | |



TELEPHONE (203) 368 - 2000  FACSIMILE (203) 368 - 2210

Property Value Analysis Report
CADRE GROUP, LLC

File No. 04081203
Case No. 01355-51316

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; 2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

\* Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the Inspector's judgment.

## CERTIFICATION AND STATEMENT OF LIMITING CONDITIONS

**CERTIFICATION:** The Inspector certifies and agrees that:

1. The Inspector has no present or contemplated future interest in the property described; and neither the employment to make the analysis, nor the compensation for it, is contingent upon the estimated value of the property.

2. The Inspector has no personal interest in or bias with respect to the subject matter of the report or the participants to the sale. The "Estimate of Market Value" in the report is not based in whole or in part upon the race, color, or national origin of the prospective owners or occupants of the property, or upon the race, color, or national origin of the present owners or occupants of the properties in the vicinity of the property.

3. The Inspector has personally inspected the exterior of the property, and has made an exterior inspection of all comparable sales listed in the report. To the best of the Inspector's knowledge and belief, all statements and information in this report are true and correct, and the Inspector has not knowingly withheld any significant information.

4. All contingent and limiting conditions are contained herein (imposed by the terms of the assignment or by the undersigned affecting the analyses, opinions, and conclusions contained in the report).

5. This analysis has been made in conformity with and is subject to the requirements of the Code of Professional Ethics and Standards of Professional Conduct of the organizations with which the Inspector is affiliated.

6. All conclusions and opinions concerning the real estate that are set forth in the report were prepared by the Inspector whose signature appears on the report. No change of any item in the report shall be made by anyone other than the Inspector, and the Inspector shall have no responsibility for any such unauthorized change.

**CONTINGENT AND LIMITING CONDITIONS:** The certification of the Inspector appearing in the report is subject to the following conditions and to such other specific and limiting conditions as are set forth by the Inspector in the report.

1. The Inspector assumes no responsibility for matters of a legal nature affecting the property inspected or the title hereto, nor does the Inspector render any opinion as to the title, which is assumed to be good and marketable. The property is valued as though under responsible ownership.

2. Any sketch in the report may show approximate dimensions and is included to assist the reader in visualizing the property. The Inspector has made no survey of the property.

3. The Inspector is not required to give testimony or appear in court because of having made the analysis with reference to the property in question, unless arrangements have been made therefor.

4. Any distribution of the valuation in the report between land and improvements applies only under the existing program of utilization. The separate valuations for land and building must not be used in conjunction with any other report and are invalid if so used.

5. The Inspector assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable. The Inspector assumes no responsibility for such conditions, or for engineering which might be required to discover such factors.

6. Information, estimates, and opinions furnished to the Inspector, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished the Inspector can be assumed by the Inspector.

7. Disclosure of the contents of the report is governed by the Bylaws and Regulations of the professional organizations with which the Inspector is affiliated.

8. Neither all, nor any part of the content of the report, or copy thereof (including conclusions as to the property value, the identity of the Inspector, professional designations, reference to any professional organizations, or the firm with which the Inspector is connected), shall be used for any purposes by anyone but the client specified in the report, the borrower if report fee paid by same, the mortgagee or its successors and assigns, mortgage insurers, consultants, professional organizations, any state or federally approved financial institution, any department, agency, or instrumentality of the United States or any state or the District of Columbia, without the previous written consent of the Inspector; nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent and approval of the Inspector.

9. On all reports, subject to satisfactory completion, repairs, or alterations, the analysis and value conclusion are contingent upon completion of the improvements in a workmanlike manner.

10. I am not an employee of the company or individual(s) ordering this report. This assignment is not based on a requested minimum, specific valuation, or the approval of a loan. My compensation is not contingent upon the reporting of a predetermined value or direction of value or upon an action or event resulting from the analysis, opinions, conclusions, or the use of this report.

Address of Property Analyzed: 367 WEST HILL ROAD, STAMFORD, CT 06902

APPRAISER:
Signature _Brian Johanson_
Name CADRE GROUP/BRIAN K. JOHANSON
Date Report Signed AUGUST 13, 2004
State Certification # _____ State _____
Or State License # RSP.1227 State CT
Expiration Date of Certification/License: 04/30/2005

Extent of Inspection: ☐ Did not Inspect Property  ☐ Exterior Only  ☐ Interior and Exterior