FILED

2005 NOV 14 P 4: 54

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JANET MOAZED** | : CV 00091 (EEB) |
| | : |
| V. | |
| **FIRST UNION MORTGAGE CORPORATION** | : NOVEMBER 14, 2005 |

## UPDATED CALCULATION OF DEBT

The Plaintiff hereby submits an updated calculation of the mortgage debt contained in its Affidavit of Debt attached hereto:

| | |
|---|---:|
| Total amount shown due on Original Affidavit Of Debt as of 11/15/2005 | $830,660.03 |
| Less Interest from 11/14/2005 to 11/15/2005 1 days at $131.63 per diem | (-131.63) |
| Less Recoverable Balance | (-11,382.81) |
| Plus Interest on Advance | 3,421.00 |
| Total due to 11/14/2005 | $822,566.59 |

The actual debt may include additional advances not included in this update.

Plaintiff

By /s/ Geoffrey K. Milne
Geoffrey K. Milne, Esq.
Hunt Leibert Jacobson, P.C.
Its Attorneys
50 Weston Street
Hartford, Ct. 06120
(860) 808-0606
Juris No. 101589

| | |
|---|---|
| **DOCKET NO. CV 01-0185505 S** | : SUPERIOR COURT |
| **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** | : JUDICIAL DISTRICT OF STAMFORD/NORWALK |
| **V.** | : AT STAMFORD |
| **FARZAD MOAZED, *ET AL.*** | : NOVEMBER 7, 2005 |

## AFFIDAVIT OF DEBT

I, the undersigned, being duly sworn, depose and say:

1. I am over the age of eighteen years and believe in the obligation of an oath.

2. I am an authorized signer on behalf of Everhome Mortgage Company, the servicer for the Plaintiff in this action.

3. I am familiar with the books and records of Mortgage Electronic Registration Systems, Inc., the Plaintiff in this action and have reviewed the account of Janet Rossman a/k/a Janet Moazed, the Defendant(s), in this matter.

4. There is due and owing to the Plaintiff on the Note dated _____ made by the makers thereof, in the original principal amount of $535,000.00, a sum computed as follows:

| | |
|---|---|
| Principal | $ 533,817.87 |
| Interest from 04/01/01 to 11/15/05 at 9.0 % per annum<br>Per diem = $ 131.63 | 222,042.42 |
| Pre- acceleration Late Charges | 11,838.20 |
| Private Mortgage Insurance Premiums | 10,762.00 |
| Real Estate Taxes Advanced | 48,231.92 |
| Hazard Insurance Premiums Advanced | |
| Property Inspections | |

AFFDEBT.DOC (Rev. 03/02)
File No. 01355-51316
Client Loan No. 038562

| Other (<u>Itemized as follows:</u>) | |
|---|---|
| BPO | 115.00 |
| Late Charge Adjustment | -10,977.24 |
| NSF | 60.00 |
| Committee Fees and Costs | 1,156.80 |
| Committee Fees and Costs | 1,750.00 |
| Recording Fee | 43.00 |
| Other Fee Due | 437.25 |
| Recoverable Balance | 11,382.81 |
| TOTAL | $ 830,660.03 |

5. I know of no setoffs or counterclaims to this account.

6. The Plaintiff is not a participating mortgagee under the terms of the Emergency Mortgage Assistance Act, Connecticut General Statutes, Section 8-265cc etseq. Furthermore, funds for said Program are no longer available to mortgagors and pursuant to the provisions of Section 8-265kk, "the foreclosure of mortgages by mortgagees may continue without any further restriction or requirement under the provisions of sections 8-265cc to 8-265kk, inclusive."

*[signature]*
**BETH BOULTON        Vice President**
Signature & Name of Officer

Subscribed and sworn to before me this _____ day of _____, 2005.

*[signature]*

Notary Public
My Commission expires: 3/7/08

SEAL    Amber Fash
My Commission DD297121
Expires March 07 2008

01355-51316
Loan No.