UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 NOV 14 P 4: 54
U.S. DISTRICT COURT
NEW HAVEN, CT

JANET MOAZED

3:02 CV 00091 (EBB)

V.

FIRST UNION MORTGAGE CORPORATION
N/K/A WACHOVIA MORTGAGE CORPORATION      November 11, 2005

### AFFIDAVIT OF ATTORNEYS FEES

STATE OF CONNECTICUT
                              SS: _Hartford
COUNTY OF HARTFORD

The undersigned, being duly sworn, hereby deposes and says as follows:

1. I am over the age of 18 and understand the meaning and obligation of an oath.

2. I am a Partner in the law firm of Hunt Leibert Chester & Jacobson, counsel for the Plaintiff in this case. I have personal knowledge of all facts as alleged in this Affidavit.

3. The attorneys fees and costs claimed in this case are from August 17, 2004 to the present.

4. All legal fees claimed in this case are based upon an hourly rate of $150, which rate has already been determined to be fair and reasonable in this case.

5. Plaintiff has incurred additional legal fees subsequent to the entry of judgment, in the amount of $4,285, plus $750 for preparation for and attendance at the hearing, for a total of $5,035 in additional attorneys fees, plus $3,391.80 in additional costs.

6.  Attached hereto are true and accurate copies of the itemized fees and costs.

_____
Geoffrey K. Milne

Subscribed and sworn to before me this 11th day of November, 2005

_____
Notary Public
My Commission Expires
Commissioner of the Superior Court