## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: JEFF MILNE | FROM: ZOD MOAZED |
| COMPANY: HUNT LEIBERT | DATE: 06-22-05 |
| FAX NUMBER: 860-240-9240 | TOTAL NO. OF PAGES INCLUDING COVER: 07 |
| PHONE NUMBER: 860-240-9140 | SENDER'S REFERENCE NUMBER: |
| RE: REFI | |

☐ URGENT   X FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Jeff:

Thank you for your message re: your upcoming schedule for the remainder of this & next week. I really would like to finalize this refinancing, however, when I go through different numbers sent to me during last 9 months from your office, instead of coming up with more answers, I end up with more questions.

Therefore, I decided to send you this fax, perhaps you are in a better position to provide explanations for all of these discrepancies which exist, as I will point them out below.

In your June 14, 2005, (copy attached) pay off figure provided for the refi, your interest number to 07-22-2005 ($131.63 per diem) is $206,949.28. How do you, then, account for the interest number provided & signed by Linda J. St. Pierre, attorney for creditor, (copy attached) in the U.S. Bankruptcy Court, dated 05-17-2005, listing an amount of $128,207.62, for accrued interest to 11/29/2004. And finally, in your letter dated February 07, 2005, (copy attached) and addressed to Dean Montgomery Esq., stating interest to 11/30/2004 ($131.63 per diem) as $175,973.25. You must agree that there exists good deal of inconsistency and discrepancy for which you are the only one who can provide the proper explanation. According to my own calculations regarding the

interest, as I mentioned to you, you numbers are overcounting the interest amount, by at least 2.3 months over the life of the loan or roughly $9,233.84.

The 2nd issue that I would like to bring to your attention is regarding your legal fees. Even after your explanation that the Court has granted to you an amount of approx. $7,000, still, I cannot account for the existing discrepancy. Here it is:

In your June 14, 2005, pay off letter, you have listed contested attorney fees of $34,251.38 & $1,000 as attorney's fees & costs in bankruptcy. As we discussed, in your February 17th letter addressed to Dean Montgomery Esq., your listed attorney's fees in foreclosure to 08/17/2004 is $21,150. Thus, if one were to add $7,000 for the Court's extra allowance, according to you, then, we would have $28,150. Thus, for 3 years your attorney's fees amounted to $28,150, then how would you account for attorney's fees of $6,101.38 in just 3 months, August through November, as your fee activities should have come to a stop in November, due to my Chapter 13 filing. If one was to prorate the $28,150 over a 3 year period, one would come up with $781.94 per month for attorney's fees. Therefore, for the 3 months Aug-Nov, your fees should have been closer to $2,300 and not $6,101. Please provide an explanation for this discrepancy as well.

Now, as you can recognize, that my wife and I cannot proceed in good conscience until we will have sufficient explanations in writing to my questions regarding these discrepancies illustrated above.

My phone number is:212-259-5123 & my fax number is: 212-259-2093. I would appreciate a prompt response.

Sincerely,

*Fazad Moazed*
Zod Moazed

CC: John Regan Janet Moazed Melissa Reynolds



*Hunt Leibert Jacobson, P.C.*
*Attorneys at Law*
*Hartford & Fairfield, Connecticut*

50 Weston Street
Hartford, CT 06120
Telephone: (860) 241-1650

Geoffrey K. Milne
Direct Dial: (860) 240-9140
Direct Fax: (860) 240-9240
gmilne@hlcj.com

September 21, 2005

**Via facsimile 212-259-2093**
Farzad Moazed

Re: 367 West Hill Road, Stamford, CT

Dear Farzad:

Enclosed you will find a payoff statement good through the end of this month. Based upon my conversation with Attorney Patrick Crook, it is my understanding that any issues such as the debt which were addressed at the time of the judgment last year are not going to be re-addressed.

We previously provided to you, by letter dated June 29, 2004, a breakdown of all attorneys fees incurred since the date of judgment, exclusive of the bankruptcy proceedings.

Please let me know if there is any additional information that you need.

