

Hunt Leibert Jacobson, P.C.
Attorneys at Law
Hartford & Fairfield, Connecticut

Geoffrey K. Milne
Direct Dial: (860) 240-9140
Direct Fax: (860) 240-9240
gmilne@hlcj.com

FILED
2005 NOV 21  P 3: 10
U.S.

50 Weston Street
Hartford, CT 06120
Telephone: (860) 241-1650

November 21, 2005

The Honorable Ellen Burns
United States District Court
141 Church Street,
New Haven, CT 06510

Re: <u>Moazed v. First Union Mortgage Corporation</u> 3:02 CV 91 (EBB)

Dear Judge Burns:

As requested, enclosed you will find the Amended Judgment of Foreclosure proposed by the Defendant and Counterclaim Plaintiff, Wachovia Mortgage Corporation.

At the Judgment hearing on November 14, 2005, Mr. Moazed raised a concern about the escrow figure of $48,231.92, which my client has confirmed is accurate. That figure is comprised of:

-taxes in the amount of $40,353.92
-hazard insurance of      $7878.00.

Please note, however, that there was an item claimed in the Affidavit of Debt-private mortgage insurance-which was incorrect as this account did not have private mortgage insurance. Accordingly, the debt has been reduced by $10,762.

———————— www.hlcj.com ————————

Please further note that the claimed costs in the Affidavit of Attorneys fees in the case have been reduced by $2,906.80, which sums consists of the committee fees and costs. These costs were already included in the Affidavit of Debt, and therefore were improperly added to the Affidavit of Attorneys fees.

Thank you for your consideration of this matter.

Very truly yours,

Geoffrey K. Milne

CC: all counsel of record

## CERTIFICATION

I hereby certify that a copy of the above was mailed via us mail, postage prepaid, on this 21th day of November, 2005 to the following counsel and pro se parties of record:

M. Dean Montgomery, Esq.
Bentley Mosher Babson & Lambert
321 Railroad Avenue
P.O. Box 788
Greenwich, CT 06836-0788

Farzad Moazed
210 River Run
Greenwich, CT 06831

Parviz Sepahbodi
5225 Pooks Hill Road, suite 1215
North Bethesda, Maryland 20814

John Regan, Esq.
1200 Summer Street
#103
Stamford, CT 06905-5509

_____
Geoffrey K. Milne/ ct 12854