FILED

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2005 NOV 30  P 3: 52

U.S. DISTRICT COURT
NEW HAVEN CT

JANET MOAZED

3:02 CV 91 (EBB)

V.

FIRST UNION MORTGAGE CORPORATION
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

November 21, 2005

## AMENDED JUDGMENT OF  FORECLOSURE

The parties, Janet Moazed and Defendant, First Union Mortgage Corporation,

n/k/a/ Wachovia Mortgage Corporation, appeared in this Court on August 17, 2004,

before the Honorable Ellen Burns, Senior District Judge, presiding, and the issues having

been duly heard by stipulation  and a decision having been duly rendered, a judgment of

strict foreclosure entered with the first law day of September 28, 2004; That the value of

the property known as 367 West Hill Road, Stamford, Connecticut was found to be

$845,000 and the amount of the Defendant-Counterclaim Plaintiff, First Union Mortgage

Corporation n/k/a Wachovia Mortgage Corporation's

debt was found to be $734,001.76 to August 17, 2004; further, that interest accrues on the taxes and hazard insurance of $35,887.28, plus the principal balance of $533,817.87, for a combined total of $569,705.15, at 9% per annum from the date of Judgment;

That the Defendant-Counterclaim Plaintiff, First Union Mortgage Corporation was awarded attorneys fees of $21,150 to August 17, 2004, plus costs of $7,979.58 to August 17, 2004;

Upon either redemption, payment in full, or title becoming absolute in First Union Mortgage Corporation n/k/a Wachovia Mortgage Corporation, First Union Mortgage Corporation, n/k/a Wachovia Mortgage Corporation will dismiss any counterclaims (except to foreclose the mortgage or address recission) against Janet Moazed and any Cross Claims against Farzad Moazed (except to foreclose the mortgage or address recission), in accordance with the signed stipulation.

Thereafter, the Judgment was converted to a foreclosure by sale, with a sale date of December 4, 2004. The Defendant, Farzad Moazed, filed for chapter 13 bankruptcy, and the sale was stayed;

On November 14, 2005, the Court held a hearing on Wachovia's Motion to Reopen, and Wachovia proposes that the following orders enter:

Judgment of Foreclosure by Sale, with January 28, 2006 sale date; the committee previously appointed, Attorney Regan, shall be the committee:

Fair market value: $900,000

Debt to 11/21/05 (excluding attorneys fees and costs) $812,594.37

Per ~~idem~~ diem $131.63

Additional attorneys fees: $4,285;

Additional costs $485.00

Prior attorneys fees awarded: $21,150

Prior costs: $7,979.58

Total debt, attorneys fees and costs claimed as of 11/21/05: **$846,493.95**

*Approved and So Ordered*

Dated at _New Haven Ct_ on ___Nov. 30___ , 2005.

_____

~~Clerk of the Court~~

Defendant-Counterclaim Plaintiff, First Union Mortgage
Corporation n/k/a Wachovia Mortgage Corporation

By _____
Geoffrey K. Milne ct/12854
Hunt Leibert Chester & Jacobson
50 Weston Street
Hartford, CT 06120
Facsimile 860-808-0625
860-240-9140
Gmilne@hlcj.com