UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JANET MOAZED * | |
| * | CIVIL ACTION |
| VS. * | 3:02 CV 91 (EBB) |
| * | |
| FIRST UNION MORTGAGE CORPORATION * | |
| MORTGAGE ELECTRONIC REGISTRATION * | |
| SYSTEMS, INC. * | MAY 17, 2006 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR ACCEPTANCE OF COMMITTEE REPORT**
**MOTION FOR ALLOWANCE OF FEES AND EXPENSES**
**MOTION FOR ALLOWANCE OF APPRAISER'S FEES**

The Committee in the above-referenced matter hereby moves that the court:

1. Accept the Committee Report;

2. Allow the Committee a reasonable fee for his services as well as reimbursement for his expenses as listed in the Committee Report;

3. Allow reasonable fees to the appraiser for her services.

THE COMMITTEE

_____
John P. Regan, Esq.
1200 Summer Street
Stamford, CT 06905
203-324-4661
CT #04627

*ORAL ARGUMENT REQUESTED*
*TESTIMONY NOT REQUIRED*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
*************************************************
JANET MOAZED                                    *
                                                *    CIVIL ACTION
        VS.                                     *    3:02 CV 91 (EBB)
                                                *
FIRST UNION MORTGAGE CORPORATION                *
MORTGAGE ELECTRONIC REGISTRATION                *
SYSTEMS, INC.                                   *    MAY 17, 2006
*************************************************
```

## REPORT OF COMMITTEE TIME

| Date | Description | Time |
|---|---|---|
| 12/23/05 | Review letter from Plaintiff, telephone conferences regarding appointment | 0.75 hours |
| 12/28/05 | Submitted Committee Liability Application with payment | 0.50 hours |
| 12/29/05 | Submitted Order for sign | 0.50 hours |
| 01/03/06 | Telephone conferences with Defendant's Attorney, Plaintiff's Attorney | 0.75 hours |
| 01/09/06 | Letter to Broker for Defendant | 0.50 hours |
| 01/12/06 | Letter to Appraiser | 0.50 hours |
| 01/16/06 | Composed, ordered newspaper ad, with payment | 0.75 hours |
| 01/17/06 | Telephone conference with potential bidder re: sign | 0.25 hours |
| 01/18/06 | Visited property, Preparation of Notice to Bidders, Bond For Deed, telephone conference with attorneys | 1.75 Hours |
| 01/23/06 | Reviewed correspondence from Plaintiff's counsel | 0.50 hours |
| 01/24/06 | Review bankruptcy filing, telephone conference with potential bidders (2) re: ad | 0.75 hours |

JOHN P. REGAN
1200 SUMMER STREET
STAMFORD, CT 06905
TEL: (203) 324-4661
JURIS NO: 309927

| | | |
|---|---|---|
| 01/27/06 | Telephone conferences with potential bidders (2) re: ad | 0.50 hours |
| 01/28/06 | Attendance at site on scheduled auction date to advise potential bidders of status. | 1.00 hours |

Total

| | |
|---|---|
| 9.00 hours @ $200.00/hour | $1,800.00 |
| Sign | $  265.00 |
| Newspaper Ads | $  237.50 |
| Insurance | $  250.00 |
| Appraisal | $  350.00 |

Total                      $2,977.50

## ORDER

The foregoing motions having been presented to the court, it is hereby ORDERED:

1. The Committee Report be accepted;

2. The Committee be allowed a fee of $1,800.00 and the sum of $752.50 for his expenses; and

3. The appraiser be allowed a fee of $350.00.

BY THE COURT

_____
Judge / Asst. Clerk

## CERTIFICATION

I hereby certify that I mailed on this date
vis first class mail the enclosed to the following:

Bruce Fair, Esq.
Hunt, Leibert, Chester & Jacobsen, P.C.
50 Weston Street
Hartford, CT 06120

M. Dean Montgomery, Esq.
321 Railroad Avenue
P.O. Box 788
Greenwich, CT 06831

Parvis Sepahbodi
5225 Pooks Hill Road
Suite 1215
North Bethesda, MD 20814

JOHN P. REGAN
1200 SUMMER STREET
STAMFORD, CT 06905
TEL: (203) 324-4661
JURIS NO: 309927

Farzad Moazed
210 River Run
Greenwich, CT 06831

_____
John P. Regan, Esq.

JOHN P. REGAN
1200 SUMMER STREET
STAMFORD, CT 06905
TEL: (203) 324-4661
JURIS NO: 309927