UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANET MOAZED                                    3:02 CV 91 (EBB)

V.

FIRST UNION MORTGAGE CORPORATION          July 6, 2007

## MOTION TO OPEN FORECLOSURE JUDGMENT
## AND TO RE-ENTER JUDGMENT OF FORECLOSURE

Defendant-Counterclaim Plaintiff, First Union Mortgage Corporation n/k/a/ Wachovia Mortgage Corporation ("Wachovia"), in accordance with Federal Rule of Civil Procedure 60, Moves the Court to Open the Judgment of Strict Foreclosure in this action and to re-enter the same on the Counter-Claims alleging foreclosure of the mortgage, based upon the conclusion of bankruptcy proceeding involving Farzad Moazed dated April 20, 2007. The Court entered a ruling granting summary judgment in favor of the Defendant-Counterclaim Plaintiff on the Plaintiff's Complaint and in favor of Wachovia on the counts seeking declaratory relief and foreclosure of the mortgage.

Wachovia attaches hereto a copy of a current appraisal of the subject property. At the hearing on this motion, Wachovia will submit an affidavit of debt and an affidavit of appraiser, as well as an updated affidavit of attorneys fees and costs.

1

First Union Mortgage Corporation n/k/a
Wachovia Mortgage Corporation.

By _____
Geoffrey K. Milne ct/12854
Hunt Leibert Jacobson, PC
50 Weston Street
Hartford, CT 06120
860-240-9140
860-808-0625

facsimileGMilne@huntleibert.com

ORDER

GRANTED/DENIED

_____
Judge

2