**CADRE GROUP, LLC**
**COMPREHENSIVE ANALYSIS & DIRECTION/REAL ESTATE**

01355-51316
File No. 07061421

# APPRAISAL OF



**LOCATED AT:**

367 WEST HILL ROAD
STAMFORD, CT 06902

**FOR:**

HUNT LEIBERT JACOBSON, P.C.
50 WESTON STREET
HARTFORD, CT 06120

**BORROWER:**

MOAZED

**AS OF:**

June 18, 2007

**BY:**

CADRE GROUP/JOAN M. BROWN
CORPORATE OFFICE 60 KATONA DRIVE SUITE 27 FAIRFIELD, CT 06430

TELEPHONE (203) 368 - 2000  FACSIMILE (203) 368 - 2210

# Limited Appraisal Analysis - Summary Appraisal Report

01355-51316                             CADRE GROUP, LLC                              File No. 07061421

## BORROWER/SUBJECT PROPERTY INFORMATION

- Borrower: MOAZED
- Property Address: 367 WEST HILL ROAD
- City: STAMFORD   County: FAIRFIELD   State: CT   Zip Code: 06902
- Census Tract: 205   Map Reference: 8040
- Check One: [X] SF  [ ] PUD  [ ] Condo  [ ] 2-4 Units
- Phone No. Res.: N/A   Loan Amount Requested $: N/A   Term: N/A   Months   Owner's Estimate of Value $: N/A

| No. of Rooms | No. of Bedrooms | No. of Baths | Family Room or Den | Gross Living Area | Garage/Carport (Specify Type & Number) | Porches, Patio or Pool (Specify) | Central Air |
|---|---|---|---|---|---|---|---|
| 10 | 5 | 4.00 | [X] Yes [ ] No | 3,255 Sq. Ft. | 2 ATT. | PCH, PAT, POOL | [X] Yes [ ] No |

## FIELD REPORT

### NEIGHBORHOOD

- Location: [ ] Urban [X] Suburban [ ] Rural
- Built Up: [X] Over 75% [ ] 25% to 75% [ ] Under 25%
- Growth Rate: [ ] Fully Dev. [ ] Rapid [X] Steady [ ] Slow
- Property Values: [ ] Increasing [X] Stable [ ] Declining
- Demand/Supply: [ ] Shortage [X] In Balance [ ] Oversupply
- Marketing Time: [ ] Under 3 Months [X] 4-6 Months [ ] Over 6 Months
- Property Compatibility: [X] Good [ ] Avg. [ ] Fair [ ] Poor
- General Appearance of Properties: [X] Good [ ] Avg. [ ] Fair [ ] Poor
- Appeal: [X] Good [ ] Avg. [ ] Fair [ ] Poor
- Present Land Use: 95% 1 Family, __% 2-4 Family, __% Apts., __% Condo, __% Commercial, __% Industrial, 5% Vacant, __%
- Change in Present Land Use: [X] Not Likely [ ] Likely [ ] Taking Place From ___ To ___
- Predominant Occupancy: [X] Owner [ ] Tenant __% Vacant
- Single Family Price Range $ 475,000 To $ 2,500,000   Predominant Value $ 825,000
- Single Family Age: NEW Years To 150 Years   Predominant Age 50 Yrs.

NORTH BY THE MERRITT PARKWAY, SOUTH BY PALMERS HILL RD, EAST BY STILLWATER AND ROXBURY RD., WEST BY THE GREENWICH LINE.

Note: Freddie Mac does not consider race or the racial composition of the neighborhood to be reliable appraisal factors.

Comments including those factors, favorable or unfavorable, affecting marketability (e.g. public parks, schools, view, noise): ESTABLISHED STAMFORD NEIGHBORHOOD OF WELL MAINTAINED SINGLE FAMILY DWELLINGS OF GOOD QUALITY. CONVENIENT TO SHOPPING AREAS, PUBLIC TRANSIT, SCHOOLS AND ALL MUNICIPAL SERVICES.

