United States District Court
FILED AT  of Connecticut
NEW HAVEN
8/30 2007
KEVIN F. ROWE, Clerk
By M. Ruocco
Deputy Clerk

DOCKET NO. FST-CV-01-0185505-S : SUPERIOR COURT

Mortgage Electronic Registration Systems, Inc.
V. : JUDICIAL DISTRICT OF
Stamford/Norwalk
: AT Stamford

Farzad Moazed ET AL. :

## AFFIDAVIT OF DEBT

I, _Liquenda Allotey_, being duly sworn, depose and say:

1. I am over the age of eighteen years and believe in the obligation of an oath.

2. I am an authorized signer as a ___VP___ on behalf of the Plaintiff in this action.

3. The Plaintiff has the responsibility to accept mortgage payments from the Defendant(s), apply them to the mortgage debt and maintain records of the amount of the debt.

4. I am personally familiar with the books and records utilized to generate payoff statements to determine the amount of the debt owed herein, and have reviewed the account of Janet Rossman a/k/a Janet Moazed, the Defendant(s), in this matter. The books and records utilized to determine the amount of the debt are generated in the usual and ordinary course of business and the information contained therein is entered into the records within a reasonable time after the transaction reflected therein.

5. There is due and owing to the Plaintiff on the Note dated _8/8/07_ made by the makers thereof, in the original principal amount of 535,000.00, a sum computed as follows:

Principal                                                                 $ __530,051.89__

Interest from 4/1/02 to 8/13/07 at 9.0% per annum        __255,993.33__
Per diem = $130.70

**THIS LAW FIRM IS A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

| | |
|---|---|
| Pre- acceleration Late Charges | 15,497.26 |
| Private Mortgage Insurance Premiums | |
| Real Estate Taxes Advanced | 61,608.42 |
| Hazard Insurance Premiums Advanced | |
| Property Inspections | 435.75 |
| Other (<u>Itemized as follows:</u>) NSF | 25.00 |
| TOTAL | $ 863,611.65 |

5. I know of no setoffs or counterclaims to this account.

6. The Plaintiff is not a participating mortgagee under the terms of the Emergency Mortgage Assistance Act, Connecticut General Statutes, Section 8-265cc etseq. Furthermore, funds for said Program are no longer available to mortgagors and pursuant to the provisions of Section 8-265kk, "the foreclosure of mortgages by mortgagees may continue without any further restriction or requirement under the provisions of sections 8-265cc to 8-265kk, inclusive.

_Liquenda Allotey_ VP
[Signature & Name of Officer]

Subscribed and sworn to before me this ___8___ day of __August__, 2007.

Notary Public
My Commission expires: 1/31/11

Moazed, Farzad                    SEAL



Matthew Allan Banaszewski
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2011

Loan No.: 038562