UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JANET MOAZED                                       3:02 CV 91 (EBB)

V.

FIRST UNION MORTGAGE CORPORATION
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

September 29, 2007

### SECOND AMENDED JUDGMENT OF FORECLOSURE

The parties, Janet Moazed and Defendants, First Union Mortgage Corporation, n/k/a/ Wachovia Mortgage Corporation and Farzad Moazed, appeared in this Court on August 30, 2007, before the Honorable Ellen Burns, Senior District Judge, presiding, and the issues having been duly heard a decision having been duly rendered, a judgment of foreclosure by sale shall enter, with a sale date of November 17, 2007; That the value of the property known as 367 West Hill Road, Stamford, Connecticut was found to be $1,010,000 and the amount of the Defendant-Counterclaim Plaintiff, First Union Mortgage Corporation n/k/a Wachovia Mortgage Corporation's

debt was found to be $852,273.43 to August 30, 2007 as to Farzad Moazed, maker on the note, in accordance with the attached affidavit of debt [the late charges have been reduced from $15,497.26 to $1,937.14, but 17 days of interest to August 30, 2007 were added at $130.70 per day]; further, that interest accrues on the taxes and hazard insurance of $ 61,608.42, plus the principal balance of $530, 051.89, at 9% per annum from the date of Judgment. In addition, the Court awarded, subject to submission of an affidavit, additional legal fees to the Defendant-Counterclaim Plaintiff, First Union Mortgage Corporation, n/k/a Wachovia Mortgage Corporation, which are claimed to be $ 3,375 in accordance with the attached affidavit. The Court also awarded an appraisers fee of $335.

Further, that the Court entered a Judgment of foreclosure by sale, with a sale date of November 17, 2007 at Noon on the premises; that a sign is to be posted by October 15, 2007; that the Plaintiff may submit a fax bid to the committee prior to the sale; that the committee is not to incur any fees or expenses prior to October 1, 2007; that the committee of sale is John Terzis, Esq., 15 Revere Drive, Riverside, Connecticut, 203-637-1216 [fax and phone]; that the committee is to follow the Connecticut Superior Court standing orders on foreclosures with respect to all aspects of this sale, including, but not limited to , procuring insurance for the day of the sale and advertising the sale in the Stamford Advocate. A copy of the standing orders, and the forms to be utilized to conduct the sale, are attached hereto;

That the Defendant-Counterclaim Plaintiff, First Union Mortgage Corporation was awarded attorneys fees of $21,150 to August 17, 2004, plus costs of $7,979.58 to

August 17, 2004; and that in addition to those fees and costs, an additional $3050 in legal fees was awarded, consisting of $1750 for work in the bankruptcy court from December, 2004 to March, 2007, plus legal fees for preparation for and attendance at the foreclosure judgment hearing.

That prior to the instant judgment, on November 14, 2005, the Court held a hearing on Wachovia's Motion to Reopen, and awarded additional attorneys fees of $4,285 plus additional costs of $485.00; that on or about August 30, 2004, the court had awarded legal fees of $21,150 and costs of $7,979.58. The legal fees and costs awarded as part of the Second Amended judgment on August 30, 2007 are in addition to the previously awarded legal fees and costs.

That the Defendant, Parviz Sepahbodi, is not in the military service, in accordance with the enclosed affidavit of non-military service.

So Ordered

Dated at New Haven, ct. on Oct. 5, 2007.

~~Clerk of the Court~~

        Defendant-Counterclaim Plaintiff, First Union Mortgage
        Corporation n/k/a Wachovia Mortgage Corporation

        By_____
        Geoffrey K. Milne ct/12854
        Hunt Leibert & Jacobson
        50 Weston Street
        Hartford, CT 06120
        Facsimile 860-240-9240
        860-240-9140
        Gmilne@huntleibert.com

Plaintiff, Janet Moazed

By_____
Dean Montgomery
Bentley Mosher Babson & Lambert
321 Railroad Avenue
Greenwich, CT 06836
(203) 629-2424

Defendant, Farzad Moazed, Pro Se

By_____
Farzad Moazed
210 River Run
Greenwich, CT 06831