

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JANET MOAZED

3:02 CV 91 (EBB)

v.

FIRST UNION MORTGAGE CORPORATION
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

October 15, 2007

## NOTICE OF RE-ENTRY AND MODIFICATION
## OF JUDGMENT OF FORECLOSURE BY SALE

Defendant-Counterclaim Plaintiff, First Union Mortgage Corporation n/k/a Wachovia Mortgage Corporation, hereby notifies all parties that, after hearing held on August 30, 2007, before the Honorable Ellen Burns, Senior District Judge, the Judgment of Foreclosure by Sale in the above-captioned matter was re-entered and modified by Order signed October 5, 2007, the particulars of which are more fully set forth as follows:

The Court found the updated value of the property located at 367 West Hill Road, Stamford, Connecticut to be $1,010,000.00 and the updated debt due to First Union Mortgage Corporation n/k/a Wachovia Mortage Corporation to be $852,273.43. Further, the Court awarded additional attorney's fees of $3,375.00 and an additional appraisal fee of $335.00, in addition to the fees and costs previously awarded.

THIS LAW FIRM IS A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

The Court rescheduled the sale to **Saturday, November 17, 2007**, at **12:00 PM** on the subject premises. A sign is to be posted by October 15, 2007, by the Committee, John Terzis, of Riverside, Connecticut. The Committee is to follow the Standing Orders of the Connecticut Superior Court as to all aspects of the sale.

>                    Defendant-Counterclaim Plaintiff, First Union Mortgage
>                    Corporation n/k/a Wachovia Mortgage Corporation
>
>                    By /s/ _____
>                    Geoffrey K. Milne ct/12854
>                    Hunt Leibert Jacobson, P.C.
>                    50 Weston Street
>                    Hartford, CT 06120
>                    Phone (860) 240-9140
>                    Facsimile (860) 240-9240
>                    E-mail GMilne@huntleibert.com