UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

JANET MOAZED

3:02 CV 91 (EBB)        2007 OCT 17  P 2: 10

V.

FIRST UNION MORTGAGE CORPORATION
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.  OCTOBER 16, 2007

## MOTION TO RESCHEDULE POSTING OF FORECLOSURE SIGN

By Court Order dated October 5, 2007, the Committee, John E. Terzis, was required to purchase and post a Foreclosure Sale Sign by October 15, 2007 on the real property of Plaintiff, Janet Moazed, 367 West Hill Road, Stamford, CT.

On October 12, 2007, at the request of the Committee, Sign-A-Rama, of 345 Main Street, Norwalk, CT 06851 installed a Masonite Painted, 24 inch x 36 x 5 inches Foreclosure Sign at approximately 5:00 p.m. on the real property of Plaintiff located at 367 West Hill Road, Stamford, CT. A copy of the invoice and Foreclosure Sign from Sign-A-Rama is attached.

While Sign-A-Rama was installing the Foreclosure sign, Plaintiff, Janet Moazed, walked down the driveway and informed the employee of Sign-A-Rama that she did not want the Foreclosure Sign on her property. The employee informed her that the installation was pursuant to a District Court Order and that if she or others removed the Sign, they could be subject to punishment by the Court.

At approximately 8:20 a.m. on October 16, 2007, an examination of the Foreclosure Sign confirmed that the Sign was removed and not on the Plaintiff's, Janet Moazed, real property, as Ordered by the Court.

WHEREFORE, the Committee hereby moves the Court to reschedule the posting

1

of the Foreclosure Sign by October 23, 2007.

                    Committee of Sale

                    */s/ John E. Terzis*
                    John E. Terzis, Esq., CT 63310
                    15 Revere Road, Riverside
                    Greenwich, CT 06878-1014
                    Tel and Fax 203-637-1216
                    E-mail: jterzis@excite.com

Kindly enter my appearance for the Committee:
    John E. Terzis, Esq., CT 63310
    15 Revere Road, Riverside
    Greenwich, CT 06878-1014
    Tel and Fax 203-637-1216
    E-mail: jterzis@excite.com


## O R D E R

Dated: _____
                    Judge/Clerk of the Court


### Certification of Service

This is to certify that a copy of the foregoing has been mailed by first mail on October 16, 2007 to the following:

| | |
|---|---|
| M. Dean Montgomery, Esq.<br>Bentley Mosher Babson & Lambert<br>321 Railroad Avenue<br>Greenwich, CT 06836<br>(Counsel for Janet Rossman a/k/a Janet Moazed) | Farzad Moazed, Pro Se<br>210 River Run<br>Greenwich, CT 06831 |
| Janet Moazed<br>367 West Hill Road<br>Stamford, CT 06902 | Parvis Sepahbodi<br>5225 Pooks Hill Road, #1215<br>North Bethesda, MD 20814 |

                    */s/ John E. Terzis*
                    John E. Terzis, Esq, CT 63310
                    Attorney for the Committee of Sale

 **SIGN★A★RAMA**

**Invoice Number:** 8337

345 Main Ave.
Norwalk, CT 06851
Phone: 203-846-8221
Fax: 203-847-8151

P.O. #:

"Foreclosure" sign - proof 10/10/07

Clerk: jaime
Order Date  10/10/07
Order Time  12:48PM
Due Date    10/15/07
Due Time    04:00 PM

John E. Terzis Attorney At Law
Phone: (203)637-1216
Fax:   (203)637-1216
Attn: John E. Terzis

Invoice Printed On  10/10/07    12:52PM

| PRODUCT CODE | COLOR | QUANTITY | SIDES | SIZE | | PRICE @ | TOTAL |
|---|---|---|---|---|---|---|---|
| Masonite | White | 1.00 | 1 | 24 Inch x 36 Inch x .5 Inch | | $121.93 | $121.93 |

**PRODUCT DESCRIPTION**
Masonite painted white both sides
Back copy
"...Foreclosure By Sale..."

| | | 1.00 | 1 | | | $90.00 | $90.00 |
|---|---|---|---|---|---|---|---|
| Labor | | | | | | | |

**PRODUCT DESCRIPTION**
Labor
Installation
357 West Hill Rd.
Stamford, CT
Email photo to client

Salesperson: Jaime Camacho    Customer #: 7574

Customer Tax ID

Sub-Total                     $211.93
  Taxable      $121.93
  Non-Taxable   $90.00
Sales Tax                       $7.32
Shipping                        $0.00

TOTAL                         $219.25

Deposits
Payments
Finance Charges                 $0.00
Balance                       $219.25

Notes/Ship to:
Thanks for using Sign A Rama for your sign needs.

Date Picked Up: _____    Clerk: _____
Terms: 50% Down - COD

X _____
      Customer Signature

John E. Terzis Attorney At Law
Attn: John E. Terzis
15 Revere Road
Greenwich, CT 06878-1014

Page    1 of 1

