UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANET MOAZED                         2001 NOV 15  P 2:08 CV 91 (EBB)

V.                                   U.S.                  RT

FIRST UNION MORTGAGE CORPORATION
MORTGAGE ELECTRONIC REGISTRATION, ETC          NOVEMBER 14, 2007

MOTION FOR INTERIM PAYMENT OF
COMMITTEE FEES AND COSTS

Committee, John E. Terzis, having been duly appointed by the Court to act as the

Committee for the Foreclosure Sale of the real property of plaintiff, Janet Moazed,

located at 367 West Hill Road, Stamford, CT 06902, hereby submits his interim bill for

services rendered to date in the amount of $5,700.00 and for costs paid on account of said

Foreclosure in the amount of $805.08, or a total of $6,505.08, as follows:

a.  For Services Rendered:
    10-3-07 - tel. conf. with Attorney Milne in re order                    .25
    10-5-07 – tel. conf. with Attorney Milne status of Court order          .25
    10-10-07 – tel. conf. with Attorney Milne in re signed order; reviewed email
        from Attorney Milne in re Court order; prepared letter to Sign-A-
        Rama in re foreclosure sign; prepared sign for foreclosure sale;
        faxed letter and proposed sign to Sign-A-Rama; tel. conf. Mrs. Bove
        in re title search; reviewed Second Amended Judgment of Fore-
        closure; reviewed proposed Foreclosure Sign from Sign-A-Rama  4.00
    10-11-07 – prepared letter to Janet Moazed informing her of the USDC order
        appointing me as Committee and and enclosed a copy of the Fore-
        closure Sign to be posted on the property with copies to all 5
        parties
                                                                           2.00
    10-14-07 – Conf. With Attorney Montgomery in re status of case, foreclosure
        sale sign and bankruptcy status
                                                                            .50
    10-15-07 – Tel. conf Natalie in Attorney Milne's office in re status of title
        search, foreclosure sign and case
                                                                            .50
    10-16-07 – tel. conf from Attorney Montgomery that Foreclosure Sign was not
        on the property; tel. confs. Sign-A-Rama (Jamie) and was informed
        that the sign was put at the front of the property on 10-12-07 at 5:00
        p.m. and that Janet Moazed came down the driveway and told him
        not to put the sign on the property, Jamie informed her that it was
        to a Court Order placed the sign on the property and left; reviewed
        Notice of Re-Entry and Modification of Judgment of Foreclosure by

1

Sale; tel. conf. Attorney Milne informing him that sign was apparently taken down by Mrs. Moazed and requesting permission to file a Motion to Reschedule Posting of the Foreclosure Sign based upon the aforementioned facts; prepared Motion to Reschedule Posting of the Foreclosure Sign; conf. Attorney Montgomery                                                                             3.00

10-17-07 – prepared a letter to Janet Moazed informing her to refrain from hindering the Foreclosure and to refrain from taking down the Foreclosure Sign; hand delivered said letter to Janet Moazed                            2.00

10-19-07 – received tel. call from Janet Moazed who denied that she took out the Foreclosure Sign, denied that she spoke to any employee of Sign-A-Rama, never saw the Foreclosure Sign, that a person rang her bell and asked her if they could put a sign which she assumed was for a political sign, demanded that I refrain from incurring any more expense on her behalf because she filed bankruptcy and the action has to be eliminated, she demanded that I call her lawyer in the bankruptcy matter to confirm the bankruptcy filing, I informed her that as soon as I get notice of the formal bankruptcy filing, if any, I will do what has to be done; telephoned the Bankruptcy and was informed that there was no filing by Janet Moazed or Farzad Moazed                                                     2.00

10-20-07 – Reviewed Notice of Electronic Filing that my Motion to Reschedule Posting of Foreclosure Sign was signed by the Court on 10-18-07; conf. Attny Montgomery in same, status of title search, payment of bills, etc.; authorized Sign-A-Rama to install a second Notice of Foreclosure on the property                                                             2.00

10/23-24 – reviewed Title Information report from CATIC; conf. Attny Montgomery in re Certificates of Attachment and removal of same; telephoned Bankruptcy Court to determine the status of the Moazed bankruptcy; determined that the Foreclosure Sale Sign was once again taken down and hidden for the second time; delivered a copy of the Title Report to Attorney Milne                                                                             3.50

11-5-07 reviewed proposed publication of the foreclosure sale based upon the title report; conf. Attny Montgomery in re same                                    2.50

11-6-07 prepared new publication for submission to the Stamford Advocate for publication on 11/9 and 11/16/07; emailed publication to Stamford Advocate; 4 tel. calls from and to Mrs. Ginia Himes of the Advocate; paid the $360.16 charge by the Stamford Advocate by Visa; tel. conf. Attny Montgomery relative to the releases of the Certificates of Attachments                                                                                                 4.00

11-10-07 reviewed copy of the electronically forwarded copy of the Voluntary Petition (Chapter 13) in 07-50683 for Farzad Moazed; tel. calls to Attnys Milne and Montgomery, and Ginia Himes to them of the Bankruptcy filing                                                                         2.00
                                                                                                         28.50

a.  For services rendered 28.50 hours at $200.00                                    $5,700.00

2

b. For disbursements paid on account:
   1. Sign-A-Rama, for 2 installations of Foreclosure Sale Sign,
      $219.25 x 2
      
      $438.50
   2. CATIC, for title search                                        174.00
   3. Stamford Advocate, a total of $360.16 for 2 postings less
      $167.58 for credit for cancellation of the second posting  192.58

                                                                    805.08
                                                                 $6,505.08

Committee of Sale

John E Terzis, Esq. CT 63310
15 Revere Road, Riverside
Greenwich, CT 06878-1014
Tel and Fax 203-637-1216
E-mail: jterzis@excite.com


O R D E R

The foregoing Motion for Interim Payment of Committee Fees of $5,700.00 and Costs paid by the Committee in the amount of $805.08, or a total of $6,505.08, having been heard is hereby GRANTED.    DENIED.

Dated:

                                    _____
                                              Judge/Clerk of the Court


Certification of Service

This is to certify that a copy of the foregoing Motion has been mailed by first class mail on November 14, 2007 to the following:

M. Dean Montgomery, Esq.              Geoffry K. Milne, Esq
Bentley Mosher Babson & Lambert       Hunt Leibert Jacobson, P.C.
321 Railroad Avenue                   50 Weston Street
Greenwich, CT 06836                   Hartford, CT 06120

Janet Moazed                          Farzad Moazed
367 West Hill Road                    210 River Run
Stamford, CT 06902                    Greenwich, CT 06831

Parvis Sepahbodi
5225 Pooks Hill Road #1215
North Bethesda, MD 20814

                                    _____
                                    John E. Terzis, Esq. CT 63310

3