Very truly yours,

Geoffrey K. Milne

www.hlcj.com



Hunt Leibert Jacobson, P.C.  
Attorneys at Law  
Hartford & Fairfield, Connecticut

50 Weston Street  
Hartford, CT 06120  
Telephone: (860) 808-0606

September 13, 2005

VIA FACSIMILE: (631) 370-1207  
Attn: Lisa Rotolo

Re:  Everhome Mortgage Company  
     Vs. Farzad Moazed, et al  
     Loan No. 0000038562  
     Property: 367 West Hill Road, Stamford, CT

Dear Ms. Rotolo:

Pursuant to your request, the following is the amount needed to pay off the mortgage loan from the above matter through and including September 30, 2005:

| Item | Amount |
|---|---:|
| Principal balance | $533,817.87 |
| Interest to 9/30/05 ($131.63 Per Diem) | 216,327.65 |
| Escrow/Impound Advance | 48,231.92 |
| Unpaid Late Charges | 11,407.72 |
| BPO Fee | 115.00 |
| NSF Fees | 60.00 |
| Less: Pre-Acceleration Late Fees | (10,546.76) |
| PIR Fees | 429.00 |
| Attorney's Fees & Costs in Bankruptcy | 1,000.00 |
| Contested Fees & Costs | 31,919.58 |
| Title search fee, including certified copies | 180.00 |
| Court Entry Fee | 190.00 |
| Marshal Fee | 273.55 |
| Appraisal Fees (2) | 670.00 |
| Committee Fees | 2,906.80 |
| Motion to Reopen (A*) | 300.00 |
| Recording Fees-Release of Lis Pendens (A) | 43.00 |
| Overnight Delivery Fee (A) | 15.50 |
| **Total Due as of September 30, 2005** | **$837,340.83** |

**\*PLEASE NOTE:** Estimates are those fees or costs (Marked as E) for items which have been ordered, but the exact amount of which have not yet been determined. Anticipated costs are those costs (marked as A) for items which will be ordered prior to the payoff date contained in this letter. Actual recording fee is subject to passing of pending legislation and any overpayment will be refunded Any fee or cost line item for which a figure of $0.00 is indicated do not apply to your particular loan. If, for any reason, those anticipated costs have not been incurred prior to receipt of the payoff funds, these anticipated costs will be refunded to you by our office, if received by us, or by our client if received by our client. To the extent funds are received in payment of such anticipated or estimated items, any excess funds, after payment of the actual charges will be refunded to you as above. **\*\*Please read page two Carefully.\*\***

To: Lisa Rotolo
Re: Everhome Mortgage Company
Vs. Farzad Moazed, et al
Date: September 13, 2005

**Please be advised the above payoff amount is good only through September 30, 2005. \*\*Our office must be contacted to obtain new figures if payment has not been received in our office by September 29, 2005 at 12:00 P.M. Payment will only be accepted in the form of certified, bank or attorney trustee checks. Accordingly, please issue a bank or certified check, made payable to Hunt Leibert, Trustee. All figures are subject to our client's verification after receipt.\*\***

Our office is not authorized to forbear prosecution of the pending legal actions, unless and until our client instructs us to do so. As the pending action continues, you should be advised that additional legal fees and costs may accrue on the matter, as the lender's position must be protected. **Specifically not included in the above figures are any fees and costs that might have been incurred by a committee appointed by the Court in the foreclosure. If applicable, we would need written verification from the committee that any fees and costs incurred by him have been paid before accepting funds.**

As the pending action continues, you should be advised that additional legal fees may accrue on the loan, as the lender's position must be protected.

This is an effort to collect a debt; any information provided will be used for that purpose.

Upon receipt of confirmation from our client that all amounts due have been paid, we will issue a Satisfaction of Judgment, If Appropriate, or withdraw any pending foreclosure proceedings, and release the lis pendens filed at its outset. Should you have any questions or comments in connection with the above, please call me or the reinstatement and payoff department at extension 5109 or 5112.