### SUBJECT PROPERTY

- Approximate Year Built: 1948   No. Units: 1   No. Stories: 1.5
- Type (detached, duplex, semi-det etc.): DETACHED
- Design (rambler, split level, etc.): EXPANDED RANCH
- Exterior Walls Material: BRICK, WOOD   Roof Material: ASPH. SHINGLES
- Is the property located in a HUD-Identified Special Flood Hazard Area? [X] No [ ] Yes
- Property Rating: Condition of Exterior: [ ] Good [X] Avg. [ ] Fair [ ] Poor; Compatibility to Neighborhood: [ ] Good [X] Avg. [ ] Fair [ ] Poor; Appeal and Marketability: [ ] Good [X] Avg. [ ] Fair [ ] Poor
- Special Energy Efficient Items: SKYLIGHTS. SUBJECT NOT IN FLOOD ZONE PER MAP 090015-005 OF 11/17/1993. AS PER MLS # 95063748, DATED 7/01/1994, THE PRIOR OWNERS UPDATED THE SUBJECT DWELLING'S KITCHEN AND BATHS, IN 1994.
- Comments (favorable or unfavorable including any deferred maintenance): BASED ON AN EXTERIOR INSPECTION & MLS RECORDS, THE SUBJECT APPEARS TO BE IN OVERALL ABOVE AVERAGE CONDITION, WITH NO FUNCTIONAL OR EXTERNAL OBSOLESCENCE NOTED AT THE TIME OF INSPECTION.

### SALES COMPARISON ANALYSIS

| ITEM | SUBJECT | COMPARABLE NO.1 | Adjustment | COMPARABLE NO.2 | Adjustment | COMPARABLE NO.3 | Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 367 WEST HILL RO, STAMFORD | 366 WEST HILL ROAD, STAMFORD | | 81 NATHAN HALE DRIVE, STAMFORD | | 59 IDLEWOOD DRIVE, STAMFORD | |
| Proximity to Subject | | ACROSS THE STREET | | 0.8 MILE NORTHWEST | | 0.5 MILE NORTHEAST | |
| Sales Price | $ N/A | $ 1,170,000 | | $ 1,025,000 | | $ 980,100 | |
| Date of Sale/Time | N/A | 01/17/2007 | | 02/08/2007 | | 2/28/2007 | |
| Location | GOOD | GOOD | | VERY GOOD | -50,100 | VERY GOOD | -49,000 |
| Site/View | 1.2 ACRE/GD/AVG | 1.5 AC/VG/AVG | -30,000 | 1.48 AC/GD/GD | -28,000 | 0.52 AC/AVG/AVG | 68,000 |
| Age | 1948/EXP RAN/AVG | 1948/CAPE/AVG | | 1966 RANCH/AVG | | 1955/CAPE/AVG | |
| Condition | AVERAGE/GD | GOOD | -58,500 | AVERAGE/GD | | AVERAGE/GD | |
| Above Grade Room Count | Total 10 / Bdrms 5 / Baths 4.00 | Total 10 / Bdrms 5 / Baths 4.00 | | Total 8 / Bdrms 3 / Baths 2.10 | 7,500 | Total 7 / Bdrms 4 / Baths 3.20 | |
| Gross Living Area | 3,255 Sq.Ft. | 3,935 Sq.Ft. | -51,000 | 2,932 Sq.Ft. | 31,700 | 2,850 Sq.Ft. | 20,300 |
| Heating/Cooling | CENTRAL AIR | CENTRAL AIR | | CENTRAL AIR | | CENTRAL AIR | |
| Garage/Carport | 2 CAR GARAGE | 3 CAR GARAGE | -5,000 | 2 CAR GARAGE | | 2 CAR GARAGE | |
| Porches, Patio, Pools, etc. | PORCH, PATIO I/G POOL | PORCH, PATIO I/G POOL, SPA | -5,000 | PATIO NONE | 5,000 / 35,000 | PORCH, PATIO I/G POOL | |
| Special Energy Efficient Items | FULL BASEMENT UNFINISHED | FULL BASEMENT 500 FBA | -10,000 | FULL BASEMENT 500 FBA | -10,000 | FULL BASEMENT UNFINISHED | |
| Other (e.g. kitchen equip., remodeling) | 1 FPL | 2 FPL | -5,000 | 2 FPL | -5,000 | 1 FPL | |
| Net Adj. (total) | | [ ]+ [X]- $ 164,500 | | [ ]+ [X]- $ 13,900 | | [X]+ [ ]- $ 39,300 | |
| Indicated Value of Subject | | Gross: 14% Net: -14% $ 1,005,500 | | Gross: 17% Net: -1% $ 1,011,100 | | Gross: 14% Net: 4% $ 1,019,400 | |

General Comments: GLA ADJUSTED AT $75 PER SQUARE FOOT WITH DIFFERENCES OVER 100 SQ FEET. SEE ATTACHED ADDENDUM FOR ADDITIONAL COMMENTS. LAND VALUE IS ESTIMATED TO BE $625,000.