Very truly yours,

Geoffrey Milne

GF/Mmb
CC: Everhome Mortgage Company

# Hunt Leibert

Hunt Leibert Jacobson, P.C.
Attorneys at Law
Hartford & Fairfield, Connecticut

50 Weston Street
Hartford, CT 06120
Telephone: (860) 808-0606

July 27, 2005

VIA FACSIMILE: (631) 370-1207
Attn: Lisa Rotolo

Re: Everhome Mortgage Company
Vs. Farzad Moazed, et al
Loan No. 0000038562
Property: 367 West Hill Road, Stamford, CT

Dear Ms. Rotolo:

Pursuant to your request, the following is the amount needed to pay off the mortgage loan from the above matter through and including August 31, 2005:

| | |
|---|---:|
| Principal balance | $533,817.87 |
| Interest to 8/31/05 ($131.63 Per Diem) | 212,192.39 |
| Escrow/Impound Advance | 48,231.92 |
| Interest on Escrow from 7/1/04 to 8/31/05 @ 9% | 3,881.04 |
| Unpaid Late Charges | 11,192.48 |
| Property Inspections | 396.00 |
| Recording Fee | 13.00 |
| BPO Fee | 115.00 |
| NSF Fees | 60.00 |
| Less: Pre-Acceleration Late Fees | (10,331.52) |
| PIR Fees | 429.00 |
| Attorney's Fees & Costs in Bankruptcy | 1,000.00 |
| Contested Fees & Costs | 31,274.58 |
| Title search fee, including certified copies | 180.00 |
| Court Entry Fee | 190.00 |
| Marshal Fee | 273.55 |
| Appraisal Fees (2) | 670.00 |
| Committee Fees | 2,906.80 |
| Motion to Reopen (A*) | 300.00 |
| Recording Fees-Release of Lis Pendens (A) | 13.00 |
| Overnight Delivery Fee (A) | 15.50 |
| **Total Due as of August 31, 2005** | **$836,820.61** |

**\*PLEASE NOTE:** Estimates are those fees or costs (Marked as E) for items which have been ordered, but the exact amount of which have not yet been determined. Anticipated costs are those costs (marked as A) for items which will be ordered prior to the payoff date contained in this letter. Actual recording fee is subject to passing of pending legislation and any overpayment will be refunded Any fee or cost line item for which a figure of $0.00 is indicated do not apply to your particular loan. If, for any reason, those anticipated costs have not been incurred prior to receipt of the payoff funds, these anticipated costs will be refunded to you by our office, if received by us, or by our client if received by our client. To the extent funds are received in payment of such anticipated or estimated items, any excess funds, after payment of the actual charges will be refunded to you as above. **\*\*Please read page two (2) Carefully.\*\***

To:    Lisa Rotolo
Re:    Everhome Mortgage Company
       Vs. Farzad Moazed, et al
Date:  July 27, 2005

**Please be advised the above payoff amount is good only through August 31, 2005. \*\*Our office must be contacted to obtain new figures if payment has not been received in our office by August 30, 2005 at 12:00 P.M. Payment will only be accepted the form of certified, bank or attorney trustee checks. Accordingly, please issue a bank or certified check, made payable to Hunt Leibert, Trustee. All figures are subject to our client's verification after receipt.\*\***

Our office is not authorized to forbear prosecution of the pending legal actions, unless and until our client instructs us to do so. As the pending action continues, you should be advised that additional legal fees and costs may accrue on the matter, as the lender's position must be protected. **Specifically not included in the above figures are any fees and costs that might have been incurred by a committee appointed by the Court in the foreclosure. If applicable, we would need written verification from the committee that any fees and costs incurred by him have been paid before accepting funds.**

As the pending action continues, you should be advised that additional legal fees may accrue on the loan, as the lender's position must be protected.

This is an effort to collect a debt; any information provided will be used for that purpose.

Upon receipt of confirmation from our client that all amounts due have been paid, we will issue a Satisfaction of Judgment, if Appropriate, or withdraw any pending foreclosure proceedings, and release the lis pendens filed at its outset. Should you have any questions comments in connection with the above, please call me or the reinstatement and payoff department at extension 5109 or 5112.

Very truly yours,

Geoffrey Milne

GF/Mmb
CC:    Everhome Mortgage Company