Property Rights Appraised: [X] Fee Simple  [ ] Leased Fee  [ ] Leasehold

Estimated Market Value $ 1,010,000 as of June 18, 2007

Completed By: CADRE GROUP/JOAN M. BROWN    Title: ___

Signature: Joan E. Brown    Date: 06/20/2007

Produced using ACI software, 800.234.8727 www.aciweb.com

CADRE GROUP

**ADDENDUM**

| | |
|---|---|
| Borrower: MOAZED | File No.: 07061421 |
| Property Address: 367 WEST HILL ROAD | Case No.: 01355-51316 |
| City: STAMFORD  State: CT | Zip: 06902 |
| Lender: HUNT LEIBERT JACOBSON, P.C. | |

**TEXT ADDENDUM:**
THIS APPRAISAL REPORT COMPLIES IN EVERY RESPECT WITH THE REAL ESTATE APPRAISAL REGULATIONS PROMULGATED BY THE OFFICE OF THE COMPTROLLER OF THE CURRENCY, 12CFR, PT 34 AND BY THE FEDERAL DEPOSIT INSURANCE CORPORATION, 12 CFR, PT 323, PURSUANT TO TITLE X1 OF THE FINANCIAL INSTITUTIONS REFORM RECOVERY AND ENFORCEMENT ACT OF 1989. THE APPRAISAL ASSIGNMENT WAS NOT BASED ON A REQUESTED MINIMUM VALUATION, A SPECIFIC VALUATION, OR THE APPROVAL OF A LOAN.
*THE PURPOSE OF AN APPRAISAL IS TO PROVIDE THE MARKET VALUE OF THE SUBJECT PROPERTY IN CONNECTION WITH LOAN APPLICATION.
*THE SCOPE OF THIS APPRAISAL IS THE ANALYSIS AND DETERMINATION OF THE VALUE OF THE PROPERTY IN ACCORDANCE WITH THE METHODS SHOWN ON THE REPORT AND RECONCILIATION THEREOF, TOGETHER WITH AN INSPECTION OF THE PROPERTY AND PUBLIC RECORDS, COMPARABLE SALES DATA AND OTHER INFORMATION SHOWN ON THE APPRAISAL REPORT.

**SALES HISTORY:**
THE SUBJECT PROPERTY HAS NOT TRANSFERRED IN AN ARM'S LENGTH TRANSACTION IN THE PAST 36 MONTHS. PRIOR SALE: QUITCLAIM ON 5/2/1997.

**DEVELOPMENT AND REPORTING PROCESS**
IS A SUMMARY APPRAISAL REPORT WHICH IS INTENDED TO COMPLY WITH THE REPORTING REQUIREMENTS SET FORTH UNDER STANDARDS RULE 2-2 (B) OF THE UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE FOR A SUMMARY APPRAISAL REPORT. AS SUCH, IT PRESENTS ONLY SUMMARY DISCUSSIONS OF THE DATA, REASONING, AND ANALYSES THAT WERE USED IN THE APPRAISAL PROCESS TO DEVELOP THE APPRAISERS OPINION OF VALUE. SUPPORTING DOCUMENTATION THAT IS NOT SUPPLIED WITH THIS REPORT CONCERNING THE DATA, REASONING AND ANALYSES IS RETAINED IN THE APPRAISERS FILE. THE DEPTH OF DISCUSSION CONTAINED IN THIS REPORT IS SPECIFIC TO THE NEEDS OF THE CLIENT AND FOR THE INTENDED USE STATED IN THE REPORT. THE APPRAISER IS NOT RESPONSIBLE FOR UNAUTHORIZED USE OF THIS REPORT.

**COMMENT ON PERSONAL PROPERTY**
NO CONTRIBUTORY VALUE WAS ASSIGNED TO ANY ITEMS OF PERSONAL PROPERTY IN THIS APPRAISAL.

**COMPARABLE SALES WITHIN ONE MILE OF THE SUBJECT:**
AN ATTEMPT IS MADE TO UTILIZE COMPARABLE SALES WITHIN ONE MILE OF THE SUBJECT PROPERTY. GIVEN THE LACK OF TRULY COMPARABLE SALES IN CLOSER PROXIMITY AND UNIQUE NATURE OF FAIRFIELD COUNTY, THERE MAY ARISE AN INSTANCE WHERE THE ONE MILE RULE IS CONSIDERED IN APPLICABLE FOR THE USE IN THIS REPORT. ACCORDING TO THE STAMFORD CMLS AND TOWN HALL, THE MOST RECENT SALES OF RANCHES, EXPANDED RANCHES, SPLIT LEVELS AND CONTEMPORARIES WERE SELECTED FOR ANALYSIS, WITH SALES 1 AND 2, WITHIN A 1 MILE RADIUS OF THE SUBJECT. SALE 3 IS ANALYZED PAST 1 MILE, BUT SIMILAR REGARDING DESIGN .

**SALES WITHIN 6 MONTHS:**
WHENEVER POSSIBLE, THE APPRAISER HAS UTILIZED SALES WITHIN THE LAST 6 MONTHS. IF, AT THE APPRAISER'S DISCRETION, A MORE COMPARABLE PROPERTY WAS AVAILABLE THAT SOLD OVER 6 MONTHS AGO, THEN THAT SALE MAY BE UTILIZED. NO SALES OVER 1 YEAR OLD WILL BE USED. ALL SALES USED HAVE SOLD IN THE PAST 6 MONTHS.

**COMMENT ON GLA ADJUSTMENT**
GLA WAS ADJUSTED $75 PER SQUARE FOOT AND BELOW GRADE FINISHED AREA WAS ADJUSTED AT $25 PER SQUARE FOOT WHEN DIFFERENCES OF OVER 100 SQUARE FEET EXISTED, EXTRACTED FROM AN ANALYSIS OF SALES IN THE SUBJECT MARKET AREA OVER THE LAST YEAR.

**SALES ADJUSTMENTS:**

**LOCATION ADJUSTMENTS:**
SALES 2 AND 3 WERE ADJUSTED DOWNWARD, BASED ON 5% OF SALE PRICE, REFLECTING THEIR SUPERIOR VIEWS OF LESS TRAVELED, SIDE ROADS. SALE 1 IS LOCATED ON A SIMILARLY TRAVELED ROAD AS THE SUBJECT.

**SITE ADJUSTMENTS:**
SALES 1 AND 2 WERE ADJUSTED DOWNWARD, BASED ON $100,000 PER ACRE, REFLECTING THEIR LARGER LOTS, WITH MORE USABLE LAND. SALE 3 WAS ADJUSTED UPWARD, BASED ON $100,000 PER ACRE, REFLECTING ITS SMALLER LOT, WITH LESS USABLE LAND.

**CONDITION ADJUSTMENTS:**
SALE 1 WAS ADJUSTED DOWNWARD , BASED ON 5% OF SALE PRICE, REFLECTING ITS MORE RECENTLY RENOVATED KITCHEN A, ACCORDING TO THEIR LISTING BROKER AND TOWN HALL .

**COMMENT ON LINE-ITEM ADJUSTMENTS:**
INDIVIDUAL LINE-ITEM ADJUSTMENTS REFLECT THE MARKET REACTION TO THE PRESENCE OR ABSENCE OF THOSE PARTICULAR ITEMS. SHOULD DIFFERENCES OCCUR WITH NO ADJUSTMENT, IT IS BECAUSE THERE WAS NO MEASURABLE MARKET EFFECT, EITHER DUE TO COMPETING AMENITIES OR NOMINAL IMPACT ON VALUE.

**ADDENDUM**

| | |
|---|---|
| Borrower: MOAZED | File No.: 07061421 |
| Property Address: 367 WEST HILL ROAD | Case No.: 01355-51316 |
| City: STAMFORD    State: CT | Zip: 06902 |
| Lender: HUNT LEIBERT JACOBSON, P.C. | |

**COMMENT ON PHOTOGRAPHS:**
DIGITAL PHOTOGRAPHS CONTAINED IN THIS REPORT ARE THE ORIGINAL PHOTOGRAPHS TAKEN AT THE TIME OF INSPECTION AND SUBSEQUENT COMPARABLE SALE RESEARCH. THESE PHOTOGRAPHS HAVE NOT BEEN ALTERED OR ENHANCED IN ANY MANNER. DUE TO THE LIMITED TO SOME OF THE PROPERTIES IT WAS NECESSARY TO USE PHOTOS FROM THE MLS/VISION APPRAISAL. THESE PHOTOS REPRESENT A MORE ACCURATE DWELLING DESCRIPTION, THAN WAS AVAILABLE TO THE APPRAISER.

**COMMENT ON SIGNATURES :**
THIS APPRAISAL REPORT MAY CONTAIN ENCODED, COMPUTER-GENERATED SIGNATURES. THIS MODE OF SIGNING ELECTRONIC DATA INTERCHANGE (EDI) REPORTS HAS BEEN ACCEPTED BY THE APPRAISAL STANDARDS BOARD OF THE APPRAISAL FOUNDATION AND IS RECOGNIZED BY SAME AS AN "ORIGINAL SIGNATURE".

**COMMENT ON ADJUSTMENTS:**
ALL ADJUSTMENTS TO ALL OF THE COMPARABLE SALES FALL WITHIN THE ESTABLISHED FANNIE MAE GUIDELINES AND WERE EXTRACTED FROM AN ANALYSIS OF SALES IN THE SUBJECT MARKET AREA OVER THE LAST YEAR.

| | | |
|---|---|---|
| Borrower: MONZED | | File No.: 07001421 |
| Property Address: 367 WEST HILL ROAD | | Case No.: 01355-51316 |
| City: STAMFORD | State: CT | Zip: 06902 |
| Lender: HUNT LEIBERT JACOBSON, P.C. | | |



**FRONT VIEW OF SUBJECT PROPERTY**

Appraised Date: June 18, 2007
Appraised Value: $ 1,010,000



**REAR VIEW OF SUBJECT PROPERTY**



**STREET SCENE**

| | |
|---|---|
| Borrower: MOAZED | File No.: 07061421 |
| Property Address: 367 WEST HILL ROAD | Case No.: 01355-51316 |
| City: STAMFORD | State: CT    Zip: 06902 |
| Lender: HUNT LEIBERT JACOBSON, P.C. | |



**COMPARABLE SALE #1**

366 WEST HILL ROAD
STAMFORD
Sale Date: 01/17/2007
Sale Price: $ 1,170,000



**COMPARABLE SALE #2**

81 NATHAN HALE DRIVE
STAMFORD
Sale Date: 02/08/2007
Sale Price: $ 1,025,000



**COMPARABLE SALE #3**

59 IDLEWOOD DRIVE
STAMFORD
Sale Date: 2/28/2007
Sale Price: $ 980,100

LOCATION MAP

| Borrower: MOAZED | File No.: 07061421 |
| --- | --- |
| Property Address: 367 WEST HILL ROAD | Case No.: 01355-51316 |
| City: STAMFORD    State: CT | Zip: 06902 |
| Lender: HUNT LEIBERT JACOBSON, P.C. | |



TELEPHONE (203) 368 - 2000  FACSIMILE (203) 368 - 2210

Case No. 01355-51316  CADRE GROUP, LLC  File No. 07061421

### PURPOSE AND USE OF LIMITED APPRAISAL
The purpose of this limited appraisal is to estimate market value by performing an evaluation of real property collateral for use in a proposed underwriting. This limited appraisal is for the use of the party to whom it is addressed and any further use or dissemination without consent of the appraiser and addressee is prohibited.

### DEFINITION OF MARKET VALUE
Market value, as referenced in OCC Rule 12 CFR 34.42(f):
The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale. Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

### DESCRIPTION OF LIMITED VALUATION PROCESS
In performing this preliminary value analysis, the valuation process consisted of: (1) Reviewing assessment/public records and comparable database listing information for the subject; (2) Conducting an inspection for the subject and its environs; (3) Analyzing sales of regional residential real estate; (4) arriving at a value conclusion; (5) Writing this report.

Departures from specific appraisal guidelines included: SR 1-3 because the appraiser has presumed, for the purpose of the limited appraisal, that the existing use of the subject property is the highest and best use; SR 1-4 because only a sales comparison analysis of value was employed in this limited appraisal since it is the primary valuation method for residential dwelling similar to the subject. Any additional uses of the departure provision are specifically stated in the attached appraisal report or its' attachments.

### SALES HISTORY
According to the data utilized in preparing the report, the property ☐ has ☒ has not transferred within the past 12 months.

### LEVEL OF RELIABILITY
The use of the departure provision to allow a limited appraisal with a single approach to value reduces the level of reliability of this report.

### RECONCILIATION
Complete weight was given to the Sales Comparison Approach as it is the appraoch used by most buyers when purchasing a single family dwelling. The Income Approach was not applicable because of the lack of rental information and meaningful relevancy to the value of a dwelling located in this primarily owner occupied neighborhood. On the other hand, the Departure Provision was utilized to eliminate the Cost Approach because the appraiser decided this omission in this limited appraisal assignment would not confuse or mislead the client or the intended users of this report. The market value is estimated on the FHLMC form 704 or similar form attached.

### ASSUMPTIONS AND LIMITING CONDITIONS
* No responsibility is assumed for the legal description or for matters including legal or title considerations. Title to the property is assumed to be marketable. The property is appraised free and clear of any and all liens or encumbrances, except as noted in the report.
* Information furnished by others during the course of the research as been verified to the extent possible and is believed to be reliable, but no warranty is given for its accuracy.
* No responsibility is assumed for the effect on value of hidden or unapparent conditions of the subsoil or structures; or for arranging engineering studies to discover such conditions.
* No evidence of contamination or hazardous materials was observed. However, the appraiser is not qualified to detect potential hazardous waste material that may have an effect on the subject property. The client may wish to retain such an expert if he desires.
* Sketches and other illustrative material are included only to assist the reader in visualizing the real estate and its environs, are based on data developed and supplied by others, and are not meant to represent a survey or as-built plan.
* Any distribution of the total valuation among the land, improvement, and/or other components applies only under the stated program of utilization and must not be interpreted or used as individual values for other purposes.
* The appraiser is not required to provide consultation, testimony, or attendance in court by reason of this assignment, unless such services have been arranged in contracting the assignment.
* Possession of the report or a copy thereof does not carry with it the right of publication, and it may not be used for any purpose by anyone other than the addressee, without the written consent of the author and addressee. Even with such permission, out-of-context quoting from and/or partial reprinting of the report is prohibited. The report is an integrated entity and is only valid in its entirety.
* Neither all nor part of the contents of the report shall be disseminated to the public relations, news, sales, or other media without the prior written consent and approval of the author.

### LIMITED SCOPE APPRAISAL CERTIFICATION
I certify to the best of my knowledge and belief that: the statements of fact contained in this report are true and correct; the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limited conditions and are my personal, unbiased, professional analyses, opinions and conclusions; I have no present or prospective interest in the real estate and have no personal interest or bias with respect to the parties involved; my compensation is not contingent upon the reporting of a predetermined value estimate, the attainment of the stipulated result, or the occurrence of a subsequent event; the analyses, opinion and conclusions were developed and the report prepared in conformance with and subject to the requirements of the Uniform Standards of the Professional Appraisal Practice of the Appraisal Foundation; the appraisal assignment was not based upon a requested minimum valuation, a specific valuation, or the approval of a loan; I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual(s) in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by each in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will not take the responsibility for it.

### SUPERVISORY APPRAISER'S CERTIFICATION
If a supervisory appraiser signed the appraisal report, He or she certifies and agrees that: I directly supervised the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications above, and am taking full responsibility for the appraisal and the appraisal report.

PROPERTY: 367 WEST HILL ROAD, STAMFORD, CT 06902

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: *Joan E Brown* | Signature: |
| Name: CADRE GROUP/JOAN M. BROWN | Name: |
| Date Signed: 06/20/2007 | Date Signed: |
| State Certification #: RCR.78 | State Certification #: |
| Or State License #: | Or State License #: |
| State: CT | State: |
| Expiration Date of Certification or License: 04/30/2008 | Expiration Date of Certification or License: |
| ☐ Did ☒ Did Not Inspect the Interior of the Property | ☐ Did ☐ Did Not Inspect Property |

Produced using ACI software, 800.234.8727 www.aciweb.com
CADRE GROUP

## CERTIFICATION

I hereby certify that a copy of the above was mailed via us mail, postage prepaid, on July 6, 2007 to the following:

M. Dean Montgomery, Esq.
Bentley Mosher Babson & Lambert, P.C.
321 Railroad Avenue
P.O. Box 788
Greenwich, CT 06836

Farzad Moazed
Pro Se
210 River Run
Greenwich, CT 06831

Parviz Sepahbodi
5225 Pooks Hill Road
Suite 1215
North Bethesda, Maryland 20814

_____
Geoffrey K. Milne ct/12854

3